IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHER DISTRIC OF FLORIDA

MIAMI DIVISION

FILED BY _____ D.C.

AUG 1 1 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

J. Doe, 1-1000

Plaintiffs,

v.                                        CASE: _____

MARCO RUBIO, in his official capacity as
Secretary of State
Suite 5.600, 600 19th Street NW
Washington DC 20522

PAM BONDI, in her official capacity as
Attorney General of the United States
950 Pennsylvania Avenue NW
Washington, DC 20530

KRISTI NOEM, in her official capacity as
Secretary of Homeland Security
2707 Martin Luther King Jr Avenue SW
 Mail Stop 0485
Washington, DC 20528

SCOTT BESSENT, in his official capacity as
Secretary of the Treasury
FinCEN & OFAC
 1500 Pennsylvania Avenue NW
Washington, DC 20220

KASH PATEL, in his official capacity as
Director Federal Bureau of Investigation
935 Pennsylvania Avenue, NW
Washington, DC 20535-0001

1

TABLE OF CONTENTS

                                                                    Page

I. COMPLAINT ……………………………………………………….……………9

II. INTRODUCTION …………………………………………………………………10

III. JURISDICCION AND VENUE…………..................................................……15

IV. PARTIES……………………….....……………………………………………….22

V. STATEMENT OF MATERIAL FACT ……………………………………… 23

VI. STANDAR OF REVIEW……………………………………………..………25

VII FACTUAL BACKGROUND.

    A.- FOIA REQUEST……………………………………………………...…29

    B. BOLIVARIAN JOINT CRIMINAL ENTERPRISE (BJCE)…………………….…30

    C. VENEZUELA SUPPORTS TRANSNATIONAL ORGANIZED CRIME IN

        BOLIVIA…………………………………………………………………32

    D. POTENTIAL MAS CRIMINAL ENTERPRISE IS ANTI-AMERICANISM……...35

        i. Evo Morales accused President TRUMP of a financial coup on 2019………….35

        ii.- Luis Arce Catacora accused the United State Embassy in Bolivia of

            financing a coup on June 6th, 2024……………………………………...…..36

        iii.- When the Diplomatic Manuel Rocha Facilitate Evo Morales won on 2006…..37

        iv. Potential MAS criminal enterprise's Narcotics Trafficking and.

            Narco- Terrorism the Cartel of the Suns. …………………….………… 38

        v. Reason to the claim requests access against the seized Venezuelan money…….39

E. MONEY FROM BJCE- CHAVEZ-PDVSA- THE PLAN FOR AN

ELECTORAL FRAUD FORE EVER…………………….…......... 41

i. Venezuela intervened in the digitization of ID cards in Bolivia………41

ii. Biometric vote registry in Bolivia, Dance of Numbers………………41

iii. Biometric Registry in Bolivia………………………………….………42

iv. Smartmatic in Bolivia…………..……………………………..… 43

F. PERPETUATION OF THE ELECTORAL FRAUD IN BOLIVIA

WITH THE CHAVEZ ECONOMIC AND LOGISTIC SUPPORT…43

G. CHAVEZ'S MONEY AND THE PURCHASE OF BOLIVIAN

MEDIA AND COMPANIES. …………….………….…………44

H. LUIS ARCE CATACORA" LAC", apparently Family briberies………45

VITOL, TRAFIGURA, BOTRADING………………….…….…45-48

VIII.NARCOTRAFIC………………….……………………………………48

A.  NARCO TERRORISM CONSPIRACY, COCAINE IMPORT CONSPIRACY,

POSSESSION OF MACHINEGUMS AND DESTRUCTIVE DEVICES,

CONSPIRACY TO POSSESSION OF MACHINE GUMS AND

DESTRUCTIVE DEVICES AND FORFEITURE ALLEGATIONS…48

i.      Narco-Terrorism Conspiracy………………………………….…..…50

ii.     Means and Methods of the Narco-Terrorism Conspiracy……………..…53

iii.    Acts in Furtherance of the Narco-Terrorism Conspiracy Between the

Cartel de Los Soles- Cartel de las Estrellas and the FARC………………54iv.

iv.     Possession of Machineguns, Destructive Devices and Armed groups…..55

v.      Chapare Cartel Group under Evo Morales Direction………………….56

3

IX. THE FARC…………………………………………………………………………...57

X. THE POTENTIAL MAS CRIMINAL ENTERPRISE AND THE MORALES ARCE …58

   A. The MAS potential Criminal Enterprise's Trafficking and Narcoterrorism………60

   B. The Morales-Arce Criminal Enterprise's Material Support for Terrorism,

      Including Against the United States and Its Citizens…………………………...…64

    C. The Morales Regime's Terrorism Against the Civilian Population of Bolivia and Judicial

     consortium to prosecute political opponents and patriots who denounced corruption….65

    D. "EMA" gave the order to TVPA and extrajudicial killing, who should be prosecuted for

     execution at Las Americas hotel……………………………………………….……..65

XI. THE DGCIM IN BOLIVIA……………………………………………………..….…68

XII. KLEPTOCRACY AND CORRUPTION ……………………………………….……..70

   A.  Bribery to Obtain Payments from PDVSA…………………………….……. …..71

XIII. MONEY LAUNDERING……………………………………………………..….……71

   A. Proceeds of Currency scheme of briberies by Members of the

   Morales-Arce Potential Criminal Enterprise…………………………………….…  72

      i) Mexican Government…………………………………………………….72

      ii) Paraguay Government………………………………………………….73

XIV. THE MAS CRIMINAL ENTERPRISE'S CRIMES AGAINST PROTECTED WITNESS

IN MIAMI AND LONG ARM OF THIS ORGANIZATION. ………………….………….74

  A.  The DGCIM and MAS criminal enterprise and unclear death of protected

    witness in Miami……………………………………………………………………….75

  B.  B. Escape from Bolivia and Dead in Miami…………………………………….75

  C.  Protected witness manifesto…………………………………………….………..76

D.   Luis Arce Catacora and Ivan Lima are Liable for dead treats and possible Extrajudicial

Killings Under the Command Responsibility Doctrine in Miami Florida ……….…….77

XV. THE LUIS ARCE CATACORA FALSE IMPRISONMENT…………………….…….79

A.  Additional Injuries to 1-1000 victims of False imprisonment…………….…………80

XVI. THE POTENTIAL MAS CRIMINAL ENTERPRISE'S ACTS OF ROBBERY , BANK

FRAUD, MONEY LAUNDERING,EXTORTION AND DEAD THREATS  ………..……..81

XVII. JUSTICE IN BOLIVIA……………………………………………………….…….83

XVIII. DANCE OF NUMBERS AND FRAUD ELECTORAL FOREEVER…………..…..83

XIX. VENEZUELA AND CUBA INTERFERENCE IN THE BOLIVIAN ELECTIONS…….85

XX. CORRUPTION OF BOLIVIA'S ELECTORAL AGENCY (TSE) JULY….. 2025…..….88

XXI. CORRUPTION AT THE HIGHEST LEVEL OF JUSTICE IN BOLIVIA…………..…..89

XXII. BOLIVIAN LAW REGARDIN TO TERRORISM ……………………………..……..90

XXIII. GOVERNMENT CANDIDATES FOR THE NATIONAL PRESIDENTIAL ELECTION

08/17/2025, WITH POSIBLE TIES TO DRUG TRAFFICKING CARTELS …… ………..90

XXIV CAUSE OF ACTIONS

Count I: Negligence, misconduct and Violation of the Freedom of Information Act (FOIA).93

Count II: Violation of Constitutional Rights (Bivens)…………………………..………...…94

Count III: Violation of the Federal Anti-Terrorism Act …………………..……………….94

Count IV: Violation of the Florida Anti-Terrorism Act, Fla. Stat. § 772.13……………….....99

Count V: Racketeer Influenced and Corrupt Organizations Act (RICO)……………….…......107

Count VI: Conspiracy to Violate Federal Civil RICO, 18 U.S.C. § 1962(d)……………..…….112

Count VII False imprisonment…………………………………………………………..…….115

Count VIII: Violation of the Torture Victims Protection Act (28 U.S.C. § 1350,……..…...115

Count IX: Violation of the Foreign Torture Victim Protection Act (28 U.S.C. § 1350) ……116

Count X: Violation of the Foreign Corrupt Practices Act (15 U.S.C. §§ 78dd-1, et seq.)…...116

Count XI: Intentional Infliction of Emotional Distress………………………………………117

Count XII: Defamation Per Se…………………………………………………………….…118

Count XIII: Evo Morales Ayma: count for sex trafficking conspiracy in Bolivia,

probably in Argentina and Mexico during his exile. ……………………... ……....…120

XXV: WITNESS AND COLLABORATORS WITH U.S. GOVERNMENT ……………….121

XXVI: CONCLUSION……………………………………………………………………123

XXVII. POTENTIAL PHASES OF FRAUD AND OR CIVIL CONFRONTATION……....…124

XXVIII. GLOBAL MAGNITSKY HUMAN RIGHT ACCOUNTABILITY ACT ………….125

XXIX. SPECIAL REQUEST……………………………………………………………….127

XXX. INJURIES AND DAMAGES ………………………..…………………………….128

XXXI. PRAYER FOR RELIEF ………………………...……………………………...…129

**TABLE OF AUTHORITIES**

In re Yamashita, 327 U.S. 1, 14-15 (1946)…………………… …………….…....…................…77

Ford ex rel. Estate of Ford v. Garcia, 289 F.3d 1283, 1286 (11th Cir. 2002)……………....…77,78

**INDEX OF REFERENCES**

15 U.S.C. §§ 78dd-1, 78dd-2, or 78dd-3…………………………………………………117

18    U.S.C. § 1956…………………………………………………………….....17,19,20,82

18 U.S.C. § 1344……………………………………………………………..…...16,81,82

18 U.S.C. § 1956…………………………………………………………….....…...14,20,21

18 U.S.C. § 2331……………………………………………………………….…........95

18 U.S.C. § 2339(B)(C)……………………………….....................…,18,20,21,96,97,101,111

21 U.S.C. § 841(a)…………………………………………………………………110

21 U.S.C. § 960a……………………………………………………………109,110

28 U.S.C. § 1331 ………………………………………………………….…………15,

28 U.S.C. § 1782……………………………………………………………….………22

28 U.S.C. § 2675……………………………………………………………....…...…94

Alien Tort Claims Act ("ATCA"), 28 U.S.C. § 1350…………………………………9,10,15

Anti-Terrorism Act (ATA) (18 U.S.C. § 2333…………………………….…...…..15,95,106

Bolivian Constitution (2009) –law 458,421,, …………………………………………75,.

Fed. R. Civ. P. 4(k)(2)…………………………………………………………..20

Federal Tort Claims Act (FTCA) 28 U.S.C. § 1346(b)2671-2680…………....  9, 10,12,14,25,93

Fla. Stat. § 787.01…………………………………………………………………..103

Fla. Stat. § 812.13……………………………………………………………16,18,76,81

Fla. Stat. § 836.05, Fla. Stat. § 836.10,…………..………………………………17,19, 20,21,82

Fla. Stat. § 910.005…………………………………………………………………..81,103,104

**Florida Rule 2.420(c)(9)……………… …..…………………………..…….………………..10**

Florida Stat. § 48.193………………………………………………………….……………….16,

Florida Statute Section 772.13., § 775.30 , § 775.31 …………………………………….99,100

Foreign Corrupt Practices Act (FCPA)  28 U.S.C. § 1331 and

　　　15 U.S.C. § 78aa, 28 U.S.C. §1391(b)……………………………….. ……...……14,15,116.

Foreign terrorist organization ("FTO"), pursuant to Title 8, U.S. Code, Section 1189……....58

Freedom of Information Act (FOIA)-5 U.S.C. § 552………………… …………09,10,12,15,30

Global Magnitsky Human Rights Accountability Act…………………:……………….………….25

Racketeer Influenced and Corrupt Organizations Act ("RICO"),

　　　18 U.S.C. §§ 1961–1968 …………………………….9,10,11, 15,16,19,107-114,127-129

Torture Victim Protection Act ("TVPA"), 28 U.S.C. § 1350……………..9,.10,,15,16,115,116

U.S. Constitution – First and Fifth Amendments  …………………………….21,29,76, 94

UNITED STATES OF AMERICA v. TRAFIGURA BEHEER B.V.,  20476-KMW …..…..…32

United States of America v. Vitol INC., 20-539 (ENV)……………………….......…...32,47

**Executive Orders and Presidential Directives**

- Executive Order 13818 – national emergency with respect to serious

　　　　human rights abuse and corruption around the world…………………..  25,125,

- Executive Order 14060 -- transnational Organized Crime (USCTOC)……………….48

- Executive Order 14059-- Global Illicit Drug Trade……………………………………48

- Executive Order 14147—Intelligence Community order reviewed ………………….127

**COMPLAINT FOR DECLARATORY, INJUNCTIVE, AND MONETARY RELIEF**

## I.     COMPLAINT

1. This is an action under the Freedom of Information Act (5 U.S.C. § 552) and the Federal Tort Claims Act (28 U.S.C. § 1346(b)) arising from the U.S. Department of Justice's refusal to release requested records and also did not heard the request to investigate the multiples violation of human rights in Bolivia and its negligent actions within the United States that contributed to human rights violations abroad and violation of the Laws in United State and Bolivia by foreign persons under personal benefit using their political influence.

2. This is an action brought under the Torture Victim Protection Act ("TVPA"), 28 U.S.C. § 1350 (note), the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. §§ 1961–1968, and the Alien Tort Claims Act ("ATCA"), 28 U.S.C. § 1350, to recover damages resulting from violations of international law, including acts of torture, extrajudicial killing, arbitrary detention, systemic bribery, and narcotrafficking facilitated by the Bolivian regime and ignored or enabled by the Defendant.

3. Plaintiff alleges that the United States Department of Justice ("DOJ") has failed to prevent, investigate, or address the misuse of seized Venezuelan funds that have allegedly been funneled to support the Bolivian regime's human rights abuses and perpetuated the actual political party in power since 2006.

4. The Bolivian government has engaged in widespread human rights abuses, including torture, false imprisonment of political dissidents, systemic corruption, and narcotrafficking networks funded by illicit Venezuelan assets.

5. Plaintiff seeks equitable relief, compensatory damages, treble damages under 18 U.S.C. § 1964(c), and damages for violations of international law under the ATCA and TVPA.

6. Plaintiff is filing to waive the requirement under Florida Rule 2.420(c) (9) (1).

## II. INTRODUCCION

7. Plaintiff: J. Doe, brings this action on behalf of a Human Right Organization and 1-1000 victims of the Bolivian regime's human rights abuses and similarly situated parties affected by the Defendant's alleged misconduct. Plaintiff seeks to promote transparency, accountability, integrity in government, human rights and fidelity to the rule of law. (1)

8. Plaintiffs has been requesting FAOI information because Bolivia at this moment has a political party that is violating the democracy, human rights, also plaintiff presented evidence and will show that, Bolivia is suffering from many cases of corruption and briberies , since 2006 by the former president Evo Morales Ayma (hereinafter referred to as "EMA"), and the actual president Luis Arce Catacora , (hereinafter referred to as "LAC"), are liable for extrajudicial killing, corruption, bribery, narcotraffic, that has been financing since 2006 for what is called "narco-syndicalism" . EMA and LAC are members of the political party called MAS (Movimiento al Socialism) Movement to Socialism, and potentially suspicious of a movement: MAS Criminal Enterprise and plaintiff present arguments for this qualification and also must be investigated by U.S agencies.

9. Plaintiffs, bring this action seeking damages for violation of human rights and abuse of

---

*(1) Plaintiffs are filing a motion to waive the requirement under Florida Rule of Judicial Administration **Rule 2.420(c)(9)** to provide their addresses and to permit Plaintiffs to proceed under pseudonyms when "necessary to avoid substantial injury to a Plaintiff's party."*

power, over nineteen years of dictator and totalitarian regime, the destruction of many oppositions' parties' life, and the untold hardship to opposition family, by Former president Evo Morales Ayma ('Morales") y Luis Arce Catacora ("Arce Catacora), the unlawful apparatus through which Morales and his deputies control Bolivia (the "Morales-Arce Regime"), and their narco-terrorist-corrupt co-conspirators.

10. The Bolivian victims of criminal organizations financed by Venezuela, and the governments of Chavez and Maduro, who have suffered damages from fraudulent activities financed with Venezuelan funds from Venezuelan Petroleum Company ("PDVESA"), the logistic of Venezuela's General Directorate of Military Counter intelligence ("DGCIM") and the Bolivian's Government Minister.

11. Since Hugo Chavez and Nicolas Maduro criminal enterprise, took control in Bolivia over the identification center, the national electoral court, the powers of justice and an inflated electoral vote, which ensures permanent electoral fraud, which leads all Bolivians to be victims of this criminal regime that governs Bolivia.

12. The Organization of American States "OAS" consulted many academics as Edgar Villegas in Bolivia or by Rómulo Chumacero of the University of Chile, whose conclusions also coincide with those of the OAS team. Rodrigo Salazar in Mexico. John Newman, former World Bank economist and senior statistician, who said the Organization was right to question the integrity of Bolivia's 2019 general elections; or research by academics Diego Escobarri and Gary A. Hoover of the University of Texas Rio Grande Valley, who estimated the extent of October's 2019 fraud. (2).

_____

2. Organization of American States (OAS). Jun 16, 2020 — A malicious campaign of disinformation against the OAS regarding its role in Bolivia's last elections has been mounted with obvious political objectives. https://www.oas.org/en/media_center/press_release.asp?sCodigo=E-064/20

13. The regime of Luis Arce Catacora ignored the conclusion and he incarcerated more than 300 people who defended the democracy and free election under the excuse of a coup in 2020.

14. The U.S Department of Justice (DOJ) response has been issued and the negligence persists and the victims are suffering from the constant abuse and violation of their constitutional rights under the indifference of the United States and international organizations that continue to favor impunity and the abuse of power of this criminal regimen.

15. The U.S Department of Justice (DOJ) have been refused to provide information under Freedom of Information Act (FOIA) and also are making very difficult to access the information requested, U.S. Department of Justice should collaborate and be the angular stone on this process trying to defend the violation to the Law and the Human Rights in US and Bolivia. As detailed below and in Plaintiffs' Counterstatement of Material Facts ("CSMF"), this motion evidence is more than sufficient to raise genuine disputes as to all of the material facts.

16. U.S government negligent actions and in violation of the Federal Torts claim act (FTCA) have had severe consequences on the victims of political persecution and unjustified incarceration, actually more than 300 people are in jail for defending the democracy and **clean election in Bolivia.** Since November 2019 the violation of human rights in Bolivia is getting worse. More than 1-1000 victims are suffering false imprisonment, political persecution, layoff, extortion, expropriation and extrajudicial killing.

17. Evo Morales Ayma (EMA)after taking the presidency agreed to use massive military and paramilitary forces to quash public opposition to their programs, with the understanding that it would be necessary to kill civilians. This lethal plan was in sharp contrast to the Bolivian tradition of negotiation and political compromise whereby prior Bolivian governments had

generally resolved protests. "EMA" began to implement their plan as soon as they took office, altering the military legal framework to authorize the use of military force against civilian protesters. "EMA" oversaw military operations in which military officers under their command responded to civilian protests by repeatedly ordering troops to shoot at unarmed civilians. "EMA" also created paramilitary groups, called "Ordas Masistas", "blue warriors" and digital warriors. All of these groups financed with public money, drug trafficking and bribes from corruption adjudications of highways and other public corruption works.

18. "EMA" since 2006 took the position that the government failed to investigate civilian deaths, corruption, narco-traffickers and much more and to punish those responsible, or to prevent future violation of the laws. The same path is followed for "LAC" until now.

19. "EMA recruited 200 young people (18-21years) in 2006 from their militia and sent them to Cuba, Venezuela and Iran for military instruction. Some of them are now living in the United States under asylum and still collaborating with the regime of Bolivia, also many of them still under potential MAS criminal enterprise orders in Bolivia, working on the electoral court, identification offices and passport offices in Bolivia. As mentioned by **Captain Sergio Castro** former member of Intelligence of Evo Morales, now under exile in the United States.

20. "EMA create an elite force called **"300",** military forces that don't respond to minister of defense but respond direct to Evo Morales and the Cuban G2 (intelligence central Cuban apparatus) **"Gallo Zamora"** and Venezuelan agents of "DGCIM" in Bolivia **Luis Fernando Uriona.** All of them coordinate the electoral fraud in 2019. The same group now is under Luis Arce Catacora Regimen and a new electoral fraud is possible on the next

13

election in august 17, 2025. **Captain Sergio A. Castro,** an intelligence specialist currently in exile in the United States, confirms all of this in multiple media interviews. (3).

## III JURISDICTION AND VENUE

21. The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) ; 28 U.S.C. § 1331; 21 U.S.C. §§959(a), 960a, 963,853, 970; 18 U.S.C. §§ 924, 3238, 2, 371, 1956, 3238, 21 U.S.C. §§ 1904, 1906; 50 U.S.C. § 1705. S.1346 Crime Against Humanity Act of 2010.

22. The Federal Tort Claims Act (FTCA) (28 U.S.C. §§ 1346(b), 2671–2680) allows private individuals to sue the United States for damages caused by the negligent, wrongful or failure to prevent abuse or omissions of federal employees acting within the scope of their employment, under circumstances where a private person would be liable under state law. Venue is proper under 28 U.S.C. § 1402(b).

23. Racketeer Influenced and Corrupt Organizations Act (RICO) lawsuit (18 U.S.C. §§ 1961–1968). The RICO Act allows private parties to sue individuals or organizations engaged in a "pattern of racketeering activity" RICO was originally created to combat organized crime but has since been applied to various contexts, including fraud, corruption, and criminal conspiracies. Plaintiff is presenting arguments that the potential MAS criminal enterprise is nightly suspicious commit all these crimes in U.S. territory and Bolivia. This Court has jurisdiction pursuant to 28 U.S.C. § 1331, 18 U.S.C. §

---

*3.- TRAFICO DE ARMAS EN BOLIVIA EN LA ERA DE EVO MORALES. Planeta Interactivo.05-09-2024.*
*https://www.youtube.com/watch?v=39nMOJg_LAs*

1964(c), and 28 U.S.C. § 1350, as this action arises under federal and international law.

Venue is proper in this District pursuant to 28 U.S.C. § 1391(e), as the Defendant is an agency of the United States government, and a substantial part of the events or omissions giving rise to the claims occurred in Miami, Florida.

24.- Anti-Terrorism Act (ATA) (18 U.S.C. § 2333) provides a private cause of action for individuals who are injured by acts of international terrorism. The ATA allows victims or their families to sue individuals, organizations, or entities that knowingly provide material support or resources to terrorist groups.

25.- Foreign Corrupt Practices Act (FCPA), This Court has jurisdiction pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 78aa, as this action arises under the Foreign Corrupt Practices Act. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because Defendant conducts business in this District, and a substantial part of the events giving rise to this claim occurred within this District.

26.- Torture Victim Protection Act (TVPA). This Court has jurisdiction pursuant to 28 U.S.C. § 1331, 18 U.S.C. § 1964(c), 28 U.S.C. § 1350, and the TVPA, as this action arises under federal and international law.

27.     Venue properly lies in this forum pursuant to 18 U.S.C. § 1965(a), which provides that "[a]ny civil action or proceeding under this chapter against any person may be instituted in the district court of the United States for any district in which such person resides, is found, has an agent, or transacts his affairs," because each of the defendants "transacts his affairs" in this jurisdiction, including but not limited to (a) flooding this

jurisdiction with cocaine, (b) laundering ill-gotten proceeds of narcotics trafficking and Bolivian government corruption through this jurisdiction, (c) accepting bribes from accounts maintained in this judicial district and/or (d) communicating random/extortion/threats and demands to this district.

28.     The Court has personal jurisdiction, under the Florida long-arm statute, Florida Stat. § 48.193, and the Due Process Clause of the Constitution, over the Defendants because they personally and/or through agents committed a tortious act within the State of Florida, giving rise to Plaintiffs' claims, including that Defendants themselves and/or through agents:

a.   committing the crime in Florida, in violation of Fla. Stat. § 812.13 (also a crime of violence under 18 U.S.C. § 16and 18 U.S.C. § 242 This provision makes it a crime for someone acting under color of law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States. and, by taking potentially protected witness live in Miami, with the intent to permanently avoid any witness testimony on bribery case in Bolivia, during the course of such taking, using force, violence, assault and putting in fear, specifically, threats until he died under non clear circumstances in Miami, Florida.

b.   committing the crime of bank fraud in Florida, in violation of 18 U.S.C. § 1344 on the multiple's member of the inner circle of Evo Morales Ayma and Luis Arce Catacora by obtaining money under the custody of a financial institution by falsely representing their identities (pretending to be owner of Bolivian Money) and their rights (pretending to have authority to access Bolivian's accounts) to financial

institutions in Bolivia and transfer the money to Paraguay, United States, Europe and Other places;

c.       committing the crime of money laundering in Florida, in violation of 18   U.S.C. § 1956, by conducting a financial transaction with property that was the proceeds of specified unlawful activity (i.e., robbery, bribery scheme as set forth above), knowing the property was the proceeds of specified unlawful activity, and knowing that the transaction was designed to conceal or disguise the ownership of the proceeds of specified unlawful activity; specifically, transferring proceeds of robbery from Bolivian money;

d.       committing the crime of extortion and treats in Florida, in violation of Fla. Stat. § 836.05, by repeatedly communicating extortionate demands to protected witness in Miami, would be injured or kill him.

e.       laundering millions of dollars of ill-gotten proceeds of public corruption offenses through South Florida, Panama, Andora, Europe causing the kidnapping, torture and arbitrary detention of political opponents in retribution for, and to silence his exposure of, information related to such public corruption offenses;

f.       criminally trafficking millions of dollars of illicit drugs into Florida for distribution in Florida, with the support of the Morales – Arce Catacora Regime that retains power in Bolivia through the suppression of dissent, including the kidnapping, torture and arbitrary detention of political opponents as retribution for his exercise of free speech that the Evo Morales and Luis Arce Catacora Regime deemed harmful to its interests;

g.    providing material support to terrorists in violation of 18 U.S.C. § 2339B and 18 U.S.C. § 2339C, in that defendants trafficked cocaine in Florida intending that those monetary proceeds be used for acts of terror that included the kidnapping and torture of political opponent, and in that potential MAS criminal enterprise defendants laundered money in Florida, intending that the proceeds be used for acts of terror that; and

h.    causing various injuries to the plaintiffs in Miami, Florida, including not clear death of a protected witness in Florida, and causing families of 1-1000 victims of political persecution, suffering and loss of consortium in Bolivia and Miami, Florida.

29.    Potential MAS criminal enterprise torts against 1-1000 victims were intertwined with, and a necessary and foreseeable component of, MAS' trafficking of illegal drugs into and throughout South Florida, and their laundering money throughout South Florida, for their profit and gain.

30.    This court has personal jurisdiction over this criminal organization and served pursuant to the nationwide service provision of RICO, 18 U.S.C. § 1965(d), because, in light of defendants' contacts with the United States as a whole, exercising jurisdiction over the defendants in the United States (including in this district) is consistent with the United States Constitution. Defendants themselves and/or through agents committed the following conduct in the United States, giving rise to Plaintiffs' claims:

a.    committing the crime of robbery in Florida, in violation of Fla. Stat. § 812.13 (also a crime of violence under 18 U.S.C. § 16), by taking Bolivian Money

18

b.     committing the crime of money laundering in Florida, in violation of 18 U.S.C. § 1956, by conducting a financial transaction with property that was the proceeds of specified unlawful activity (i.e., robbery, as set forth above), knowing the property was the proceeds of specified unlawful activity, and knowing that the transaction was designed to conceal or disguise the ownership of the proceeds of specified unlawful activity;

c.     committing the crime of threats in Florida, in violation of Fla. Stat. § 836.05, by repeatedly communicating with potential MAS criminal enterprise, stating that protected witness threats and finally protected witness die under unclear circumstances in Miami.

e.     Protected witness recorded their manifesto mentioning all this circumstances on YouTube and globally accessible media, exposing those threats statements being read, heard and reviewed by numerous third parties in Bolivia and Florida, including members of the large population of Bolivian patriots residing in South Florida, as a probe that the persecution that he was suffering with the specific intention of intimidate to political opponents. (4)

f.     laundering millions of dollars of ill-gotten proceeds of public corruption offenses through South Florida, and the word causing the kidnapping, torture and arbitrary detention of 1-1000 political opponents in retribution for, and to silence his exposure of, information related to such public corruption offenses;

g.     criminally trafficking millions of dollars of illicit drugs into Florida for distribution in Florida, with the support of the Morales- Arce Catacora Regime that retains in

---

4. See press reléase. *CASO ABC: EL MAS ACUSA AL MINISTRO LIMA DE SER PARTE DE UN "ESQUEMA CRIMINAL DE CORRUPCIÓN. Cabildeo Digital 03-23-2023.At https://www.cabildeodigital.com/2023/03/caso-abc-el-mas-acusa-al-ministro-lima.html*

power in Bolivia through the suppression of dissent, including the kidnapping, torture and arbitrary detention of 1-1000 political opponents as retribution for his exercise of free speech and in defense of the democracy and against of electoral fraud.

h.     providing material support to terrorists in violation of 18 U.S.C. § 2339B and 18 U.S.C. § 2339C, in that MAS criminal enterprise trafficked cocaine in Florida intending that those monetary proceeds be used for acts of terror that included the kidnapping and potentially kill protected witness in Miami, and in that MAS criminal enterprise laundered money in Florida, intending that the proceeds be used for acts of terror that; and causing various injuries to the 1-1000 victims in Miami, Florida and Bolivia including destroying victims a business, and causing pain, suffering and loss of consortium.

31.     In the alternative, this court has personal jurisdiction over the perpetrator of the break law under Fed. R. Civ. P. 4(k)(2); potential MAS criminal enterprise and because the defendants (a) are not subject to jurisdiction in any state's courts of general jurisdiction and (b) exercising jurisdiction over the defendants in the United States, including in this district, is consistent with the United States Constitution. Defendants themselves and/or through agents committed the following conduct in the United States, and negligent ignored plaintiffs' requests giving rise to Plaintiffs' claims:

a. committing the crime of money laundering in Florida, in violation of 18 U.S.C. § 1956, by conducting a financial transaction with property that was the proceeds of specified unlawful activity (i.e., robbery, bribery, narcotraffic as set forth above),knowing the property was the proceeds of specified unlawful activity, and knowing that the transaction was designed to conceal or disguise the ownership of the proceeds of

specified unlawful activity; committing the crime of extortion and threats in Florida, in violation of Fla. Stat. § 836.05, by repeatedly communicating threats to protected witness in Miami;

b.  Potential MAS criminal enterprise defaming protected witness in Florida by publishing defamatory statements on multiples platforms as YouTube and globally accessible other media, causing those defamatory statements being read, heard and reviewed by numerous third parties in Bolivia and Florida;

c.   laundering millions of dollars of ill-gotten proceeds of public corruption offenses through South Florida, and other parts of the word causing the kidnapping, torture and threats of Mr. Witness in retribution for, and to silence his exposure of, information related to such public corruption offenses;

d. criminally trafficking millions of dollars of illicit drugs into Florida for distribution in Florida, with the support of the Morales-Arce Regime that retains in power in Bolivia through the suppression of dissent, including the kidnapping, torture and arbitrary detention of protected witness and 300 more as retribution for his exercise of free speech that the Morales-Arce Catacora Regime deemed harmful to its interests and defend the democracy against the Evo Morales monumental fraud and or corruption ;

e.      providing material support to terrorists in violation of 18 U.S.C. § 2339B, and 18 U.S.C. § 2339C, in that defendants trafficked cocaine in Florida intending that those monetary proceeds be used for acts of terror that included the threats of protected witness and in that MAS criminal enterprise laundered money in Florida, intending that the proceeds be used for acts of terror that; and

f.   causing various injuries, including destroying protected Witness reputation and many others, and causing pain, suffering and loss of his life under unclear circumstances in Miami, Florida after multiple threats from Bolivian Government.

32.    To the extent that this Court requires an additional basis to exercise jurisdiction over any of Plaintiffs' claims against any particular Defendant and the perpetrators of these violations, this court may exercise pendant personal jurisdiction to the maximum extent permitted by the Constitution over such claims because Plaintiffs' claims all arise from the same common nucleus of operative fact.

33.- Plaintiff hereby moves this Court, pursuant to 28 U.S.C. § 1782, for an order authorizing discovery in aid of the prosecution.

## IV. PARTIES

34. Plaintiff J. Doe, brings this action on behalf of human right organization and 1-1000 similarly situated victims of the Bolivian regime's human rights abuses. and 1-1000 similarly situated parties affected by the Defendant's alleged misconduct and negligence.

35. Most of the named defendants are federal agencies that are directed to implement the Order and the heads of those agencies.

36. Pam Bondi is the Attorney General of the United States and the head of the Defendant Department of Attorney General of the United States. She is sued in her official capacity.

37. Kristi Noem is the Secretary of Homeland Security and the head of the Defendant Department of Homeland Security. She is sued in her official capacity.

38. Marco Rubio is the Secretary of State and the head of the Defendant Department of State. He is sued in his official capacity. Department of Justice.

39. Scott Bessent is the Secretary of the Treasury and the head of the Defendant Department of the Treasury. He is sued in his official capacity.

40. Kash Patel is the Director Federal Bureau of Investigation and the head of the Defendant Department of the Federal Bureau of Investigation. He is sued in his official capacity.

41. The United States of America is responsible for the exercise of executive action by the named Defendants and all other agencies that are directed by the Order to take action when the United States is treated by foreign nations and terrorist organizations that committed many violations of the law and human rights and needs for Special Prosecutor.

42. Plaintiffs appear before—five of different federal agencies, and the Order at issue generally directs all federal agencies to take specified action on relation to all potentials treats to our nation by a potential criminal organization that are acting in United States as Cartel of the Sum, cartel of the stars and Tren de Aragua.

43. Additional Interested Party: 1-1000 Victims of torture, extrajudicial killings, and other abuses in Bolivia who have suffered harm due to the Bolivian regime's actions allegedly funded by mismanaged Venezuelan assets. The Bolivian victims of criminal organizations financed by Venezuela, and the governments of Chavez and Maduro, who have suffered damages from fraudulent activities financed with Venezuelan funds, which since Chavez, took over the identification center, the national electoral court, the powers of justice and an inflated electoral data, which ensures permanent electoral fraud, which leads all Bolivians to be victims of this criminal regime that governs Bolivia.

## V  STATEMENT OF MATERIAL FACTS

**44.** On 2023, Plaintiff organization submitted a FOIA request to Defendant seeking access to the following records:

The request's description of the records sought reads as follows:

i.    The File of High government officials "Rene Sanabria-Oropeza" when he pled guilty to drug trafficking charges stemming from his attempt to import over 100 kilograms of cocaine into the U.S. At the time of his arrest in February 2011, was the Director of the Narcotics Intelligence Unit within the Ministry of Government and also head of the Bolivian National Police anti-narcotics unit, known as FELCC. During EMA regime.

ii.    The File of High government officials Maximiliano Davila-Perez a/k/a "Macho" person who has an Indictment in the Southern District of New York. S9 19 Cr. 91 (DLC). Also head of the Bolivian National Police anti-narcotics unit. Extradited to the United States in 2025.

iii.    The File of Former Bolivian Minister of Government Sentenced in Florida for bribery conspiracy Arturo Carlos Murillo. UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA.21-CR-60340.

iv.    The File of High government officials "DOJ" United States of America V. Odebrecht S.A., Cr. No 16-643 (RJD). And all the information related to Bolivia and the chapter called "Lava Jato". 3 Bolivian officials—identified only by their initials—were paid at least $550,000 in bribes by Camargo Correa, another Brazilian company that received a contract to build the Rebore-El Carmen highway in Santa Cruz. Odebrecht S.A. in 2005 paid 42.5 million in bribes to the Bolivian Authorities.

v.    The high suspected that Former President Evo Morales got bribes in the amount of 100 million of dollars to finance his political campaign and get elected president in 2006 from Odebrecht S.A.

vi.    The complaint filed by Felipe Sandy Rivero protected witnesses of the bribery and corruption of the Bolivian Government (ABC) and a corruptive contract for the construction of railroad, agreement of cooperation with the FBI Federal Bureau of Investigation (FBI) march 21st, 2023 in the United States.

**45.** The Department of Justice (DOJ) delayed plaintiff requests since 2023, especially because all the allegations also affected basic International human rights and put at risk the security of this country and Bolivian peoples that are victims of these dictatorial organizations in power.

**46.** Plaintiffs present the arguments how the Bolivian Government and how they create a path of extrajudicial killing, torture, war crimes and crimes against humanity that started in 2003, but at this moment all this violations has been increased by a corrupt regimen under the political party called "Movement to Socialism" (Movimiento al Socialism MAS) that control the Justice and is criminalizing to the political opponents and or contraries to this repetitive violations to the international and national laws, with the support of Venezuela and Cuba.

## VI. STANDARD OF REVIEW

**47.** Plaintiffs Sue the U.S. government for many torts committed by federal employees in the course of their official Duties under The Federal Tort Claims Act (FTCA) and negligence refuse to conduct an investigation in potential charges of terrorism and investigate pursuant to the Global Magnitsky Human Rights Accountability Act (Pub. L. 114-328, title XII, subtitle F) ("the Act"), which is implemented and built upon by Executive Order 13818 of December 20, 2017, "Executive Order Blocking the Property of Persons Involved in Serious Human Rights Abuse or Corruption. The employees of the department of Justice (DOJ) under the administration of the **former president Joe Biden** negligence refused to provide information and refused to investigate this case of terrorism, narcotraffic, extra judicial killing in Florida and bribery in the United States.

48. Over the last nineteen years , Evo Morales Ayma  and his criminal collaborators have looted Bolivia's treasury, partnered with Colombian narco-terrorists " Fuerzas Armadas Revolutionaries de Colombia' ("FARC") and the criminal enterprise group leaders by Hugo Chavez- Maduro and the Morales political Party  "MAS" (Movimiento al socialism) potential criminal enterprise to  traffic in cocaine into the United States by the ton, and laundered the ill-gotten gains through the United States and elsewhere, all while simultaneously plunging Bolivia into a mass corruption to all levels of government, dictatorial form to elect all levels of justice in Bolivia .

49. The lynchpin of this sprawling criminal enterprise and its rich bounty is Morales 's grip on authoritarian control over Bolivia. Morales- Arce's regime follows the same pattern that Venezuela did with the financing of Chavez regimen, and as the United Nations explains, "[a]s the opposition has been debilitated, the executive [branch with Maduro at the helm] has taken on increasingly expansive powers. (5)

50.  But for Evo Morales Ayma and Luis Arce Catacora 's dictatorial power, he and his co-conspirators would have no platform from which to raid Bolivian's coffers with impunity and "governmental" protection to shield them from prosecution in the United States, where Morales and many of his comrades are wanted for flooding the United States with illegal narcotics.

---

5 See U.N. Human Rights Council [UNHRC], Detailed Findings of the Independent International Factfinding Mission on the Bolivarian Republic of Venezuela, U.N. Doc. A/HRC/45/CRP.11 (Sept. 15, 2020) ("UNHRC Detailed Findings"), available at https://www.ohchr.org/Documents/HRBodies/HRCouncil/FFMV/A_HRC_45_CRP.11.pdf.

51. The Evo Morales Ayma and Luis Arce Catacora Regime maintains its unlawful control over the Bolivia state through its terrorist suppression of Bolivian's civilian population, including through the false imprisonment, torture, and murder of those who express criticisms that the Morales Regime wishes to silence or who share information the Morales Regime wishes to conceal.

52. The Morales-Arce Catacora Regime, FARC, Cartel of the Suns and Cartel of the Stars are engaged in a mutually reinforcing cycle of criminal conduct. The FARC the Cartel of the Suns and Cartel of the Stars perform important services for the Morales-Arce Catacora Regime and they bring dollars into Bolivia from their narcotics smuggling and distribution efforts in Florida and other states. They also act as a paramilitary force that can do the Morales-Arce Catacora Regime's "dirty work" while maintaining some plausible deniability for the regime. The "Chapare" has a big amount of military armament to maintain the control of the power and the narcotraffic in hand of the potential MAS criminal enterprise.

53. In turn, the Evo Morales Ayma and Luis Arce Catacora regime provides important service for the FARC, Cartel of the Suns and potential MAS criminal enterprise association. In exchange for a cut of the hard currency flowing into Bolivia from those narcoterrorism groups, the Evo Morales Ayma and Luis Arce Catacora Regime gives them material support in the form of safe haven and access to state-controlled corporations and banks through which the criminal organization can launder the ill-gotten proceeds of their narco-terrorism.

54. The Bolivian government implement same model Chavez-Maduro disinformation "To keep the Bolivian people from knowing the truth—that their supposed leader is illegitimate, in

bed with narco-terrorists, and stealing millions of dollars from the country—the Morales - Arce Catacora create the same argument the Maduro Regime promotes a counterfactual alternative narrative. In that narrative, Venezuela's economic woes are not caused by Maduro's avarice and corruption, but rather the Venezuelan economic tragedy is due to the "United States of America [taking actions] . . . aimed to destroy the country's economy and to set back all the great advances obtained regarding rights in the last two decades in favor of our people". (6)

55. The members of this criminal syndicate do not tolerate prominent Bolivian opposition telling the truth about what is going on in their country, and many of them have been incarcerated. (Resistencia Juvenil Cóchala (RJC) (Young Resistance from Cochabamba), Juventud Crucenista, Pumari and another 1-1000 victims).

56. Much of the free speech that the Morales-Arce Regime finds objectionable originates from the United States. In 2023, for example, a protected witness of the bribery of the government of Luis Arce Catacora died un-Miami-Florida **under unclear circumstances.**

57. One week before he recorded a video of 24 min mentioning what he calls his ''**<u>sentence of dead</u>**'' Protected witness —a lawful visitor of the United States, residing in Miami, Florida—began to publish information that illuminated corruption in the Luis Arce Catacora Regime's "utopian" honest communist economy in Bolivia.

58. Among other things, protected witnesses file a complaint with the FBI in Miami and give them documentation and probes about his accusation. The protected witness's claim

---

6. See UNHRC, *Report of the Independent Expert on the promotion of a democratic and equitable international order on his country's visit to the Bolivarian Republic of Venezuela: Comments by the State, U.N. Doc. A/HRC/39/47/Add.2 (Sept. 7, 2018) ("UNHRC Venezuelan Response to Expert Report"), available at A_HRC_39_47_Add.2 (1) (unwatch.org).*

exposes the corruption of the regimen of Arce-Catacora, therefore, an embarrassment to the Luis Arce Catacora Regimen.

59. Because Morales-Arce and his colleagues were engaged in a variety of phenomenally profitable scams based on Bolivian's direct invitation to foreign companies and supplies, construction and Manny others, the Morales-Arce Regime was hyper-sensitive about this topic.

60. Although Protected Witness AA1 was physically in Miami (4,000 miles from Bolivia) and his claim and status of protected witness should be taken seriously for the US government he was protected by the right to free speech enshrined in the U.S. Constitution.

61. On April 10, 2020, Bolivian's General Directorate of Military Counterintelligence Minister Eduardo del Castillo and Minister of Justice Ivan Lima and a judicial consortium loyal to Morales-Arce that dismiss the multiples complaints of fraud in 2020 and facilitate the arresting and torturing Morales-Arce's political opponents and "Pititas" (pacific citizens who defend the clean election and vote)

62. During almost four (5) years the Patriots have been captured by the Luis Arce Catacora Regimen. And all the peoples that faith for democracy, freedom and respect to the human rights. The victims of this regimen are more than 300 peoples that are on jail for a fictitious coup financed by President Trump in 2019 according to Evo Morales. (**emphasis added**)

## VII. FACTUAL BACKGROUND

## A.- FOIA REQUEST

63. In March 2023, Plaintiff submitted a FOIA request to DOJ seeking documents relating to potential acts of bribery, human right violation, narcotraffic, political corruption, unjustified incarceration of political opponents.

64. DOJ failed to respond within the statutory 20-day deadline and failed to provide justification for withholding.

65. Plaintiff exhausted all administrative remedies, requesting information and also requesting investigation by agencies and all allegations mentioned on this Lawsuit, but the DOJ refused to investigated plaintiffs' requests.

66. Separately, DOJ employees, acting within the U.S. and within the scope of their employment, negligently handled sensitive information or failed in oversight responsibilities, which contributed to keep with the human rights violation and crime, ultimately facilitating or exacerbating human rights abuses in Bolivia since 2020.

67. DOJ's conduct violated applicable federal standards of care and foreseeably harmed the Plaintiff and others victims.

**B. -BOLIVARIAN JOINT CRIMINAL ENTERPRISE. (BJCE)**

68. Douglas Farah and Caitlyn Yates (co-author) identified that the Bolivarian Joint Criminal Enterprise ("BJCE') has links with 183 people and 205 companies that operate in at least 26 countries. They also determined that the Venezuelan State "supports transnational organized crime as an instrument of state policy", from the time of Hugo Chávez to the present.

69. According to the investigation, the late Venezuelan President Hugo Chávez was the one who directed the operations of the global network "in conjunction with allied political

leaders, economic elites and criminal organizations". Among them the leaders of Cuba, Nicaragua, **Bolivia**, Ecuador, Surinam, and El Salvador. After Chávez's death in 2013, Nicolás Maduro's regime assumed the leadership

70. This architecture represented in the **BJCE** has a transnational criminal network of network configuration that uses shell companies with financial structures in tax havens and international allies. Operations range from corruption, money laundering, drug trafficking, and gold smuggling.

71. The report also details that the BJCE works in at least five financial operations: fake oil sales and loans, purchases of physical assets, fictitious megaprojects of public infrastructure, illegal gold mining, bank transfers and also the narcotraffic. Evo Morales, Luis Arce Catacora, their family and inner circle has been following that model. Creation of an intermedia company **Botrading** and their huge, exaggerated amount charged to the Bolivian YPFB oil company as was mentioned for congressmen of the opposition.

72. The leading Venezuelan state company behind the BJCE is the state oil company PDVSA, used for money laundering and corruption in the region, in the same way as the Brazilian company Odebrecht. The international financial network and the global business of PDVESA have allowed covering these illegal operations. One of the forms was through the false sale of oil to its PDV Caribe subsidiaries in El Salvador, Alba Petróleos, and in Nicaragua, Albanisa.

73. . In the case of Alba Petróleos, the company reported millionaire sales but "almost did not receive oil from PDVSA between 2007-2017", although its registered revenues of 200 million dollars per year. In 2007, Alba Petróleos announced the construction of a refinery to process its gasoline that did not operate. These operations made it possible to launder

funds for 1.1 billion dollars through the use of 8 (eight) Panamanian companies that went to tax havens in the Caribbean and Europe, such as the Virgin Islands, Cayman Islands, Belize, Switzerland, and Russia. (7)

74. In Bolivia also the Bolivian Petroleos Company, ("YPFB") has been create another company in Paraguay called "**Botrading" owner Omar Alarcon and Marcelo Arce Mosqueira (Son of Luis Arce Catacora actual president of Bolivia)** and International "YPFB" the Bolivian Government Bought Oil with two intermedial company, and paid almost 50% apparently more in commission and overprice to this intermedial companies. Also, former Minister **Carlos Romero** said that the Luis Arce Catacora regime, paid more than 700 million dollars for oil that it did not receive. Is a multimillion Briberies and corruption scheme. Also, the direct contracts with **VITOL** and **TRAFIGURA**. (8).

## C. VENEZUELA SUPPORTS TRANSNATIONAL ORGANIZED CRIME IN BOLIVIA

The potential MAS Criminal enterprise Regime. Evo Morales Ayma and Luis Arce Catacora's Illegitimate Authoritarian Control over Bolivia.

75. Evo Morales Ayma, assumed the Presidency of Bolivia in 2006, upon a bribery, and potential financing of Odebrecht with a 100 million dollars, the possible agreement was planned with money back though rail roads and over price.

76. Luis Arce Catacora assumed the Presidency of Bolivia in, 2020, upon the fraud of Evo Morales Ayma in 2019. The Fraud was corroborated by U.S. congress, European Union

---

7. *Inter-American Trends. Maduro's Regime: a "Joint Criminal Enterprise. May 30, 2019 at* http://interamericantrends.com/site/?p=2996
8. See report at Cabildeo Digital, April 1st, 2024. *Trafigura pay briberies in brasil and Bolivia?* https://www.cabildeodigital.com/2024/04/trafigura-confeso-haber-pagado-coimas_1.html. *Negociado de Botrading and Marcelo Arce ,05-27-2025* https://www.cabildeodigital.com/2025/05/el-negociado-de-brotrading-y-marcelito.html

and Organization of American States. (9) (10)

77      On, 2020, Bolivia held a presidential election. Although   Luis Arce Catacora

nominally "won" the presidential election, the election was neither free nor fair. Under the same

electoral apparatus, same personal, same corrupted electoral scheme.

78.     Notwithstanding the fact that the, 2020 election was illegitimate, because neither

of **the 57-point recommended for the OAS** was followed and or corrected with the same

election apparatus and after Luis Arce Catacora was inaugurated as Bolivian's president—a

result Luis Arce Catacora achieved by the forceful and unlawful suppression of the legitimate

government led by opposition. The same scheme of electoral fraud of 2019 was followed in

2020.  The scrutineers of the Supreme Electoral Tribunal, who were supposed to ensure the

legality and integrity of the process, allowed the flow of information to be diverted to external

servers, destroying all confidence in the electoral process." It also confirmed that an outside user

who controlled a Linux AMI appliance with "root privileges" — conferring the ability to alter

results accessed the official vote-counting server during the counting. Auditors also found that in

a sample of 4,692 returns from polling stations around the country, 226 showed multiple

signatures by the same person for different voting booths, a violation of electoral law. On those

returns, 91% of votes went to MAS, approximately double the rate recorded elsewhere. (11)

---

9.- Congress of U.S. reaffirm the report of OAS about the electoral fraud in Bolivia , September 30, 2022
https://eldeber.com.bo/pais/el-congreso-de-eeuu-ratifica-el-informe-de-la-oea-sobre-el-fraude-
electoral-en-bolivia_298737
10.- U.S. Department of State report electoral fraud in Bolivia in 2019. December 9. 2019 .https://2017-
2021.state.gov/the-organization-of-american-states-final-report-of-the-audit-of-the-elections-in-
bolivia/index.html
11. See press. OAS audit of Bolivian election finds evidence of systematic fraud on December 10, 2019 , at
CBC news. https://www.cbc.ca/news/politics/bolivia-election-oas-audit-canada-1.5390060

79.     In 2020, Evo Morales Ayma used the pandemic to increase repression. Ahead of elections for Bolivian's presidency and National Assembly that were scheduled for 2020, under the same electoral data base and without repairing all the recommendations of OAS, the Bolivian people went to the election with the same corrupted system and same personnel.

80.     In short, although Luis Arce Catacora continues to exert authoritarian control over Bolivia, he is no longer the head of state, and he has not been the head of state because the election was under the same corrupted electoral data base.

81.     Cancellation of TREP (monitoring election system) in the 2020 election, under National Electoral organization ("CNE") put on risk the credibility of the elections because the fraud in 2019 was found when we compare the electoral acts and picture under the TREP system, based on this evidence the OAS audit found the change of the results and also the vulnerability the system, and a secret door to manipulate the result through the cloud.

- Flawed IT systems: The systems used for both preliminary and final vote counts were vulnerable to manipulation.
- Manipulation of tally sheets: Tally sheets were pre-filled, forged, adulterated, and modified, benefiting one candidate.
- Redirected data flow: Vote results were found to have been redirected to two hidden servers, outside the control of the Supreme Electoral Tribunal (TSE).
- Deficient chain of custody: The lack of proper chain of custody for electoral material meant the possibility of manipulation or replacement could not be ruled out.
- Anomalous vote trend: The final 5% of the vote count showed a statistically improbable

- trend in favor of one candidate. (12)

82.      The Evo Morales Ayma and Luis Arce Catacora Regime includes myriad individuals, including many in governmental positions, who are beholden to Evo Morales Ayma and Luis Arce Catacora and who execute unlawful instructions of Venezuelan DGCIM and G2 Cuba personal intelligence and the Evo Morales and Luis Arce Catacora "300" force of counterintelligence.

83.      Evo Morales Ayma and Luis Arce Catacora regimen action is the same as a Washington Post article captures the essence of the Maduro Regime: "the reality is that the [Venezuelan] regime is less a government — much less a socialist one — than a criminal gang," in which "the money it is reaping from criminal activity is serving as a prop that allows it to survive"

### D. POTENTIAL "MAS" CRIMINAL ENTERPRISE IS ANTI-AMERICANISM

### i.- Evo Morales accused President TRUMP of a financial coup on 2019.

84.      Evo Morales made public accusations to President Donal Trump to finance a coup in 2019 in Bolivia. The Evo Morales Ayma Regime was virulently anti-American. Fig 1

---

12. See report. *Final Report of the Audit of the Elections in Bolivia: Intentional Manipulation and Serious Irregularities Made it Impossible to Validate the Results. December 4, 2019 at* https://www.oas.org/en/media_center/press_release.asp?sCodigo=E-109/19#:~:text= The%20report%20confirms%20that%20the,over%20the%20candidate%20Carlos%20Mesa.



Fig 1

85.     Among other things, the Evo Morales Ayma Regime blames the United States for a variety of economic failings and social deprivations of its own making. The Evo Morales Ayma and Luis Arce Catacora Regime accuses the United States of "making threats" "with the sole aim of smothering the Bolivian economy causing pain, unrest, and suffering to the Bolivian people all to promote political instability in order to overthrow the legitimate government of President Luis Arce Catacora.

### ii.- Luis Arce Catacora accused the United State Embassy in Bolivia of financing a coup on June 6th, 2024.

86. A documentary of the Luis Arce Catacora government accused the U.S. embassy in Bolivia of financing and organizing a coup in Bolivia on June 26, 2024. The documentary mentions that the former Head of Infrastructure and Security of the American Embassy in Bolivia **Roberto Vargas Blacut** met with **Fernando Hadam** at the Torino Hotel, **Sonan Liberman** (Deputy Political / Economic Counselor U.S Embassy La Paz) and, **Leonel Elio Sanjinez Rada** and **Miguel Fernando Iriarte Sandoval** members of the army intelligence company,

implicated in the new coup, planned and financed by U.S embassy in Bolivia. (13) (14)



Bureau of Western Hemisphere Affairs
@WHAAsstSecty · Follow

We've seen the false and offensive accusations linking the
U.S. to the events of June 26. We firmly support
democracy and the rule of law—something the Bolivian
people and government know. The MAS government
knows its claims are false; stop trying to drag the U.S. into
Bolivia's Show more

2:58 PM · Apr 11, 2025

87. With this excuse Luis Arce Catacora Regimen incarcerate more political opponent as Fernando Hamdam, Leader of Human Right Organization in Bolivia and others.

88. General Juan Jose Zuniga has been in jail, and in a video mentioned that President Luis Arce Catacora gave him the order to coordinate an auto-coup to increase President Luis Arce Catacora's popularity.

**iii.- When the Diplomatic Manuel Rocha Facilitate Evo Morales won on 2006.**

89. In 2005, for example, Manuel Rocha a former ambassador of United States in Bolivia, secretly aided Cuba's "Clandestine intelligence-gathering mission". (15) **Manuel Rocha**

13. See correo digital del sur , 04-11-2025. EEUU rechaza acusaciones del Gobierno boliviano sobre presunta implicación en el 26J  at https://correodelsur.com/politica/20250411/eeuu-rechaza-acusaciones-del-gobierno-boliviano-sobre-presunta-implicacion-en-el-26j.html
14. Que paso el 26J en Bolivia? Documental. Comunicación del Estado Plurinacional de Bolivia. 04-10-2025. Luis Arce Catacora.https://www.youtube.com/watch?v=DX_vv1zgJyA
15. On December 4th,2023. Retired U.S. Diplomat Manuel Rocha Accused of Spying…..
https://www.nytimes.com/2023/12/04/us/diplomat-cuba-foreign-agent-rocha.html

**in national TV said "if Morales was elected U.S. aid would be cut"** a US ambassador on

media conference state "US will cut relations with Bolivia if Morales wins the election", later we

highly suspected that action was strategically planned by Cuba and the double agent Manuel

Rocha. Means also Manuel Rocha strategic maneuver was planned under Cuban and Venezuelan

Intelligence in 2005.

### iv. Potential MAS criminal enterprise's Narcotics Trafficking and Narco-Terrorism. The Cartel of the Suns.

90.     Member of the Venezuelan military became involved in the drug trade in 1990s,

largely in the form of accepting bribes to ignore drug traffickers. Around 1992, Hugo Chavez

formed a Venezuela drug cartel, which at the time was known as the "Cartel Bolivarian" or

"Bolivarian Cartel." In 1993, the name changed to the "Cartel of the Suns," a reference to the sun

insignia on the Venezuelan military uniforms of many of the cartel's leaders with relations with

the Mexican cartels and later Evo Morales relations with Mexican cartels.  (16)

90.     The Venezuelan government under Hugo Chavez grew the cartel, affording

Venezuelan officials engaged in drug trafficking immunity in exchange for their loyalty to

Chavez. In 2005, the Chavez government expelled the U.S. Drug Enforcement Agency ("DEA")

---

16. A WSJ report, states Mr. Morales made Bolivia into a full-blown narco-state. Morales Made Bolivia a
Narco State; How many Mexicans know the role that Evo has played in the coca business? . Nov. 17,
2019. https://www.wsj.com/articles/morales-made-bolivia-a-narco-state-11574018858.
from Venezuela, making Venezuela a more attractive route for drug trafficking. As discussed,

further below, the Cartel of the Suns began coordinating with FARC to traffic cocaine. Venezuelan air force bases began to shelter planes loaded with cocaine that arrived from Colombia. Since 2003 Chavez has been founding this criminal conduct, financing Evo Morales Ayma and opening the road to his Presidential Election.

91.  The Bolivian government under Evo Morales Ayma grew the cartel, affording

Bolivian officials engaged in drug trafficking immunity in exchange for their loyalty to Morales.

In 2008, the Morales government expelled the U.S. Drug Enforcement Agency ("DEA") from

Bolivia, making Bolivia a more attractive route for drug trafficking.

92.     When Evo Morales Ayma did a monumental fraud in 2019 and Luis Arce

Catacora, stepped up to become one of the leaders of the political party and also the potential

started the dispute for power and the drugs cartels.

**v. Reason to the claim requests access against the seized Venezuelan money.**

93  The DOJ, acting in conjunction with other federal agencies, seized approximately $1.5
    billion in assets linked to the Venezuelan government or entities under its control,
    including funds held in U.S. financial institutions and Citgo Petroleum Corporation and
    the PDV Holding INC.

94  The seized assets were purportedly confiscated under anti-corruption and anti-money
    laundering initiatives targeting Venezuelan officials.

95  Plaintiff alleges that: A great amount of money was diverted to Bolivia, from Venezuela and PDVSA under the regime of Hugo Chavez and Nicolas Maduro. A portion of these PDVSA funds was unlawfully diverted to the Bolivian regime, which has engaged in acts of torture, extrajudicial killings, arbitrary detention, systemic bribery, narco-trafficking, create a more than 2 million of ghost vote since 2009.

96  The Bolivian government's actions constitute violations of international law, with money from Venezuela and the criminal organization, The Bolivarian Criminal enterprise founded by Hugo Chavez financed and imposed a constitutional reform to Bolivian constitution and also started to buy medias of communication, business, buy judges and paying briberies to limitation of roads, investment, **Bandes Bank** who finance a scheme of traffic of influences under the Project **"EVO CUMPLE"**. Also, that money from Chavez and PDVSA finance in Bolivia:

- Torture and inhumane treatment of political dissidents and activists.
- Arbitrary detention and extrajudicial killings in violation of the Universal Declaration of Human Rights and other international norms.
- Systemic corruption and facilitation of narcotrafficking in collaboration with organized criminal networks and preparation of false auto attempts to justify his political persecution.
- Corruptive electoral Padron and identifications, that increase around 2 million of fictitious voting persons than can change the final result of the elections.
- Law 421 and the unequal distribution of congress, imposed and financed by Chavez and PDVSA regimen when 68% of the votes can get a Maximum of 38% of representation.

97  Defendant's negligence of the DOJ in failing to oversee the proper allocation of the seized assets have facilitated these violations and caused direct harm to Bolivian victims and the Plaintiffs.

98  As a result of Defendant's actions and omissions, victims in Bolivia have suffered

physical, emotional, and economic harm.

## E. <u>MONEY FROM BJCE- CHAVEZ-PDVSA- THE PLAN FOR AN ELECTORAL FRAUD FORE EVER</u>

### i. Venezuela intervened in the digitization of ID cards in Bolivia

On March 13, 2006, a coordination meeting was held in which the Minister of the Presidency of Evo Morales, **Juan Ramón Quintana**, participated; the Vice Minister of Citizen Security, **Percy Paredes**, and the Venezuelan delegation, the Director of Technology and Systems of the Presidency of Venezuela, **Orlando Urbina**; and the Director of the National Office of Identification and Immigration of that country, Dante Rivas.

Therefore, the Government of Chavez not only provided the financing, but also intervened in the process of digitizing ID cards. The former director of the Free Identification Program (Paid for Venezuela and Hugo Chavez), **Percy Paredes**, the national director of Personal Identification, **Raul Rocha**, not only authorized the participation of civilian personnel, but the digitization was carried out at night and in the early morning, which generated susceptibility. On April 16, 2007, the identification program handed over to the Police the database of the free identification program and the digitalization of data. Even the Venezuelan **Dante Rivas appeared in Bolivian records**, with the Bolivian ID. (17)

### ii. Biometric vote registry in Bolivia, Dance of Numbers

*The researcher of the Latin American Faculty of Social Sciences (FLACSO) and the Institute of Advanced Political Studies (IIEPA), **Fernando Bazúa,** predicted that for the presidential elections in October 2014 in Bolivia, a "monumental electoral fraud" would be committed.*

---

17. *Venezuela intervino en digitalización de cédulas en Bolivia, Diputados investigan el hecho - Migalhas Calientes  https://la.migalhas.com/Calientes/134,MI64732,101048-Venezuela+intervino+en+digitalizacion+de+cedulas+en+Bolivia+Diputados* on June 14, 2008.
*https://laverdadylibertad.blogspot.com/2008/07/la-razn-de-bolivia-venezuela-intervino.html*

*This statement is based on a study carried out by the researcher during the 2009 elections, called "**The Dance of the Numbers**", where he evidences an unusual growth and manipulation of the electoral roll, creating, in his opinion, the bases of an "engineering of electoral fraud" that would give the Movement Towards Socialism (MAS) the victory by a wide majority.*
*He concludes his study with a question, if the CNE (national electoral court) met the goal of Evo Morales' registration, with the help of Smartmatic. What will be the voting goal that President Morales wants to achieve on December 6, 2009.*
*"None of these irregularities have been corrected, the same technology, the same registry and all this contamination from 2009 will be used in 2014, therefore, the fraud will not only be replicated but amplified." (18)(19)(20)*

### iii. Biometric Registry in Bolivia.

99. La Paz-Bolivia dated February 27, 2009 (The EU observes the "identification of Evo's ID cards" and nominated him for the National Electoral Court) lacked transparency due to the data collection procedure and the method of consolidation of the same. The same article indicates that the government used the data from the Civil Registry in charge of the CNE, for the rapid production of an identity document (ID card) and that due to the lack of documents, the presentation of two witnesses was reported. (21)

18. *Investigador de la FLACSO anticipa un fraude electoral.*
*https://www.noticiasfides.com/nacional/politica/investigador-de-la-flacso-anticipa-fraude-electoral-en-bolivia-339089-339076*
19. *Fernando Bazua anticipa monumental fraude electoral.*
*https://www.hacer.org/latam/bolivia-investigador-fernando-bazua-anticipa-monumental-fraude-electoral-en-octubre-icees/*
20. *El padrón Biométrico de Bolivia -La Danza de las cifras. Fernando Bazua, Centro de estudios sobre problemas públicos A.C. México, noviembre, 26, 2009. Microsoft PowerPoint - POLIS PADRON BIOMETRICO. https://www.hacer.org/pdf/Bazua00.pdf*
21.*See Press release; European Union mentioned lacked transparency data collection. 2009*
*Titulares de prensa – eju.tv. https://eju.tv/2009/02/titulares-de-prensa-116/*

#### iv. Smartmatic in Bolivia

100. **On May 10, 2009**, 34 companies applied for a new biometric registry from the National Electoral Committee ("CNE'). On 2009, the president of the **CNE confirmed that the Venezuelan company SMARTMATIC did participate in the development of the biometric registry.**

From the 2,616,846 registered on September 9, 2009, the number rose to 5,088,924 on October 22, 2009: 2,472,078 more registered. A 94% increase in just 6 weeks. All with money from Venezuela and Venezuelan personnel sent by Hugo Chávez.

Smartmatic mentions on its website that it achieved a biometric registry in record time in 75 days. For this project, Smartmatic supplied state-of-the-art software for Biometric Registration and Identity Management, and installed and delivered 3,000 PARkits to the National Electoral Court. A PARkit is an electronic biometric registration unit designed by Smartmatic to support the capture of Bolivians' identity in 2009. (22)

## F. PERPETUATION OF THE ELECTORAL FRAUD IN BOLIVIA WITH THE CHAVEZ ECONOMIC AND LOGISTIC SUPPORT

101.The journalist **Maibort Petit** explained how   Evo Morales Ayma, made the fraud as an

electoral apparatus and created a magnificent Mega-Venezuelan-Style Electoral Fraud Could Be

Repeated in Bolivia's 2014 Presidential Elections. (23) (24). Also, electoral authority **Rosario**

22.*Bolivia: Construyendo un registro biométrico en tiempo récord - Smartmatic.com* .
*https://www.smartmatic.com/es/experiencia/bolivia-construyendo-un-registro-biometrico-en-tiempo-record/*
23. See press February 12, 2014 Maibort Petit. *"Thanks to the manipulation and inflating of the electoral roll, the subservience of all branches of government to the executive branch, and the manipulation of the electoral process by the companies Smartmatic (Venezuela) and NEC (Argentina), Evo Morales would have secured the electoral result in the October 2014 referendum."*
*https://x.com/maibortpetit/status/1186336136706351104?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm%5E1186336136706351104%7Ctwgr%5Ef02ed59f4b98b437c1211c65fd205442be933412%7Ctwcon%5Es1_c10&ref_url=https%3A%2F%2Fmaduradas.com%2Ftrampa-denuncian-bolivia-estaria-usando-smartmatic-la-empresa-denuncio-fraude-las-elecciones-venezuela%2F*
24.CHEATING? Bolivia reportedly uses Smartmatic (the company that alleged fraud in Venezuela's elections). Published: October 21, 2019 / 3:58 pm / Section: News, Politics.
*https://www.lostiempos.com/actualidad/nacional/20160613/zapata-implica-exministro-pago-us-250-mil-fallo-favor-camce?page=3*

**Baptista** resigned because of a corrupted electoral system that made it impossible for the Evo

Morales and Arce Catacora political parties to lose.

> Rosario Batista Electoral Vocal denounced that the will of the citizens and
> sovereignty are "manipulated not only through the electoral result, but through the
> information provided to the citizens to perpetuate the ruling party in power."
> "Beyond the 2019 elections, in the 2020 electoral process the true results and
> obligatory principles of respect for human rights were ignored, subjecting the
> citizens to the will of the political party, which under the current conditions will
> never lose an election; therefore, to dismantle this entire system, a truly
> independent Electoral Body is required, open to citizen observations and
> verification and willing to return to the citizens the right to freely choose.
> I am not willing to be an accomplice to this entire system, nor legitimize it with
> my presence, therefore, in consideration of all that has been stated, I am obliged
> to submit my resignation from the position of Member, which I exercise by
> appointment of the Legislative Assembly. (25)

## G.  CHAVEZ'S MONEY AND THE PURCHASE OF BOLIVIAN MEDIA AND

## COMPANIES.

Reports from the Financial Investigation Unit (UIF) and the **Chavismo INC
journalistic project** show the flow of money from Venezuela and Hugo Chavez in
the purchase of companies, banks, media outlets and the takeover of government
bodies in Bolivia.

In the 14 years Evo Morales received money from Venezuela with the program
**"Bolivia Cambia, Evo Cumple"**, which between 2007-2011 reached 50 million
dollars.

Between 2008-2009, 16 million dollars of this program were given to individuals
**(Carlos Gil)** for the purchase of media outlets such as La Razón, Extra, ATB, which
links editorially with Evo Morales. (defending his actions)

The Economic and Social Development **Bank of Venezuela** (Bandes), then
controlled by **Hugo Chavez (PDVSA), acquired 94 percent of the Bolivian
group.**

According to the Chavismo INC portal, a collaborative investigation carried out by
Transparencies Venezuela, the Alianza Rebelde Investiga (ARI) and the Latin
American journalism platform Connectas, **at least 10 companies** were involved in

---

the flow of Venezuelan money in Bolivia. These are: Gravetal Bolivia S.A., Inversoja Capital Investments, Monómeros Colombo Venezolanos, Venezuelan Food Producer and Distributor S.A. (Pdval), Petroandina; Industrias Diana, Lácteos Los Andes, Local Supply and Production Committees (CLAP), Constructora Gómez Núñez Bolivia S.A and Bolivia Gastronomic Investments S.A. Bigasa. Two names stand out in all these projects as figureheads: **Carlos Gill and Juan Valdivia.** (26)(27)(28)(29)(30)

### H. Luis Arce Catacora" LAC" apparently Family briberies

102. Since "LAC" get the presidency, apparently designated to his family in all the government high positions, one son is ENTEL (Bolivian telecommunication company), one son is on YPFB (Bolivian Oil company) included gas and lithium negotiation, his daughter is in AFP (Bolivian retirement pension). Former minister of government of "EMA" Carlos Romero Bonifaz (30) denounced that YPFB (Bolivian Oil company) purchased, during 2023, a higher amount of gasoline than required by Bolivia, which implies the purchase in excess of 723 million dollars.

103. YPFB (Bolivian petroleum company) has a direct contracting system without bidding, where the main beneficiaries are the companies VITOL and TRAFIGURA. Vitol has a

---

26. *Venezuela Política. "Denuncian en Bolivia contrataciones irregulares del empresario venezolano ligado al chavismo, Carlos Gill Ramírez". 13 de marzo de 2020.*

*https://www.maibortpetit.info/2020/03/denuncian-en-bolivia-contrataciones.html*

27.*Venezuela Política. "El conglomerado de empresas de Carlos Gill Ramírez que desataron las acusaciones del senador boliviano Oscar Ortiz". 18 de marzo de 2020.*
*https://www.maibortpetit.info/2020/03/el-conglomerado-de-empresas-de-carlos.html*
28. *Venezuela Política. "Piden auditar a Ministerios en Bolivia que otorgaron contratos a empresas de Carlos Gill Ramírez". 17 de marzo de 2020.* *https://www.maibortpetit.info/2020/03/estas-son-las-empresas-de-carlos-gill.html*
29.*The best kept diamond of chavismo | Chavismo Inc .*
*https://www.connectas.org/especiales/chavismo-inc/en/the-best-kept-diamond-of-chavismo/index.html*
30.*Tras 14 años, develan cinco rutas del dinero venezolano en Bolivia. La Razón, news paper.*
*09/27/2020.https://www.lostiempos.com/actualidad/pais/20200927/14-anos-develan-cinco-rutas-del-dinero-venezolano-bolivia*

history of corruption in the United States, and TRAFIGURA also recently agreed to pay 130 million in the United States. Both companies had received about $ 300 million dollars in commission during 2023, the collection of commission is without any regulation and is fluctuating, it could be understood that the price of gasoline fluctuated according to the international market, but why the commission, there is a range between 75 dollars to 550 dollars per cubic meter of gasoline imported into Bolivia. (31)(32)

104. Plaintiff demand an investigation regarding **_VITOL_** and **TRAFIGURA** of the potential scheme of corruption in Bolivia with the following antecedents and the previous direct, contract with the "LAC" regimen. Also, investigation of the company **Botrading in Paraguay** potential bribery of Luis Arce Catacora Son .

105.The deputy Héctor Arce accused Rafael Arce Mosquiera, son of President Luis Arce, of enriching himself irregularly and benefiting from his influence in procedures for his property and the collection of diesels. "Is it possible that a 25-year-old has the ability to buy a property for more than $5,470,000 dollars … I ask the Bolivian people," he said.

106.The deputy asserted that Rafael Arce Mosquiera only had two minor positions in state entities, but at the age of 25 he bought a property of 2,187 hectares, called "Adam and Eve", whose value is 5.4 million dollars, in the department of Santa Cruz. The acquisition of this property was made on November 11, 2021. It was estimated that, with other acquisitions, the

---

31. El FACTOR YPFB EN LA CRISIS; NO ES LA GUERRA, SON LOS PILLOS, 03-05-2023. Cabildeo digital at https://www.cabildeodigital.com/2023/03/el-factor-ypfb-en-la-crisis-no-es-la.html
32. EVISMO DENUNCIA SOBREPRECIOS EN EL DIÉSEL POR $US 723 MILLONES 05-09-2023. Cabildeo digital at https://www.cabildeodigital.com/2023/05/evismo-denuncia-sobreprecios-en-el.html

assets of the president's son reach 7 million dollars and is rising because, under political favor, is one of the largest buyers of gasoline and Diesel in Bolivia with subvention and they are possibly resold because it does not have any company that consumes the amount of fuel it buys that exceeds 16,000 liters. (33). Adán and Eva, the sons of President Luis Arce, have been linked to the purchase of high-value land and million-dollar loans obtained under privileged conditions. According to allegations, they acquired strategic properties in urban areas through intermediaries, while managing bank loans that far exceeded their financial backing. The Bolivian Government (Arce Catacora) lent one billion dollars to the cattle bank and the cattle bank (Banco Ganadero) lent 9.2 million to the children of Luis Arce Catacora. (34)

## VITOL

United States of America v. Vitol INC., Cr No 20-539 (ENV)

The Company received full credit for its cooperation and Vitol S.A.'s cooperation with the Fraud Section's and the Office's investigation, including: (i) making factual presentations to the Fraud Section and the Office; (ii) voluntarily facilitating the interview in the United States of a former foreign-based employee; (iii) producing to the Fraud Section and the Office, on a prompt basis, relevant documents, including documents located outside the United States, accompanied by translations of documents; and (iv) timely accepting responsibility and reaching a prompt resolution;

The nature and seriousness of the offense conduct, as described in the Statement of Facts, including the Company's involvement in schemes to pay millions of dollars to officials of Brazil, Ecuador and Mexico, as well as the duration of the misconduct.

---

33. See Press Ralease, A la edad de 25 años, hijo del presidente compro una propiedad por 5,7 millones (April 16, 2024) available at https://www.visor21.com/a-la-edad-de-25-anos-hijo-del-presidente-compro-una-propiedad-por-us-57-millones.html
34..- Se press reléase. Arcitos!entre privilegios e impunidad. Cabildeo Digital , July 20 , 2025. At https://www.youtube.com/watch?v=pAnZeMDEujg

"Vitol Brazil Executive," a Brazilian citizen whose identity is known to the United States and to the Company, was a senior manager at Vitol Brazil during the relevant period. Certain aspects of Vitol Brazil Executive's work were overseen by Vitol Trader 1 and Vitol Trader 2. Vitol Brazil Executive was an agent of a "domestic concern," as that term is used in the FCPA, Title 15, United States Code, Section 78dd-2(h)(1).

Vitol S.A. (a) acknowledges the filing of the two-count Information against Vitol Inc. charging Vitol Inc. with violations of Title 18, United States Code, Section 371, that is, to violate the anti-bribery provisions of the Foreign Corrupt Practices Act of 1977 ("FCPA"), as amended, Title 15, United States Code, Section 78dd-2 and 78dd-3, and; (b) undertakes certain obligations under the Agreement among Vitol Inc., the Fraud Section and the Office; and (c) agrees to accept a monetary penalty against Vitol Inc.

totaling $135,000,000, and to pay such penalty to the B-4 United States

## NARCOTRAFIC

## A. NARCO TERRORISM CONSPIRACY, COCAINE IMPORT CONSPIRACY, POSSESSION OF MACHINE GUMS AND DESTRUCTIVE DEVICES, CONSPIRACY TO POSSESSION OF MACHINE GUMS AND DESTRUCTIVE DEVICES AND FORFEITURE ALLEGATIONS.

107. The Executive order 14060 Establishing the United States Council on transnational Organized Crime (USCTOC), and EO 14059 Imposing sanctions on Foreign Persons Involved in the Global Illicit Drug Trade.

108. Plaintiff request to the defendants investigates high- ranking public officials in Bolivia and elsewhere, who have participated in, among other things, narco-terrorism, large scale drug trafficking, and weapons offenses relating to the importation of cocaine into the United States. The "*Cartel de las Estrellas*" was compromised of high-ranking Bolivian Officials who abused the Bolivian people and corrupted the legitimate institutions of Bolivia, including parts of

the military, intelligence apparatus, legislature, and the judiciary system to facilitate the importation of tons of cocaine into the United States.  Apparently, **Evo Morales Ayma**, the former president of Bolivia, **Álvaro García Linera** former Vice-president. and others members: **Juan Ramon de la Quintana, Carlos Romero, Sacha Llorenti**, and others related to this traffic.

109.- Under the leadership of Morales Ayma and others, the *" Cartel de las Estrellas"* joint forces with the *"Cartel de los Soles" (35)* sought not only to enrich its members and enhance their power, but also to "flood" the United States with cocaine and inflict the drug's harmful and addictive effects on users in this country, prioritizing using cocaine as a weapon against America and importing as much cocaine as possible into the United States.

110. In 2016, Evo Morales Ayma gave an entry pass to Congress and the Government Palace to Iván Archivaldo Guzmán Salazar, son of Chapo Guzmán (Fig 2), which shows that he has dealings with the Mexican Chapo Cartel.

---

*35.- The Cartel of the Suns (Spanish: Cartel de los Soles) is a Venezuelan organization supposedly headed by high-ranking members of the Armed Forces of Venezuela who are involved in international drug trade. https://en.wikipedia.org/wiki/Cartel_of_the_Suns*



Fig. 2

## i. Narco-Terrorism Conspiracy.

111.- On 2006 Venezuela's Hugo Chavez worked to flood the U.S. with cocaine and
Morales Ayma played an important role. Morales Ayma put his government at the service of
drug trafficking who brought him to the presidency. He went so far as to turn the Bolivian state
into a narco-state (36)(37)(38)(39)

112.-From at least in or about 1980, up to and including in or about 2025, Bolivian
former president Morales Ayma is also president of the coca growers' federations in the
*"Chapare"* region of Bolivia one of the major coca-growing areas in Bolivia, Since 2006 to
2022, coca cultivation increased from 26,000 hectares to 40,000 hectares, potential to produce
312 tons of cocaine, but it is not known exactly why protected areas and ecological parks have

---

36.- Documents prepared by U.S. federal prosecutors outline for the first time the possible role of the former Venezuelan president in drug trafficking. Wall street Jornal September 15, 2019.
https://www.wsj.com/articles/venezuelas-hugo-chavez-worked-to-flood-u-s-with-cocaine-u-s-prosecutors-say-11568557780
37.- Bolivia Narco State . Carlos Sanchez Berzain, March 20, 2019. https://intdemocratic.org/bolivia-a-narco-state-whose-foreign-policy-defends-narcotics-trafficking-2/
38.- Por que Bolivia es un Narco-Estado. https://elorientalbo.com/por-que-bolivia-es-un-narcoestado/
39.- Morales Made Bolivia a Narco State. Wall street Jornal, November 17,
2019.https://www.wsj.com/articles/morales-made-bolivia-a-narco-state-11574018858

been deforested and ceded to criminal organizations related to his political party for illegal cultivation (40).

113.- On September 17,2022 President Biden complains that Bolivia do not fight drug trafficking In or about 2022 President **Luis Arce Catacora, Remy González, Eduardo del Castillo,** violating Bolivia's laws and constitution, they create an illegal coca market by imposing a member of their party, Arnold Alane's at the head of this illegal market. (41).

114.-Morales Ayma's decision to expel DEA in January 2009 from Bolivia (42) difficult the evaluation of the current drug trafficking situation in Bolivia. However, reports obtained from neighboring countries have revealed a number of alarming trends, including an increase in Bolivian cocaine production and the increased presence of Colombian, Brazilian, Peruvian, Venezuelan and Mexican drug traffickers operating throughout the country. These trends are the highest in over a decade and are attributed to a number of factors:

a) Protection of the government granting Id's and passports with another identity. (43)

b) Allowing money laundering by making investments in properties, clinics and soccer teams. (44)

---

40.- *Production of coca in Bolivia may produce 317 tons of cocaine. July 15,2022. News paper los Tiempos at :https://www.lostiempos.com/actualidad/pais/20220715/eeuu-bolivia-se-cultivaron-39700-hectareas-coca-2021*
41.- *Arce Catacora régimen legalice, ilegal coca super Marquet.   June 28, 2022.Eju.tv. https://eju.tv/2022/06/ministro-reconoce-nuevo-mercado-de-coca-ilegal-en-la-paz-y-no-tiene-resolucion-ministerial/*
42. *Bolivia kicks out D.E.A . September 12, 2015. https://thegoodlylawfulsociety.org/bolivia-kicks-out-us-drug-enforcement-agency-drug-crime-rates-immediately-plummet/*
43.-*https://insightcrime.org/news/analysis/the-flight-and-capture-of-a-cartel-man/*
44.- *Carlos Romero, former Evo Morales minister and president of Sport Boy.August 17,2017. https://correodelsur.com/deporte/20170817_narco-romero-sale-al-frente.html*

c) It has the logistics for the production and export of cocaine, *"the Chapare"* has an international airport, chemical precursors, the Urea factory all for the initiative of Evo Morales Ayma.

115.- In or about August, 2018 during a visit to the "Tipnis", the Commission of the International Tribunal on the Rights of Nature, Carlos Romero described the Chapare as an "Independent State" region where the law is not respected. 90% of the coca from the *"chapare"* does not go through the legal market and is used to produce cocaine.

116.-Many evidence suggests that the government officials may be complicit in the drug trade, for example, **Rene Sanabria-Oropeza** pled guilty to drug trafficking charges stemming from his attempt to import over 100 kilograms of cocaine into the U.S. At the time of his arrest in February 2011, was the Director of the Narcotics Intelligence Unit within the Ministry of Government and also head of the Bolivian National Police anti-narcotics unit, known as FELCN. (45)(46)

117.- Maximiliano Davila-Perez a/k/a "Macho" is in Jail in New York was extradited because of an Indictment in the Southern District of New York. S9 19 Cr. 91 (DLC). (47).

118.-The *"Cartel de las estrellas"* negotiated multi-ton shipments of *"chapare"* produced cocaine; the *"Cartel de Los Soles"* provide military-grade weapons to the FARC; coordinated

---

*45.-* Former Bolivian anti-drug chief sentences to 15 years , Wall Street Journal. September 23 , 2011
*https://www.wsj.com/articles/SB10001424053111903703604576589390650678946*
46. FOUR BOLIVIAN NATIONALS CHARGED WITH DRUG TRAFFICKING. February 28,2011. Rene Sanabria-Oropeza, Milton Sanchez-Pantoja, Marcelo Foronda-Azero, and Jorge Sanchez-Pantoja at
https://www.justice.gov/archive/usao/fls/PressReleases/2011/110228-01.html
47. United States of America v. Maximiliano Davila Perez "Macho". February 1st,2022 at
https://www.justice.gov/usao-sdny/press-release/file/1468041/dl

foreign affairs with Cuba and other countries to facilitate large scale drug trafficking; and solicited assistance from FARC leadership in training an unsanctioned militia group that functioned, in essence, as an armed forces unit for the Cartel de Los Soles and this route is designed as "**ALBA route** "a drug trafficking scheme between Bolivia, Venezuela and Cuba. (48)

119.- **Germán Cardona Álvarez**, denounced in 2015 that Morales Ayma formed the "*Cartel de las estrellas*", just as the "Cartel of the Suns" operates in Venezuela. **Juan Ramon de la Quintana** was the one who coordinated the arrival of planes from Venezuela to the Chapare International Airport and left weapons for the ordas masistas (Morales's paramilitary group) (49)

120. During Luis Arce Catacora's administration, the relationship of high-ranking officials of his government with drug trafficking are several and many times denounced by Evo Morales himself. (50)

**ii. Means and Methods of the Narco-Terrorism Conspiracy**

121. In furtherance of the narco-terrorism conspiracy, at various times between in or about 1999 and in or about 2020, members of the conspiracy organized their drug-trafficking activities as follows:

---

48.- *See press reléase : "Ruta del Alba" de narcotráfico entre Bolivia, Venezuela y Cuba . April 23 , 2019 , at https://www.abc.com.py/edicion-impresa/internacionales/ruta-del-alba-de-narcotrafico-entre-bolivia-venezuela-y-cuba-1702109.html*
49.- *Germán Cardona en entrevista con ABC de España: "Militares bolivianos y venezolanos exportan cocaína en aviones oficiales" May 21, 2015 . https://oxigeno.bo/seguridad/8712*
50.- *See Press reléase:  Que la DEA no me vea que me causa stress . Cabildo digital. 04-24-2022 at https://www.youtube.com/watch?v=IF-8lCeZNBQ&list=PLDHAFmhWofgdLta27F5NPNW2sXmUnRyJj&index=1&t=923s*

a. Beginning in or about 2006, while the FARC was purporting to negotiate toward peace with the Colombian government, the FARC agreed with leaders of the Cartel de Los Soles to relocate some of its operations to Venezuela, Bolivia, Cuba, under the protection of the Cartel, and that the Cartel de Los Soles should instead use its other well-established drug routes and locations to dispatch cocaine

b. Members and associates of the FARC, operating under supervision of Morales Ayma and his political party MAS. In 2019 Facundo Molares Schoenfeld, a/k/a "Camilo," Kills two Bolivian peoples, in Montero-Bolivia after the electoral fraud made by Evo Moales.

### iii. Acts in Furtherance of the Narco-Terrorism Conspiracy Between the Cartel de Los Soles- Cartel de las Estrellas and the FARC.

122. In furtherance of the narco-terrorism conspiracy and to affect the illegal objects thereof, the following overt acts, among others, were committed. In or about 2008, Bolivian peasant leader Armadas Revolucionarias de Colombia – FARC). Quispe, a former member of the Tupac Katari Guerrilla Army (EGTK), to which Vice President **Alvaro Garcia Linera** also belonged, admitted his contacts with late FARC leader Raul Reyes and his sympathy for the group. (51).

123. In or about March 2011, Morales Ayma potentially ordered the assassination of his pilot **General German Valenzuela Lemaitre,** chief of staff of the Bolivian Air Force (FAB),

---

51.- *Quispe reconoció relación con FARC. El universo, 07-25-2008 . at* https://www.eluniverso.com/2008/07/25/0001/14/959ADA9006094476943FF7CAE8AEE891.html

newspaper versions mention that Mr. Valenzuela asked Morales to <u>no longer transport cocaine on Bolivian Air Forces (FAB) planes</u>. **Mr. Valenzuela was found DEAD** and his body was cremated to hide evidence about his murder, Morales Ayma discovered that Mr. Valenzuela was already in contact with the DEA passing information on how Evo Morales Ayma, Juan Ramon Quintana, Alvaro García Lineras and the political leadership that participated in the cocaine business that sent cocaine to Venezuela, Cuba, US. *"VEJA"* journalist Leonardo Coutinho mentions this death in his book "The Spectre" by Hugo Chávez. (52). Coutinho uses **Marco Antonio Rocha** as a source military and pilot who lives in the United States. Who witnessed at least 10 flights to Venezuela and another flights to Cuba and that the planes carried at least 500 kilos of cocaine on each flight and that Morales Ayma was aware of this activity.

### iv. Possession of Machineguns, Destructive Devices and Armed groups

124. From at least in or about October 2000, in a DEA-Bolivian Police operative there was a confrontation in the Chapare: **David Andrade, Graciela Alfaro, Gabriel Chambi, Silvano** Arroyo were kidnapped, tortured and executed by the Coca Trade Union Police. There are audios and witnesses that indicate that **Morales Ayma ordered the execution**. (53)

125.- Morales Ayma after starring in an electoral fraud in 2019 organized armed groups in the Chapare and La Paz called for confrontation and civil war. (54)(55)

---

52.- see book :- *Hugo Chavez , o espectro. Como el presidente de Venezuela Hugo Chavez , alimento el narcotráfico , financio el terrorismo y promovió el desorden total . Leonardo Coutino.* <u>https://www.amazon.com/Hugo-Ch%C3%A1vez-espectro-venezuelano-narcotr%C3%A1fico-ebook/dp/B079XVR8HY</u>
53.- Alomarianela journalist, report the case  of Andrade Family who was extrajudicial killed by paramilitary group from Chapare. <u>https://www.youtube.com/watch?v=wufRPeLsaZw</u>
54.-Chapare paramilitary group , treats civil war . 2019
<u>https://www.youtube.com/watch?v=O7nwa9jMYxE</u>
55. Chapare Cartel Group description at https://en.wikipedia.org/wiki/Chapare_Cartel exchange of cocaine and cocaine paste for weapons and supplies that are used by the FARC to support their international terrorism activities.

126.- In June 2025 the narco terrorist groups under Evo Morales Command, killed 6 peoples, died under this criminal organization financed with money from the narcotraffic's and Chapare cartels.

127.- **Captain Sergio Castro** is exiled to in the United States reports that in 2019, when he was in Evo Morales' intelligence group, military weapons were purchased from the **Chinese government**, which were never delivered to the military and are suspected of being within Chapare for Evo Morales' armed groups. The theory is postulated that if electoral fraud for the out coming election in august 2025 that perpetuates the regime cannot be carried out, these para military groups would be used to impose their dictatorship. In addition to having a justice system with self-prolonged judges who are subservient to the government, total control of the results and manipulation of the results is being prepared.

**v. Chapare Cartel Group under Evo Morales Direction.**

128.   A Bolivian criminal organization dedicated to drug trafficking and human trafficking that operates in the Chapare region (Chapare 1). Several journalists have baptized this organization simply as the Chapare Cartel. Evo Morales has been the top Lider of this region since 1980 to present, and has been protected by what he calls his militia a para military group. This criminal activity was extended to another location in Llallagua. (Chapare 2).





**CHAPARE 1**                    **CHAPARE 2**

### IX. The FARC

129.    The FARC is an armed and violent organization based primarily in the Republic of Colombia. Since its inception in 1964, FARC has engaged in armed conflict against the government of Colombia, which is a constitutional, multi-party democracy. Although many FARC rebels laid down arms as part of a 2016 peace agreement, a significant number—notably, those that are in league with Chavez-Maduro Regime and the Morales Regime—continue to fight to derail the peace process and to destabilize all levels of the Colombian government through violence, including murders and hostage takings, threats of violence, and other terrorism-related activities. The FARC's activities throughout Colombia have caused hundreds of civilian deaths and injuries.

130.    The FARC has been, and remains, strongly anti-American. It characterizes American citizens as "military targets," and it has engaged in violent acts against U.S. nationals in Colombia, including murders and hostage takings.

131.    FARC supports itself largely through the trafficking of cocaine. FARC rebels on Colombia's borders, particularly the Venezuelan border, are responsible for transporting cocaine outside of Colombia, and facilitating the commercialization.

132.    FARC leadership frequently noted during meetings that the FARC could not survive without the proceeds generated from cocaine and cocaine paste manufacturing and distribution. Recognizing that the United States has contributed significantly to Colombian fumigation efforts, the FARC leadership ordered FARC members to kidnap and murder U.S.

nationals to intimidate the United States and coerce it from efforts to fumigate and disrupt the

FARC's cocaine and cocaine paste manufacturing and distribution activities.

133.    On October 8, 1997, the Secretary of State of the United States designated the

FARC designated foreign terrorist organization ("FTO"), pursuant to Title 8, United States Code,

Section 1189. The FARC was re-designated on September 5, 2001. At all times material to this

action, the FARC is a designated FTO. Specifically, 8 U.S.C. § 1189(a)(1) authorizes the

Secretary of State to designate an organization as a foreign terrorist organization . . . if the

Secretary finds that (A) the organization is a foreign organization; (B) the organization engages

in terrorist activity. . ; and (C) the terrorist activity or terrorism of the organization threatens the

security of United States nationals or the national security of the United States. 8 U.S.C. §

1189(a)(1).

## X. The potential MAS Criminal Enterprise and the Morales - Arce-Catacora Criminal Conspiracy

134.    The potential MAS Criminal Enterprise is an association that includes, among

others, Morales, the Morales -Arce Catacora Regime, the Cartel of the Stars, and the FARC.

135.    Members of the Morales Criminal Enterprise have conspired and agreed to

commit a wide variety of interrelated crimes (the "Morales Criminal Conspiracy"), including (a)

narcotics trafficking; (b) narco-terrorism (c) bribes and other terrorism against the United States

and its citizens; (d) acts of terrorism designed to intimidate Bolivian civilian population,

including kidnapping, torture, arbitrary detention, "disappearances," and murder; (e) public

corruption offenses including bribes foreign scams; and (f) money laundering.

136.    Each of Morales Criminal Enterprise's criminal endeavors is intrinsic to, and necessary to the functionality of, the overall criminal enterprise. Put differently, each line of criminal wrongdoing supports and reinforces the ability of the Morales Criminal Enterprise to commit each of the other criminal wrongdoing in which the Morales Criminal Enterprise engages.

a.   For example, a central objective of the Arce-Catacora Criminal Enterprise and the Morales-Arce Criminal Conspiracy is to assist Morales-Arce to retain authoritarian control over Bolivia. By ensuring that Morales-Arce unlawfully controls the Bolivian state, the Morales-Arce Criminal Enterprise ensures that it can continue to commit profitable crimes—such as narcotics trafficking and looting the Bolivian treasury—with impunity and without interference from legitimate law enforcement.

b.   Conversely, the Morales-Arce Criminal Enterprise, through its earnings from profitable crimes such as narcotics trafficking and public corruption, obtains wealth through which Morales-Arce purchases the loyalty of Morales-Arce Criminal Enterprise's leaders and loyalists, thereby cementing Morales-Arce's authoritarian control over Bolivia. "A key to Morales's resilience has been the loyalty he has retained among most Bolivian security forces. For years, military leaders and other officials have enriched themselves through corruption, drug trafficking, and other illicit industries. In other words, dirty money is the lifeblood of the Morales-Arce Criminal Enterprise and the Morales-Arce Criminal Conspiracy

c.   Most of the drug was provided by Bolivian cartels and transport on the presidential airplanes as mentioned before.

d.  And, through acts of terrorism and human rights abuses, the Morales-Arce Criminal Enterprise suppresses opposition to its narcotics trafficking, public corruption, and Morales-Arce Catacora authoritarian control of Bolivia.

137.    Because the foregoing crimes are interrelated, because each type of criminality furthers the other types of criminality, and because the Maduro Criminal Enterprise

conspicuously engages in each type of criminality, each and every co-conspirator in the Morales-Arce Criminal Conspiracy has knowingly and intentionally agreed to all types of criminality in which the Chavez-Maduro Criminal Enterprise engages.

138.    The key lines of criminal conduct in which the Morales-Arce Criminal Enterprise engages are discussed in more detail below.

**A. The MAS potential Criminal Enterprise's Trafficking and Narcoterrorism**

139.    For at least 20 years, and continuing through today, Morales-Arce, along with a cadre of his Bolivian loyalists and the FARC logistic, has run a vast narco-terrorism conspiracy, and through it, has intentionally inundated the United States with cocaine, not only to enrich Morales himself along with the other members of the Morales Criminal Enterprise, but also to harm the United States and its citizens.

140.    On March 26, 2020, the DOJ unsealed indictments charging myriad crimes against Maduro, other Venezuelan leaders, and their FARC co-conspirators, for narcotics trafficking and narcoterrorism. Summing up the charges, U.S. Attorney General William P. Barr explained that "[t]he Venezuelan regime, once led by Nicolás Maduro Moros, remains plagued by criminality and corruption. . . . For more than 20 years, Maduro and a number of high-ranking colleagues . . . conspired with the FARC, causing tons of cocaine to enter and devastate American communities."(56)

---

56. *See Press Release, Dep't of Justice, Attorney General William P. Barr Delivers Remarks at Press Conference Announcing Criminal Charges against Venezuelan Officials (March 26, 2020) ("AG Barr Remarks") available at https://www.justice.gov/opa/speech/attorney-general-william-p-barrdelivers-remarks-press-conference-announcing-criminal;*

141.   Attorney General Barr further explained the role of FARC in the conspiracy:

"There is a dissident group of about 2,500 FARC members, and they have taken up on the border between Venezuela and Colombia. These FARC dissidents continue to be involved in drug trafficking and armed insurgency. They have obtained the support of the Maduro regime, which is allowing them to use Venezuela as a safe haven from which they can continue to conduct their cocaine trafficking and their armed insurgency."(57)

142.   In a background call on February 5, 2020, a senior White House official told journalists that Maduro "has turned Venezuela into a narco state, which has become a primary point of narcotics trafficking to Central America, Mexico, therefore the United States." The Cartel of the Suns and FARC traffic a significant portion of this cocaine in Florida. (58)

143.   U.S. Attorney Berman explained the role of the Cartel of the Suns in the conspiracy. He stated that Maduro and the Individual Defendants "called their cartel the 'Cartel of the Suns.' The name they chose reflects the Cartel's identity and operations. It is a direct reference to the sun shaped stars that Venezuelan military officers wear on their uniforms. Indeed, three former military officers of the highest rank are charged in this indictment. At the direction of Maduro, and in pursuit of their own personal profits, these officers: negotiated drug sales; protected the FARC's transportation of coca leaves from Colombia; provided safe haven in Venezuela for cocaine manufacturing facilities; and supplied authorization codes and cover for

---

57 .see also Douglas Farah and Caitlyn Yates, MADURO'S LAST STAND Venezuela's Survival Through the Bolivarian Joint Criminal Enterprise with the FARC, IBI Consultants LLC ((May 2019) ("The alliance of the [Maduro Regime] together w/ the FARC have coalesced into . . . a consortium of criminalized states and non-state actors working in concert with shared objectives"), available at https://www.ibiconsultants.net/_pdf/maduros-last-stand-final-publication-version.pdf.
58. See Nat'l Drug Intelligence Center, Fla. Drug Threat Assessment, July 2003, available at https://www.justice.gov/archive/ndic/pubs5/5169/overview.htm.

the planes and boats that transported the shipments as they began their journey to the United States." (59)

144.    Assistant Attorney General Brian A. Benczkowski explained the role of Defendant Padrino Lopez in the narco trafficking conspiracy: "[The Venezuelan] military—led by Padrino Lopez—was responsible for interdicting suspected drug traffickers flying through Venezuelan air space. But as Minister of Defense, Padrino Lopez instead wielded his power to allow drug traffickers to use Venezuela as a trans-shipment route for narcotics destined for the United States. (60)

Similarly, in Bolivia, the Evo Morales and Luis Arce Catacora regime allowed the use of military aircraft and high-ranking military and police officers, who were responsible for protecting drug cartels. Maduro criminal enterprise allegedly accepted bribes from drug trafficking organizations to allow them free passage to fly through Venezuelan air space. So long as he was paid off, cocaine-filled aircraft could get by and avoid interdiction. Far from stopping drug traffickers, the military – for the right price – gave safe passage to drug traffickers, terrorists, and other criminals." (61)

145.    The United States Attorney's Office for the Eastern District of New York has charged Defendant Torres (the former general director of Venezuela's DEA), for his role in the

---

59 *See Press Release, Dep't of Justice, U.S. Attorney Geoffrey S. Berman Announces Charges in U.S. v. Maduro et al. New York, N.Y. (March 26, 2020) available at https://www.justice.gov/opa/page/file/1262756/download.*
60 *See Press Release, Dep't of Justice, Assistant Attorney General Brian A. Benczkowski Delivers Remarks at Press Conference Announcing Criminal Charges Against Venezuelan Officials (March 26, 2020) available at https://www.justice.gov/opa/speech/assistant-attorney-general-brianbenczkowski-delivers-remarks-press-conference-announcing.*
61 *See Indictment, United States v. Torres, 15-cr-20 (E.D.N.Y.), at ¶ 4, available at https://www.justice.gov/doj/page/file/1261891/download*

Criminal Enterprise's narcotics trafficking. According to the indictment, Torres "receive[d] payments from narcotics traffickers in exchange for assisting the narcotics traffickers in conducting their illicit drug trafficking business." (62) Same Model in Bolivia

146.    In exchange for payments from narcotics traffickers, Torres, among other things, (a) alerted narcotics traffickers to future drug raids or locations of law enforcement counternarcotics activities so that the narcotics traffickers could change the storage locations of narcotics or alter transportation routes or times and thus avoid detection by law enforcement; (b) stopped or hindered ongoing narcotics investigations or counter-narcotics actions so that vehicles loaded with narcotics could depart from Venezuela; (c) arranged for the release of individuals detained for narcotics violations or for suspicion of narcotics trafficking activities; (d) arranged for the release of seized narcotics or narcotics-related currency; and (e) prevented the arrest or deportation of individuals sought for prosecution in foreign countries, including the United States.

147.    As well, numerous Maduro Criminal Enterprise operatives have been indicted in Miami for their unlawful trafficking of narcotics:

a. **Pedro Luis Martin-Olivares**, the former Chief of Economic Intelligence for Venezuela's secret police (SEBIN), was indicted in Miami for distributing more than five kilograms of cocaine for import into the United States and possessing with the intent to distribute more than five kilograms of cocaine on board an US registered aircraft.

b. **Rodolfo McTurk-Mora**, former head of Interpol in Venezuela, was indicted in Miami for conspiring to import more than five kilograms of cocaine into the United

62 See United States v. Luis Martin-Olivares, Case No. 15-cr-20299 (S.D. Fla).

States and to corrupt and impede the South Florida federal prosecution of another narcotics trafficker. (63)

**B. The Morales-Arce Criminal Enterprise's Material Support for Terrorism, Including Against the United States and Its Citizens.**

148.    A defining feature of the Maduro Criminal Enterprise is the symbiotic relationship among its principal members: on one hand, Morales, the apparatus of the Bolivian states that he controls, and the Cartel of the starts and on the other hand the cartel of the Suns, and the FARC.

149.    As described above, FARC, Maduro, Morales and the Cartel of the Suns have worked hand in glove to perpetrate a massive, ongoing, highly profitable narcoterrorism conspiracy aimed at the United States. But the collaboration goes much farther and deeper.

150.    Venezuela also provides a safe haven for FARC.  As a result, the FARC has taken over state functions in parts of Venezuela and has a vested interest in supporting the Morales regime. Expansion into Venezuela has enabled the FARC to carry out attacks in Colombia and withstand blows from Colombian security forces. (64)(65)

151.    In addition, Maduro provides high-end military grade weapons and munitions to

63See United States v. McTurk-Mora, Case No. 13-cr-20930 (S.D. Fla.).
64. Reuters Staff, Amid Colombia Rebel Rearmament, U.S. Sees Support from Maduro (Aug. 31, 2019), available at https://www.reuters.com/article/us-venezuela-politics-usa/amid-colombiarebel-rearmament-u-s-sees-support-from-maduro-official-idUSKCN1VL0FZ.
65. Ross Dayton, Maduro's Revolutionary Guards: The Rise of Paramilitarism in Venezuela, 12 CTC Sentinel 7, (Aug. 2019) available at https://www.ctc.usma.edu/maduros-revolutionaryguards-rise-paramilitarism-venezuela/.

FARC, such as shoulder-launched anti-tank weapons. (66) Years ago, Maduro attended a

meeting with a FARC representative at which the attendees agreed that the Cartel of the Suns

would provide the FARC cash and weapons in exchange for increased cocaine production.

152.    Conversely, at Morales's request, FARC and G2 supplied training to unsanctioned

militia groups (known as "Guerreros Azules" as Colectivos or "Collectives") that function as an

armed-forces unit for the Cartel of the Suns and Morales-Arce Catacora paramilitary groups.

The Colectivos engage in kidnapping, extortion, drug trafficking and murder, expropriation of

private properties (Interculturalism -groups). They are associated with extrajudicial killings and

terrorizing dissidents as a terrorist action.

**C. The Morales Regime's Terrorism Against the Civilian Population of Bolivia and
Judicial consortium to prosecute political opponents and patriots who denounced
corruption.**

153.    The Morales Regime engages in violent and unlawful terroristic abuses against

the Bolivian population to suppress political opposition, maintain its authoritarian grip on

Bolivia, and facilitate the Morales-Arce Criminal Enterprise's lucrative narcotics trafficking and

public corruption income.

**D. "EMA" gave the order to TVPA and extrajudicial killing, who should be prosecuted for
execution at Las Americas hotel**

154. After the Inter-American Commission on Human Rights (IACHR) recommended

66.See CNN, *Colombia: FARC Arms Traced to Venezuela, July 27, 2009, available at*
*http://www.cnn.com/2009/WORLD/americas/07/27/colombia.venezuela.arms/.*

that those responsible for the serious violations of the rights of five people involved in the so-called "terrorism" case should be criminally investigated. More than a dozen people who should be investigated. Starting with **Evo Morales Ayma** "EMA", **Álvaro García Linera, Betty Yaniquez**, among other former authorities.

155. On April 16, 2009, a few hours after the operation, Morales in Venezuela acknowledged that he had given the order to carry out the operation even though Chavez congratulated him for the operation.

156. In the video about the statements, then-President Morales acknowledges that he had left instructions to the vice president (**Álvaro García Linera**) and, through him, to the police, to carry out an operation to arrest foreign "mercenaries" and that a shootout would have taken place.

157. The second person under investigation should be **Álvaro García Linera**, since he was acting president before Morales' trip to Venezuela, and would be responsible for the operation. The third on the list is **Alfredo Rada**, who was Minister of Government; he put officials from that State portfolio in charge of the operation. He mentioned then-Deputy Minister **Marcos Farfan** and civil servant Carlos Núñez del Prado, who died in 2014.

158. Also demanded investigating who was Police Commander during the operation at the Hotel las Americas and **Jorge Santisteban**, who was head of intelligence. Likewise, also **David Choquehuanca** (actual vice-president) should be investigated because, in his tenure as foreign minister, he received the autopsy reports that were made in Europe on the deaths of Dwyer and Magyarosi, which contradicted the autopsies carried out in Bolivia

159. Regarding the violations of human rights **Betty Yañiquez** should be investigated, since she was the judge of constitutional guarantees who sent to jail those involved in the

"terrorism" case. **Johnny Aguilera**, who was a major at the time and who acted in a similar way to **Marcelo Soza** (prosecutor) who validated the records of removal of bodies and all the investigation "Case terrorism".

160.  In 2009, apparently **Evo Morales Ayma, Juan Ramon Quintana, Romero, Sacha Llorente, Aguilera** and others, with financing from Venezuela, recruited foreigners with the objective of making a film, photos were taken with weapons from Santa Cruz, Bolivia, meanwhile, government infiltrators contacted opponents and businessmen from Santa Cruz, selling the idea of an attack against Evo Morales Ayma, once the plan was put together, a military team entered the Hotel Las Americas , executed several people and began the hunt for opponents and businessmen. Presumption that this whole plan was developed with the support of **Hugo Chavez and Fidel Castro** (67). Evo Morales also apparently ordered the murder of Hanali Huaycho, a journalist and wife of a Morales military agent Jorge Clavijo Ovando who had information and intended to share it with the press. Evo Morales's secretary, Zulmah Vargas Cortes, was also found dead.

The "Porvenir" Massacre organized by Evo Morales in September 2009 to arrest Leopoldo Fernández, prefect of Pando and opponent of Morales, on August 5th, 2025, dismissed in trial of responsibilities for violation of due process. (67)

161. EMA in June, 2025, in his wish to force a unconstitutional habilitation to his

---

67.- THE MASSACRE AT THE "LAS AMÉRICAS" HOTEL ¿A PLOT BY THE GOVERNMENT OF EVO MORALES? 2009. *https://cd1.eju.tv/wp-content/uploads/2014/03/TRADUCCION-AL-INGLES.pdf?83b9e8*. See press reléase , Exsenador Paulo Bravo ratificó que caso Porvenir fue montado por el gobierno del MAS at : https://eju.tv/2025/08/exsenador-paulo-bravo-ratifico-que-caso-porvenir-fue-montado-por-el-gobierno-del-mas/

election, now is causing violation to human rights and forcing to his paramilitary groups, block the roads and kill police men, and civil population, their paramilitary group is financing with money from briberies and narcotraffic.

162.  The death of the former director of the Indigenous Fund (Fondioc) **Marco Antonio Aramayo** joins the former president of the National Road Service (SNC) **José María Bakovic**,

two victims of the **MAS criminal enterprise judicial consortium,** who died surrounded by processes, after denouncing acts of corruption within the Movement Government Socialism (MAS). In 2013, **Bakovic** died at the Hospital in Cochabamba, where he was admitted to intensive care. The former official had 72 legal proceedings against him and was sentenced to three years for economic damage to the State in the construction of the Tarija-Potosí highway. **Marco Antonio Aramayo** also died with more than 250 process under the corruptive MAS - criminal enterprise justice consortium after he denounced 500 million on briberies.

163. Multiple times Evo Morales and their criminal organization made railroads blocked and he planned no food will enter to the cities as a criminal and terrorist organization.

164. Evo Morales after their monumental fraud of 2019, and during the pandemia COVID 19, also blocked the railroads and destroyed the railroads and did not allow hospitals to be supplied with medical supplies and oxygen and many people died for this criminal and terrorist conduct.

165.- Evo Morales and their criminal organization organized blocking and destruction of roads to force his re-postulation and the Bolivian Constitution is clear in this point.

### i. The DGCIM IN BOLIVIA

166.    The DGCIM (Military Counterintelligence Agency) reports directly to Maduro as de facto commander-in-chief of Venezuela's army, and administratively to **Vladimir Padrino Lopez,** as the de facto Minister of Defense. Maduro has the power to appoint and remove the DGCIM's director, who also acts as an advisor to the President regarding the appointment of key military personnel. The DGCIM has broad powers to "conduct, coordinate and execute activities aimed at the discovery, prevention and shutdown of enemy activity" and its duties including protecting President Maduro.

167.    The DCGIM is responsible for carrying out initial investigations into targeted dissidents, arresting them, interrogating them and detaining them.

168.    On July 11, 2019, OFAC sanctioned the DGCIM in response to the "Maduro regime's inhumane treatment of political opponents, innocent civilians, and members of the military in an effort to suppress dissent." (68)

169. Evo Morales admitted that he used vehicles owned by an executive of Petróleos de Venezuela (PDVSA) in Bolivia in June 2025. One of the vehicles used by Morales, with license plate 3009 DFI, belongs to **Miguel Ángel Lozano Delgado**, president of the Venezuelan oil company in Bolivia. **PDVSA** also Miguel Lozano Delgado is the head of **the DGCIM** (counterintelligence of Venezuela) in Bolivia and coordinates apparently de political persecution and other illicit activities in Bolivian territory. (69)

---

68.- *Press Release, Treasury Sanctions Venezuela's Military Counterintelligence Agency Following the Death of a Venezuelan Navy Captain (July 11, 2019),* *https://home.treasury.gov/news/pressreleases/sm727.*
69. see press release, Evo admite que usa autos de PDVSA y advierten con duras sanciones al MAS | El Deber. 10-24-2024 at https://eldeber.com.bo/pais/evo-admite-que-usa-autos-de-pdvsa-y-advierten-con-duras-sanciones-al-mas_389621/

## XII. Kleptocracy and Corruption

170.    In Bolivia, "[o]ver the last two decades, corrupt Bolivian government officials have systematically looted Bolivia of billions of dollars." The Morales-Arce Catacora Regime's looting of billions of dollars from Bolivia's Treasury has played a major role in sending Bolivian's economy into a death spiral and in causing a humanitarian crisis of unfathomable proportions.

171.    Historically and continuing through today, apparently one of the Morales-Arce Regime's most profitable schemes for siphoning funds from the Bolivia treasury into insiders' pockets has been a bribe from contracts under the direct invitation, narcotraffic and terrorism. The basics of the scheme, in its simplest form, are straightforward: Luis Arce Catacora's cronies buy service from a fictitious company and pay for the service and is the way to justify the bribes. Those select persons who enjoy the Arce-Catacora Regime's favor High employees of YPFB Bolivian Petroleos company) split the money on different accounts, Then, Arce-Catacora's cronies continue with apparently a red of corruption and bribes, where all his family is in charge of Manny contracts with foreign companies living on his inner circle's hefty profit.

172. The same "Money Flight" (70)(71) scheme, involving money laundering in the United States, Panama, and Europe, is believed to have been carried out in Bolivia.  Revealed an international conspiracy to launder the PDVSA funds through Miami and several large-scale, international third-party money-laundering organizations. More specifically, the investigation revealed the use of Miami real estate and sophisticated false millions of U.S. Dollars investment.

---

70. See Press Release, U.S. Dep't of Justice, Two Members of Billion-Dollar Venezuelan Money Laundering Scheme Arrested (July 25, 2018), available at https://www.justice.gov/opa/pr/twomembers-billion-dollar-venezuelan-money-launderingschemearrested#:~:text=Matthias%20Krull%2C%2044%2C%20a%20German,conspiracy%20to%20commit%20money%20laundering.
71. See Affidavit of George F. Fernandez, United States v. Guruceaga, 18-MJ-3119-Torres (S.D. Fla.), available at https://www.justice.gov/criminal-fraud/file/1119981/download, ¶ 18.

173.     A more detailed explanation of this scheme is set forth by a protected witness in a criminal money laundering case against a member of the Luis Arce Catacora <u>potential order command in South Florida</u>. From there, a substantial amount of money was transferred out of the contractors 'Enterprise: "Bolivia has imposed the direct adjudication of contracts" under unclear circumstances.

Before the Election, Arce Catacora Regimen pretended to sign a contract of exploitation of lithium in Bolivia with Chinese & Russian companies with apparently corruption accusations.

### A. Bribery to Obtain Payments from PDVSA

174.     U.S. law enforcement identified almost a billion dollars in transfers from subsidiaries PDVSA to the bank accounts of various Venezuelan contractors -in Bolivia and accounts in Miami as bribes for the benefit of Venezuelan government officials. Millon also was transferred to Bolivia to buy TV stations, radios, newspapers, factories, banks and then control the government and the legislative and justice department.

175 High members of the Justice of the Bolivian and even Supreme Court, supported this corruption by accepting massive bribes in exchange for affecting the outcomes of criminal and civil cases in Bolivia, also with political persecution including directing lower-court judges to dismiss particular cases or release certain defendants.

### XIII. MONEY LAUNDERING

176.     The Morales-Arce Potential Criminal Enterprise laundered the proceeds of its criminal endeavors through the United States, especially South Florida.

177. **Edwin Mario Rodriguez Espejo** and **Carmen Eva Gonzales**, senators of the Legislative Assembly of Bolivia, in a letter dated October 17, 2019 GBA-No 124-2019/20, request a report of the bank accounts at the Institute for Religious Works of the **Vatican Bank** following the complaint **by Deacon Jorge Sonante in Argentina**, which shows the deposit slips in Euros for the accounts: 1.)VIP 001-3-11841, which as of December 26, 2018 has a balance of **16,149,999 of Alvaro Garcia Lineras**; 2.)Account 001-3-16746 as of December 26, 2018 has a balance of **135,000,000 euros in the name of Gabriela Zapata** (significant other of Evo Morales) and 3.) account 051-3-02370 as of December 26, 2018 has a **balance of 244,250,000 euros in the name of Juan Evo Morales Ayma.**

178. **Deacon Jorge Sonante** explains money laundering on the program "Ahora con Roxana." (former chief of Communications of the Presidency) The **Vatican Bank** pays 5% annual interest. With that money, it buys properties without paying taxes. After 2-3 years, the property is sold, and the money is laundered. This is how money from populist governments in Bolivia, Venezuela, and others was allegedly laundered, with Panama as the intermediate point.

## A. Proceeds of Currency scheme of briberies by Members of the Morales-Arce Potential Criminal Enterprise

### i) Mexican Government.

179. The Evo Morales Ayma Criminal Enterprise choreographed a billion-dollar international scheme to launder the proceeds of the bribes and narcotraffic.

180. During his escape after the monumental fraud on November 11, 2019, Evo Morales Ayma, collected two full Blinks trucks from Central Bank and Union bank (banco de la Union)

and put them on the Mexican airplane, Given by former Mexican president Manuel Lopez
Obrador. The airplane made a stop on Chapare-Cochabamba. (Fig 1)



Fig 1

181. Current President of Mexico **Claudia Sheinbaum** should conduct an investigation
into this case and present a report about this issue and its crew. Aircraft FAM 3916 "operation
Chimore" with the following crew: Miguel Eduardo Hernández Velázquez, a certified pilot from
the Air Force General Staff, responsible for the mission; Air Force Lieutenant Felipe Jarquín
Hernández, a certified pilot from the Air Force General Staff, and Julio César Sánchez Ruperto, a
second-in-command Air Force captain specializing in aviation maintenance.

182. At that time, **Claudia Sheinbaum awarded Evo Morales** with a diploma and a
medal, naming him a distinguished guest of Mexico City with the title of "defender of
democracy in Bolivia." The ceremony was held after the electoral fraud committee by Evo
Morales.

**ii) Paraguay Government**

73

183.- In the early hours of November 12, 2019, the Mexican plane FAM 3916 carrying Evo Morales landed at Asuncion International Airport in Paraguay.

Also pictures in Paraguay when 2 Blink trucks apparently took the money and gold from the plane FAM 3916 in the airport of Paraguay. (Fig 2).



Fig 2

184. Also, the President of Paraguay **Santiago Pena** must conduct an investigation also and explain where is the money, two full trucks, the capacity of both trucks is almost 1 billion of dollars. Money possible from Narcotraffic and briberies?

185. All of this money is used to finance, the terrorism in Bolivia and also that money should be used to compensate the victims of this criminal organization.

186. The President of Paraguay must order the investigation also in YPFB intermedia company called "**Botrading**" that has been used for possible corruption of the Bolivian government by **Marcelo Arce Mosqueira** son of the President **Luis Arce Catacora** in Paraguay and member of his inner circle.

## XIV. THE MAS CRIMINAL ENTERPRISE'S CRIMES AGAINST PROTECTED WITNESS IN MIAMI AND LONG ARM OF THIS ORGANIZATION.

74

## A. The DGCIM and MAS criminal enterprise and unclear death of protected witness in Miami.

187.     A protected witness was born in Bolivia. He relocated to the United States in 2023 on a visitor visa, because was under the label of "Bolivian protected witness". He has resided in Miami, Florida with the status of protective witness of the Bolivian Government. Under the **pseudonym AA1**, in accordance with section 1 of article 8 of Law 458 on the protection of witnesses in Bolivia

188. In fact, protected witness dies in Miami, after complaint of multiples dead sentence from **Luis Arce Catacora** regimen and former minister of Justice **Ivan Lima** persecution, simply for exercising his rights of freedom of speech in the United States and report corruption in Bolivia under the Regimen of Luis Arce Catacora.

189.     Because the protected witness was living in Miami, and because he was protected under Bolivian Law of protection of an important ant witness in a bribery case in the United States, the Luis Arce Catacora Regimen threatened him with a death sentence.

## B. Escape from Bolivia and Dead in Miami.

190.     After multiples threats of death in Bolivia even suffered from a Bomb attempt in Bolivia. The protected witness under the protection of the Bolivian Justice moved to Florida when the consortium of Ivan Lima made multiple pression in Bolivia to mention the address in Miami.

191.    Although the Luis Arce Catacora the Regime and their minister of Justice Ivan Lima, started a persecution in Miami. Regime indicated that it intended to continue its bogus criminal case against protected witness. Ordered command responsibility.

192.    The protected witness died under unclear circumstances in Miami, Florida. The **Luis Arce Catacora** Regimen and Former Minister of Justice **Ivan Lima**, said that a protected witness died in a car accident.

193.The actions of MAS Criminal Enterprise with dead threats in violation of Fla. Stat. § 812.13, because (a) they treat a protected witness (b) with the intent to permanently mute his voice (c) and use force.

194. The former  Minister Ivan Lima dismissed the corruption trial in Bolivia and the money from the bribery was found. Deputy Arce blamed Lima for the death.



**Deputy Arce blames Lima for the death of the protected witness and asks him where the millionaire bribe appeared from**

## C. PROTECTED WITNESS MANIFESTO.

### International complaints mentioned on his manifesto of protected witness

1.-I denounce the ABC case before the CAF Committee for the Prevention of Prohibited Practices, as it is a corruption project financed by this international organization.

2.- I report the case to international NGOs such as Transparency International and others.

3.- I file a complaint and cooperation with the FBI in the United States, for the investigation and judicial prosecution of this case, since in this case the Bolivian justice minister rightly said in a press conference that these Chinese companies have a presence worldwide and participate in the main financial markets, including the North American one, for which reason the law of corrupt practices in the United States gives full competence to the FBI and the US Department of Justice to investigate and punish this case". (72)

**D. Luis Arce Catacora and Ivan Lima <u>are Liable for dead treats and possible Extrajudicial Killings Under the Command Responsibility Doctrine in Miami Florida</u>**

195. The FBI investigation and report must clarify the role of both High authorities on the threats to the protected witness and the posterior unclear dead in Miami – Florida. Plaintiffs presented sufficient evidence for the jury to have found that each death threat was not lawful under international law, American Law and Bolivian Law.

Plaintiffs' evidence regarding the threats and political persecution and the video of the victim presented as "Manifest of the protected witness<u>" if both Bolivian authorities are related to this crime are liable for these deaths under the command responsibility doctrine</u>. The command responsibility doctrine imposes liability upon civilian and military commanders for the unlawful acts of their subordinates, even if that commander "[n]either committed [n]or directed the commission of such acts." <u>In re Yamashita,</u> 327 U.S. 1, 14-15 (1946). See also <u>Ford ex rel. Estate of Ford v. Garcia,</u> 289 F.3d 1283, 1286 (11th Cir. 2002) (explaining that the command

---

*72. See press release : Misterios como falleció el testigo protegido. Cabildeo Digital .03-27-2023.
At https://www.cabildeodigital.com/2023/03/los-misterios-del-fallecido-testigo.html*

responsibility doctrine "makes a commander liable for acts of his subordinates, even where the commander did not order those acts, when certain elements are met.").

196. In Ford ex rel. Estate of Ford v. Garcia, 289 F.3d 1283 (11th Cir. 2002), the Eleventh Circuit recognized the "essential elements" of command responsibility liability as:

> (1) the existence of a superior-subordinate relationship between the commander and the perpetrator of the crime; (2) that the commander knew or should have known, owing to the circumstances at the time, that his subordinates had committed, were committing, or planned to commit acts violative of the law of war; and (3) that the commander failed to prevent the commission of the crimes, or failed to punish the subordinates after the commission of the crimes.

197. Applying these principles, the Court will find that the jury will be analyzed, both as a legal and practical matter, that FBI had the ability to prevent or punish the extrajudicial killings committed in 2023 in Miami previous collect the information of the multiples treats of the Bolivian Hight authorities.

198. First, as President, Luis Arce Catacora clearly held enormous power over the Bolivian military. Under the Bolivian Constitution, the President is the Captain General of the armed forces. But also, there is plenty of information that related the government of Venezuela and Bolivia with the Cartel de los Soles, Tren de Aragua in Florida and American territory.

199. The Minister of Justice Ivan Lima was appointed by President, received orders from the President, and gave orders to Ivan Lima and Eduardo del Castillo "on technical matters." Lima, as Minister of Justice, also occupied a position carrying enormous power over the Bolivian operations. He was the Hight most senior member, after the President, on the "High government Command," "the top decision-making organism of the Intelligence Organization," and also control over the counterintelligence militia "group 300" with another minister of the inner group. His "principal powers" included "plan[ning], organiz[ing], direct[ing], and supervis[ing] Civil Defense in the National Territory," "[e]nsuring the integrity of the National Territory," and

[e]nabling the execution of the Operating Plans. Additionally, he was one of six Bolivian authorities who could "order the final investigatory phase" of bribery justice matters.

### XV. THE LUIS ARCE CATACORA FALSE IMPRISONMENT.

200.     Shortly after Luis Arce Catacora Regime's playbook for suppression of political prisoners the Arce Catacora Regime announced bogus charges against 1-1000.  Under coup I, coup II, coup III. More than **300 people** are in jail for defending clean elections, defending the democracy and military who refused Morales's order to attack pacific protesters.

201. Luis Almagro, Secretary of OAS, Organization of American States, states that Evo Morales perpetrated widespread fraud in Bolivia. (Fig. 3)

202. Marco Rubio the actual Secretary of State 'Morales stopped vote count when early results showed him going to run-off. (Fig 4)



"Yes, there was a coup, but committed by Evo Morales when he perpetrated widespread fraud in Bolivia"

Luis Almagro Secretary of OAS, Organization of American States

Luis Almagro Secretary of OAS, Organization of American States

Fig.3

Marco Rubio ✔ @marcorubio · 9h
#Bolivia FACTS:
-Morales re-election is unconstitutional
-He stopped vote count when early results showed him going to run-off
-Issued final results giving him improbable gains
-@OAS_official found irregularities
-He leaves after military refused his orders to attack protestors

♡ 354    ⟲ 770    ♡ 1,773

Fig 4

203. European Union, Organization of American States and United States congress recognized that Evo Morales committed monumental fraud in 2019.But nobody speak up about the false imprisonment of all these braves patriots and the cover up is worst of the crime (73)(74)

**A. Additional Injuries to 1-1000 victims of False imprisonment.**

204.   The unjustified and criminal false imprisonment of the political opposition they have mental trauma and unabating emotional misery.

a. The victims has been suffering loss of income, loss of health, psychological torture.

b. As the result of stress caused by the unjustified imprisonment, health problems.

205.   The statements were false: Defamation of 1-1000 victims, as croup, criminal, a financial terrorist. or a coward. Their lawful exercise of free speech and defend the democracy

and clean election in 2019 after Evo Morales monumental fraud and was the reason for an unjustified and unlawful imprisonment for the regime of Luis Arce Catacora for almost 5 years.

206.   Similarly, cause was a new coup organized by Luis Arce Catacora to increase his popularity on June 6, 2024.  But in the way falsely incarcerated more people and accused to U.S. embassy in Bolivia to financing and organizing the movement. This is a signal that Arce

---

73.- Congress of U.S. reaffirm the report of OAS about the electoral fraud in Bolivia , September 30, 2022 https://eldeber.com.bo/pais/el-congreso-de-eeuu-ratifica-el-informe-de-la-oea-sobre-el-fraude-electoral-en-bolivia_298737
74.- U.S. Department of State report electoral fraud in Bolivia in 2019. December 9. 2019 .https://2017-2021.state.gov/the-organization-of-american-states-final-report-of-the-audit-of-the-elections-in-bolivia/index.html

Catacora is sending to intimidate the civil population.

207.    DGCIM (Venezuelan) and G2 (Cuban) headquarters in Bolivia have been organizing and planning all the false operatives, and false coups in Bolivia since 2018.

### XVI. The potential MAS criminal Enterprise's Acts of Robbery, Bank Fraud, Money Laundering, Extortion and dead threats in Miami.

208.    Under Fla. Stat. § 812.13 "robbery . . . means the taking of money or other property which may be the subject of larceny from the person or custody of another, with intent to either permanently or temporarily deprive the person or the owner of the money or other property, when in the course of the taking there is the use of force, violence, assault, or putting in fear."

209.    Further, the actions of potential MAS Criminal Enterprise are subject to Florida state criminal jurisdiction. Under Fla. Stat. § 910.0015 ("state criminal jurisdiction"), "[a] person is subject to prosecution in this state for an offense that she or he commits, while either within or outside the state, by her or his own conduct or that of another for which the person is legally accountable, if: (a) The offense is committed wholly or partly within the state." Here, the potentially dead threats were committed in part in Florida, which is where the MAS Criminal Enterprise accessed protected witness ubication and unclear dead.

210.    Under 18 U.S.C. § 1344 ("Bank Fraud"), it is unlawful to "knowingly execute" a "scheme or artifice" to "obtain any of the monies, funds, credits, assets, securities, or other property owned by, or under the custody or control of, a financial institution, by means of false or fraudulent pretenses, representations, or promises". PDVSA(Venezuela) and YPFB (Bolivia).

211.     The potential MAS Criminal Enterprise violated 18 U.S.C. § 1344, by obtaining money from briberies under the custody of a financial institution (specifically accounts that inner circle of Evo Morales and Luis Arce Catacora had opened at different banks to the foregoing financial institutions, where the potential MAS criminal enterprise apparently opened their accounts and invest in different real estate properties in Miami, USA, Paraguay, Europe, etc.

212.     The Luis Arce Catacora potential Criminal Enterprise and their family violated 18 U.S.C. § 1956 ("Laundering of Monetary Instruments" or "Money Laundering, knowing that the money was stolen from the Bolivian government and transferred into their own family's accounts.

213.     The potential MAS Criminal Enterprise contacted a protected witness, in Miami Florida and treated him and finally died under unclear circumstances in Miami, Florida.

214.     Under Fla. Stat. § 836.10, "[t]he term 'threats to kill, cause bodily harm, or commit acts of terrorism, and outlines penalties".

215.     Florida Statute 836.10, concerning written or electronic threats, is a second-degree felony. The penalty for violating this statute includes imprisonment for up to 15 years. The statute also includes punishments for violating other related statutes such as 775.082, 775.083, and 775.084.

216.     Under Fla. Stat. § 836.05 (Threats; extortion), it is a crime to "verbally . . . maliciously threaten [] injury to another person . . . with the intent thereby to extort money." The potential MAS Criminal Enterprise committed this offense when they threatened a protected

witness that they would kill him. As the protected witness called the sentence of death. The threats and persecution were public in every TV channel in Bolivia.

### XVII. JUSTICE IN BOLIVIA

217. Bolivia has been rated as the most corrupt nation in Latin America (75), Office of Foreign Assets Control (OFAC) and FinCEN, designated aligned officials who obstructed a competitive and inclusive presidential election process in Bolivia and violated the civil (76) and human rights of the people. National Electoral Council (CNE) and the Supreme Tribunal of Justice (TSJ). With This lawsuit the OFAC and FinCEN must be investigated the money laundry from Bolivia in United States and fiscal paradises.

218.Impeded a transparent electoral process and the release of accurate election results, as well as the military, intelligence, and government officials responsible for intensifying repression through intimidation, indiscriminate detentions, censorship end potential fraud.

218. Evo Morales and Luis Arce Catacora with the money from Chavez and PDVSA take control over the judicial system and keep acting in violation of the laws and justice also apparently the National Electoral Court (CNE) and the presidential elections of August 17, 2025.

### XVIII. DANCE OF NUMBERS AND FRAUD ELECTORAL FOREEVER

219. As previously mentioned, since 2009, with the help of the Venezuelan regime and

---

75.- Bolivia has been rated as the most corrupt nation in Latin America and the second most corrupt country worldwide. June 21, 2025. At https://derechadiario.com.ar/us/bolivia/bolivia-is-the-most-corrupt-country-study-reveals-that-crime-has-become-more-entrenched
76. Global Magnitsky Human Rights Accountability Act Annual Report. February , 23,2024. https://www.federalregister.gov/documents/2024/02/23/2024-03532/global-magnitsky-human-rights-accountability-act-annual-report

Hugo Chávez, an inflated database of 1.5 to 2 million voters has been created, which is referred to as the "dance of numbers." With which the current governing party, as mentioned by former electoral spokesperson **Rosario Bautista Saavedra**, who resigned, said, "with this apparatus, the potential MAS criminal enterprise will never lose an election."

220. They have 1.5 to 2 million ghost voters.

221. By creating alternate servers and database gateways, they can modify the tally sheets. 57 points of the OAS audit were requested to be corrected after the electoral fraud of Evo Morales Ayma, which were also not met in the 2020 elections and which very possibly will not be met now neither.

222. The digital warriors monitor opponents on social media and disqualify them from voting, as happened in the last elections when people at the polling station were not registered because they were removed from the lists.

223. Law 421, which was illegally approved by a corrupt and totalitarian regime, must be annulled. The imposition of the law of Distribution of seats in Congress, where the urban area concentrates 68% of the population and accounts for only 38% of seats in Congress, and the rural and indigenous areas have 32% of the population and occupy 62% of Congress. This group is the most vulnerable because it is manipulated by repressive groups, union leaders who threaten with fines and even physical attacks. Therefore, in Chapare, which is the headquarters of Evo Morales' criminal organization, we can assume that there will be 100% voter turnout, and we assure that these are not free elections.

224. The National Electoral Court (CNE) never fix the 57-point ordered for the OAS and repeatedly violates the Constitution and the laws, following the electoral fraud of 2019, which was corroborated by the Organization of American States, the European Union, and the American Congress.

## XIX. VENEZUELA AND CUBA INTERFERENCE IN THE BOLIVIAN ELECTIONS

225.According to the military intelligence expert for Evo Morales' government, now in exile in the United States, **Captain Sergio Castro** asserts that **Gallo Zamora (Cuban Intelligence)** began planning the 2019 fraud in 2018, infiltrating civic organizations and opposition parties (77). They also control every government body: the SEGIP (General Secretariat of the Interior), immigration, and the National Electoral Court. He also mentions **Miguel Angel Lozano Delgado,** who is the top executive of Petroleos de Venezuela (PDVSA) Oil company in Bolivia, also a member of the Venezuelan Intelligence Service (DGCIM) and is stationed at the Venezuelan embassy in Bolivia. (77) **Miguel Angel Lozano Delgado** is the one



FIG 5

77. *¿Cómo operaron en los conflictos del 2019?/ Sergio Castro - Experto en inteligencia militar. https://www.youtube.com/watch?v=Df1q4jukXEU. Ahora con Roxana, febrero 26, 2025.*

who is allegedly providing Evo Morales with the latest model vehicles and airplanes for his travels campaign in 2025.

Cuban Medical Brigade personnel were found organizing blockades and paying farmers to confront the police and violent member of the MAS criminal enterprise as a terrorist group, as shown in the image and name, who was found with a backpack containing cash for this purpose in 2019 fraud. (Fig 5)

226. In 2019, Minister Arturo Murillo also exposed the involvement of the FARC, President Nicolas Maduro, Diosdado Cabello  , and Alexis Rodriguez Cabello as organizers of a criminal terrorist plot in Bolivia.



227. According to Bolivian law, the Electoral Tribunal would have to be prosecuted and face up to 5 years in prison for the fraud perpetrated by them. The president of that Electoral tribunal in 2019 was Maria Eugenia Choque, who justified her conduct as "I have been a prisoner of imposed decisions," she says, referring to the orders of Evo Morales Ayma.

228. Popular actions were filed for the cancellation of the MAS acronym for fraud and state terrorism before Congress, but the case was closed. Arguments for the cancellation of the political acronym were also presented to the Electoral Tribunal, but also for being subordinated to the government, the complaint never prospered.

229. The Organization of American States (OAS) recommended **57 points for correction,** including the electoral register, hidden gateways, and hidden servers. In the 2020 presidential elections under the leadership of **Salvador Romero** as president of the National Electoral Tribunal (TSE), not only were the 57 points not corrected by **Salvador Romero**, but the TREP (control of votes), which was the way to corroborate the results of the polling stations, was annulled. Many citizen organizations presented multiple observations, and with good reason, alleging that the fraud was repeated. But when the functional opposition conceded defeat with less than 10% of the vote, it demoralized the Bolivian population.

230. The elections were held with the same Electoral Court personnel, all of them affiliated with Evo Morales Ayma's party. Bolivian laws demand the annulment of any political party that commits electoral fraud. To this end, the Electoral Court, complicit in the regime that controls all three branches of government, including the judiciary, authorized the candidacy of the political party that committed electoral fraud.

231. Dark maneuver of Venezuelan Regimen for the next Bolivian elections. There are 1,918,000 Venezuelans in Chile and more than 1.7 million in Peru. "Since Venezuela doesn't

have diplomatic relations with Peru and Chile. (78) We're talking about 3.6 million Venezuelans that the Venezuelan regime is going to repatriate with scale in Bolivia right at the time of the electoral process," Cabello Rondon (79) stated in an interview on Public TV.

232. Why is the Maduro regime seeking to repatriate Venezuelans during election time in Bolivia, given the precedent that in 2019 there were multiple allegations of having organized, executed, and financed many acts of terrorism in Bolivia? Will history repeat itself?

### XX. Corruption of Bolivia's Electoral Agency (TSE) in July 2025.

233. a few weeks before the elections, congressmen denounced the payment of a $30,000 dollars bribe to a member of the electoral tribunal by **Brigida Lurdes Duran, the wife of President Luis Arce Catacora**. Representative **Antelo Céspedes** challenged the electoral authority to lift its bank secrecy and reveal his accounts held abroad. The representative filed a criminal complaint against **Tahuichi Tahuichi** requesting the triangulation of calls with Siles (former Minister of Justice). The complaint alleges passive bribery, undue influence, and benefits in office, crimes that, according to the Marcelo Quiroga Santa Cruz Law, constitute corruption offenses. A potential bribery paid for President Arce Catacora's wife is for 200,000 dollars paid to **Tahuichi Tahuichi** authority of the electoral tribunal.

---

78. *See press reléase Anuncio del régimen de Maduro de repatriar venezolanos a través de Bolivia enciende las alarmas. July 25, 2025. At https://www.vision360.bo/noticias/2025/07/29/29077-anuncio-del-regimen-de-maduro-de-repatriar-venezolanos-a-traves-de-bolivia-enciende-las-alarmas*
79. *In March 2020, Cabello Rondón was charged in a Southern District of New York federal indictment with conspiracy to commit narco-terrorism, conspiracy to import cocaine, and associated firearms charges in violation of Title 21, United States Code, Sections 960a and 963, and Title 18 United States Code, Sections 924 and 2. Has a reward of 25 million at : https://www.state.gov/diosdado-cabello-rondon*

234.   Antelo Cespedes present the following information of the transfer, on March 12, 2025, at 5:51 PM, a SWIFT transfer was made from the National Bank of Panama from account 6859432894-029 in the name of PANAB, owned by Brigida Lourdes Duran (wife of Bolivian President Luis Arce Catacora) to account NRA201000247111806 in the name of Violeta Import and Export Co. Limited, and the account owner is Tahuichi Tahuichi Quispe, who is a member of the National Electoral Court in Bolivia. Message input reference: 20250226 Message Output Reference: YMBKCN2X/02262025. For the sum of $30,000 dólars. (80)

## XXI. CORRUPTION AT THE HIGHEST LEVEL OF JUSTICE IN BOLIVIA

235. The corrupt Luis Arce Catacora regime is attempting to seize control of the Presidential Election of the Justice Tribunal of Bolivia through a fraudulent prorogation of five magistrates to maintain control of the justice. A Judicial Consortium was also disarticulated and is under investigation.

236.The Luis Arce Catacora regime keeps five self-prorogated judges to the Supreme Court of Justice. Already having five self-extended judges, it intended to appoint another subservient judge to place the highest court under its command.

237.The Prosecutor's Office includes former **Minister of Justice Cesar Siles** in the "Judicial manipulation" case. In the midst of the investigation, **Yvan Córdova**, investigated as part of the "consortium," submitted his "irrevocable" resignation as president of the

80. See press reléase. on 07-04-2025 . Evistas interponen demanda penal contra vocal Tahuichi y piden triangulación de llamadas con Siles. Notice angency Fides (ANF) at https://www.noticiasfides.com/nacional/seguridad/evistas-interponen-demanda-penal-contra-vocal-tahuichi-y-piden-triangulacion-de-llamadas-con-siles. July 4th,2025.

Departmental Court of Justice of La Paz. Yvan Cordova and **Claudia Castro** allegedly

coordinated a judicial coup with Justice Minister Cesar Siles to remove Judge Fanny Coaquira

and appoint a government official. This corruptive judicial group release corrupts member of the

government and incarcerated to political opponent or innocent victims of this regime.

238. The Prosecutor's Office decided to include former Justice Minister César Siles as a

suspect in the case of an alleged consortium that was allegedly formed to manipulate a court

ruling and remove Supreme Tribunal of Justice (TSJ) judge Fanny Coaquira. (81)


**XXII. Bolivia Law regarding to Terrorism.**

239. According to Bolivian Law, Evo Morales Ayma and Luis Arce Catacora are terrorist

under: Article 133 of the Criminal Code, regarding Terrorism, states that:

> Anyone who forms part of, acts in the service of, or collaborates with an armed
> organization intended to commit crimes against public safety, life, bodily
> integrity, freedom of movement, or property with the purpose of subverting the
> constitutional order or maintaining the population or a sector of it in a state of
> anxiety, alarm, or collective panic, shall be punished with 15 to 20 years'
> imprisonment, without prejudice to the corresponding penalty if such crimes were
> committed.

**XXIII. Government candidates for the August 17, 2025, national elections with**

**possible ties to drug trafficking cartels.**

240. **Andronico Gutierrez** emerges with Evo Morales from the largest cocaine

producing region in Bolivia (Chapare), currently with an apparent estrangement from both coca

---

81. See press reléase at opinión.com. Fiscalía incluye a exministro Cesar Siles por caso 'manipulación judicial. June 17, 2025. https://www.opinion.com.bo/articulo/pais/fiscalia-incluye-exministro-siles-caso-manipulacion-judicial/20250617000002974758.html

grower leaders. Captain Lara accuses him of being financed by drug trafficking (82). Likewise, his campaign manager, Mario Cronenbol (83), was called by the prosecutor's office for possible ties to the recently captured leader of the PCC, Marco Roberto de Almeida, alias Tuta, alleged leader of the First Capital Command (PCC), one of the most powerful criminal organizations in Brazil, who had been living in Bolivia for years with apparent protection from police authorities and the Bolivian government.

241. **Eduardo del Castillo,** who allegedly has ties with Sebastian Marset, whom he accuses of working with cartels under the name "Sonia."

> Attorney Jorge Valda strongly suspects that Sebastian Marsett had a business relationship with Eduardo del Castillo, whom Marset mentions as working under the name "Sonia." Marset was allegedly helped by Ministry of Government personnel to leave the country and by Bolivian police personnel, who should have been dismissed from the outset, but were never investigated or punished. In an audio recording, Marset refers to Eduardo del Castillo as "Donkey and Corrupt" and that he is afraid of what he might · say. Valda also mentions that Eduardo del Castillo covered up the true causes of the death of **Carlos Colodro,** the auditor of the bankrupt Bank "Fassil". "Colodro" jumped from a building, but with evidence of torture, a mutilated testicle, and an eyeball missing. A few days later, 500 kg of Bolivian drugs were discovered in Spain. This indicates Eduardo del Castillo's possible ties to criminal organizations. Sebastian Marsett's accusations not only reveal the failure of the fight against drug trafficking but also reveal the government's connections to these international criminal organizations. (84).

---

82. See press reléase: Los tentáculos del narcotráfico están abrazando la candidatura de Andrónico", denuncia el capitán Lara. July 8, 2025  https://correodelsur.com/politica/20250708/los-tentaculos-del-narcotrafico-estan-abrazando-la-candidatura-de-andronico-denuncia-el-capitan-lara.html
83. See press program: MARIO CRONENBOLD DECLARARÁ ESTE MARTES POR PRESUNTOS VÍNCULOS CON CABECILLA DEL PCC. Cabildeo digital. May 27, 2025. At :
https://www.cabildeodigital.com/2025/05/mario-cronenbold-declarara-este-martes.html
84. See press reléase. MARSET REAPARECE Y DESTROZA AL MINISTRO DEL CASTILLO. noviembre 26, 2023. Cabildeo Digital. https://www.youtube.com/watch?v=kn1AXTjxNUQ

242. Sebastian Marset demonstrates in several videos that he operated in Bolivia under the protection of police and government authorities, and that even before the operation to capture him, he was alerted by Bolivian police authorities. Sebastian Marset is wanted by the United States government and has a $2 million reward on him (85), and other members of this organization have also been captured. Paraguayan citizen José Estigarribia Cristaldo, known as "La Maldad" and alleged collaborator of Uruguayan drug trafficker Sebastián Marset, arrived in Paraguay after being extradited from the United Arab Emirates (UAE), according to the Interpol office in Asunción. (86)

243. The Washington Post called Marset "Narco Millennial." He was instrumental in opening up a new drug smuggling route, which led to a surge of cocaine into Europe's ports and had Latin American, US, and European officials chasing their tails. (87)

244. According to U.S court documents, Federico Ezequiel Santoro Vassallo, aka Captain, 46, was a close associate of Uruguayan national Sebastian Enrique Marset Cabrera, who, as alleged in an indictment, is a transnational drug-trafficker responsible for moving ton quantities of cocaine worth millions of dollars from South America to Europe. Santoro served as a transnational money launderer for drug-trafficking organizations and facilitated the movement

85. Sebastian Enrique Marset Cabrera - United States Department of State. 2 Millon reward https://www.state.gov/sebastianmarset#:~:text=REWARD%20OF%20UP%20TO%20%242%20 MILLION&text=Sebastian%20Marset%20is%20a%20most,violations%20in%20Paraguay%20a nd%20Bolivia.
86. Extraditaron a Paraguay a "La Maldad", presunto colaborador del narco uruguayo Sebastián Marset. July 25, 2025. At : https://www.infobae.com/america/america-latina/2025/07/27/extraditaron-a-paraguay-a-la-maldad-presunto-colaborador-del-narco-uruguayo-sebastian-marset/
87. Sebastian Marset built an empire as a kingpin and professional soccer player - Washington Post. July 18, 2024. At : https://www.washingtonpost.com/world/interactive/2024/sebastian-marset-soccer-football-cocaine-trafficking/

of millions of dollars of drugs proceeds from various countries in Europe to South America and elsewhere. (88)

245. Based on all the above, drug trafficking has apparently played a significant role under the regimes of Evo Morales and Luis Arce Catacora, and the current regime's two candidates are strongly suspected of being financed by transnational criminal organizations.

## CAUSES OF ACTION

### Count I – Negligence, misconduct and Violation the Freedom of Information ACT (FOIA).

246. Plaintiff incorporates by reference all of the preceding paragraphs as if fully set forth herein.

247. Under the FTCA, Defendant United States DOJ and FBI are liable for the negligent acts or omissions of its employees acting within the scope of their official duties. Under Executive Order 14147 section 3(b) president Trump ordered:

> The Director of National Intelligence(Tulsi Gabbard) , in consultation with the heads of the appropriate departments and agencies within the Intelligence Community, shall take all appropriate action to review the activities of the Intelligence Community over the last 4 years and identify any instances where the Intelligence Community's conduct appears to have been contrary to the purposes and policies of this order, and prepare a report to be submitted to the President, through the Deputy Chief of Staff for Policy and the National Security Advisor(Stephen Miler) , with recommendations for appropriate remedial actions to be taken to fulfill the purposes and policies of this order.

---

88. Prolific international money launderer sentenced to 15 years in prison. July 23, 2025. Case No. 1:23-cr-143. At: https://www.justice.gov/usao-edva/pr/prolific-international-money-launderer-sentenced-15-years-prison

248. DOJ and FBI employees owed Plaintiff a duty of care to act reasonably and take steps necessary to prevent harm posed by reported and executed terrorist threats on American soil under previous administration.

249. By failing to meet this duty, DOJ and FBI employees breached their duties, resulting in 1-1000 victims suffering significant harm and even possible murder of protected witness in Miami.

250. Plaintiff has exhausted all administrative remedies as required by 28 U.S.C. § 2675 by filing a FOIA request for information allowing him to present evidence in court to exonerate all victims of potential MAS criminal enterprise's ongoing abuses.

## Count II – Violation of Constitutional Rights (Bivens)

251. Plaintiff incorporates by reference all of the preceding paragraphs as if fully set forth herein.

252. Certain employees of the Department of Justice (DOJ) and FBI, acting under color of federal law, violated Plaintiff's constitutional rights by: Acting with deliberate indifference to Plaintiff's safety. Engaging in conduct that deprived Plaintiff of due process under the Fifth Amendment.

253. These actions caused 1-1000 victims to suffer injuries and they continue to be victims of a criminal regime.

## COUNT III

## Violation of the Federal Anti-Terrorism Act, 18 U.S.C. § 2333

## (J. Doe and 1-1000 victims)

94

254.     Plaintiffs incorporate by reference all the preceding paragraphs of this Complaint

as if fully set forth herein.

255.     The federal Anti-Terrorism Act ("ATA"), 18 U.S.C. § 2333, provides:

> Action and jurisdiction. — Any national of the United States injured
> in his or her person, property, or business by reason of an act of
> international terrorism, or his or her estate, survivors, or heirs, may
> sue therefor in any appropriate district court of the United States and
> shall recover threefold the damages he or she sustains and the cost of
> the suit, including attorney's fees.

256.     Plaintiffs defending human right violations are in Bolivia and the United States and 1-

1000 victims.

257.     Plaintiffs represent 1-1000 peoples that suffered injury to their person, property and

business. Among other things, they suffered loss of solatium, loss of consortium, mental anguish,

past and future emotional pain and suffering, loss of society, companionship, comfort,

protection, marital care, attention, advice and counsel. They also suffered loss of household

services and loss of income.

258. Plaintiffs J. Doe and 1-1000 victims suffered the injuries described above by reason of acts

of terrorism by the Regimen of MAS criminal enterprise.

259.     Under 18 U.S.C. § 2331 ("Definitions"), the term "International Terrorism," for

purposes of the ATA, means activities that:

> (A) involve violent acts or acts dangerous to human life that are a
> violation of the criminal laws of the United States or of any State, or

that would be a criminal violation if committed within the jurisdiction
of the United States or of any State;

(B) appear to be intended—

    (i) to intimidate or coerce a civilian population;

    (ii) to influence the policy of a government by intimidation or
    coercion; or

    (iii) to affect the conduct of a government by mass destruction,

    assassination, or kidnapping; and

(C) occur primarily outside the territorial jurisdiction of the United
States, or transcend national boundaries in terms of the means by which
they are accomplished, the persons they appear intended to intimidate
or coerce, or the locale in which their perpetrators operate or seek
asylum;

260.   Plaintiffs present information and material support to the potential MAS Criminal

Enterprise in relation with Evo Morales and Luis Arce Catacora through the sale of narco-

terrorist sales of cocaine in the United States is an act of terrorism that gives rise to liability

under the ATA.

    a.    First, narcoterrorism is dangerous to human life. It is dangerous to

        human life in the United States. As well, narcoterrorism is also dangerous to
        human life in Bolivia, because it funds the Evo Morales Ayma and Luis Arce
        Catacora Regime's terrorism against political dissidents and the Bolivian civilian
        population.

    b.    Second, the narcoterrorism violations by the Defendants violate both state

        and federal law prohibiting the trafficking of drugs. In addition, because the
        narcoterrorism violations were intended to fund acts of terrorism by FARC, the
        Cartel of the Suns, and the Evo Morales Ayma and Luis Arce Catacora Regime,
        the Defendants trafficking also violated federal prohibitions against providing
        material support to terrorists.

        i. 18 U.S.C. § 2339B makes it a crime to knowingly provide material

support or resources to a U.S. designated foreign terrorist organization ("FTO"). The "EMA" and "LAC" violated Section 2339B by knowingly selling narcotics in the United States (including Florida) for the benefit of FARC, and providing the proceeds of narcotics sales from the United States (including from Florida) to the FARC, which at all relevant times was a U.S. designated FTO.

ii. 18 U.S.C. § 2339C makes it a crime to knowingly provide or collect

funds with the intention that the funds be used, in full or in part, to cause death or serious injury to a civilian, for the purpose of intimidating a civilian population, or for the purpose of compelling a government to take or refrain from taking an action. The Evo Morales Ayma and  Luis Arce Catacora Regime violated Section 2339C by knowingly collecting funds (through sales of narcotics  in the United States, including in Florida) for the benefit of the MAS criminal enterprise  and the Evo Morales Ayma and  Luis Arce Catacora Regime, and knowingly providing funds (the proceeds of narcotics sales from the United States, including Florida) to the potential MAS criminal enterprise  and  Evo Morales Ayma and  Luis Arce Catacora Regime, intending that (1) the FARC would use the funds, in whole or in part, to cause death or injury to a civilian, for the purpose of compelling Colombia to meet various FARC demands, and for the purpose of compelling the United States to cease various anti-drug interdiction activities, and (2) the Evo Morales Ayma and  Luis Arce Catacora Regime use the funds, in whole or in part, to cause injury or death to a civilian, for the purpose of intimidating Bolivian's civilian population.

c.   The violations described above appear to be intended:

i.    to intimidate or coerce a civilian population, in that a reasonable, neutral observer would conclude that the intention behind the Defendants provision of funds (i.e., the proceeds of cocaine sales) to the FARC was to intimidate the civilian population of Colombia; that the intention behind the provision of funds (i.e., the proceeds of cocaine sales) to the Evo Morales Ayma and  Luis Arce Catacora Regime is to intimidate the civilian population of Bolivia; and that the intention behind the narco-terrorist sales of cocaine in the United States is to intimidate the civilian population of the United States;

ii.   to influence the policy of a government by intimidation or coercion in that a reasonable, neutral observer would conclude that the intention behind the Defendants' provision of funds (i.e., the proceeds of cocaine sales) to the FARC was to influence the policy of Colombia by intimidation or coercion, with FARC using the funds to force various policy changes in

Colombia by violence; that the intention behind the Defendants' provision of funds (i.e., the proceeds of cocaine sales).

    iii.    to affect the conduct of a government by mass destruction, assassination, or kidnapping, in that a reasonable, neutral observer would conclude that the intention behind the potential MAS criminal enterprise provision of funds (i.e., the proceeds of cocaine sales) to the FARC was to affect the conduct of Colombia by mass destruction, assassination, or kidnapping, with FARC using the funds to conduct a campaign of violence in Colombia; that the intention behind the POTENTIAL MAS criminal enterprise ' provision of funds (i.e., the proceeds of cocaine sales) to the Evo Morales Ayma and  Luis Arce Catacora Regime was to affect the conduct of the legitimate government of Bolivia by mass destruction, assassination, or kidnapping of political opponent or incarceration.

    d.    The acts of terrorism described above transcend national boundaries in terms of the means by which they are accomplished, the persons they appear intended to intimidate or coerce, or the locale in which their perpetrators operate or seek asylum, in the (1) the terrorist fund raising begins with narcotics shipments from South American, continues with narcotics sales in the United States, and continues with funds being repatriated to FARC and the Evo Morales Ayma and Luis Arce Catacora Regime in South America.

261.    The kidnapping (and false imprisonment) of more than 300 patriotic Bolivians, who defended the vote, clean elections and opposed the fraud.

    a.  First, kidnapping (and false imprisonment) is a crime dangerous to human life.

    b.  Second, the kidnapping (and false imprisonment) of more than 300 peoples appears to be intended to intimidate or coerce a civilian population, in that it was meant as a punishment for the exercise of free speech offensive to the Evo Morales Ayma and Luis Arce Catacora Regime, meant to serve as an "example" to the Bolivian people;

    c.    Third, the kidnapping (and false imprisonment) of more than 300 people transcend national boundaries in that political persecution of the opponents.

262.    The Arce Regimen kidnapping (and false imprisonment) of 1-1000 peoples was the cause of the injuries suffered by more than 1000 peoples, wife's, kids and family of all the victims.

263. The torture of member of Resistencia Juvenil Cochala (**RJC**) at put on jail in Bolivia was an act of terrorism.

a.    First, torture is a crime dangerous to human life.

b.    Second, threats and possible assassination of protected witness would be a criminal violation if committed within the jurisdiction of the United States or of any State.

c.    Third, the torture of **RJC** and political opponents appears to be intended to intimidate or coerce a civilian population, in that it was meant as a punishment for the exercise of free speech offensive to the Evo Morales Ayma and Luis Arce Catacora Regime, meant to serve as an "example" to the Bolivian populace;

## COUNT IV

### Violation of the Florida Anti-Terrorism Act, Fla. Stat. § 772.13

264. Plaintiffs incorporate by reference all the preceding paragraphs of this Complaint as if fully set forth herein.

265. Florida Statute Section 772.13 provides in relevant part:

A person who is injured by an act of terrorism as defined in § 775.30 or a

> violation of a law for which the penalty is increased pursuant to § 775.31 for facilitating or furthering terrorism has a cause of action for threefold the actual damages sustained and, in any such action, is entitled to . . . reasonable attorney fees and court costs in the trial and appellate courts.

266.    Protected witness, are "persons." See Fla. Stat. § 1.01(3) (defining "person" to include "individuals, children, firms, associations, joint adventures, partnerships, estates, trusts, business trusts, syndicates, fiduciaries, corporations, and all other groups or combinations.").

267.    An "act of terrorism" is "[a] violent act or an act dangerous to human life which is a violation of the criminal laws of this state or of the United States," that "[i]s intended to:

1. [i]ntimidate, injure, or coerce a civilian population;

2. [i]nfluence the policy of a government by intimidation or coercion; or

3. [a]ffect the conduct of government through destruction of property, assassination, murder, kidnapping, or aircraft piracy."

268.    The provision of material support to the Evo Morales Ayma and Luis Arce Catacora Regime and MAS Criminal Enterprise through the sale of narco-terrorist sales of cocaine in Florida is an act of terrorism that gives rise to liability under the Florida ATA.

a.    First, the narcoterrorism is dangerous to human life in the United States. See Maduro Indictment, ("the Cartel de Los Soles, under the leadership of [Chavez- Maduro – and cartel de las Estrellas, under leadership of Evo Morales Ayma and Luis Arce Catacora Regime] and others, prioritized using cocaine as a weapon against America"). As well, the

narcoterrorism is also dangerous to human life in Bolivia, because it funded the Evo Morales Ayma and Luis Arce Catacora Regime's terrorism against political dissidents.

b.  Second, the "MAS" Enterprise's narcoterrorism was intended to "[i]ntimidate, injure, or coerce a civil population." As set forth above, the purpose of the narcoterrorism was to harm the U.S. civilian population, i.e. to weaponized cocaine to undermine the health of American civilians. And, the purpose of the funds raised to support the Evo Morales Ayma and Luis Arce Catacora Regime included intimidating the Bolivian civilian population.

c.  Third, the narcoterrorism violations by the MAS Criminal Enterprise violate both state and federal law prohibiting the trafficking of drugs. In addition, because the narcoterrorism violations were intended to fund acts of terrorism by FARC, the Cartel of the Suns, and the Evo Morales Ayma and Luis Arce Catacora Regime, the MAS Criminal Enterprise's trafficking also violated federal prohibitions against providing material support to terrorists.

i. 18 U.S.C. § 2339B makes it a crime to knowingly provide material support or resources to a U.S. designated foreign terrorist organization ("FTO"). The potential MAS Criminal Enterprise violated Section 2339B by knowingly selling narcotics in Florida (and elsewhere in the United States) for the benefit of FARC, and providing the proceeds of narcotics sales from Florida (and elsewhere in the United States) to the FARC, which at all relevant times was a U.S. designated FTO.

ii. Section 2339C makes it a crime to knowingly provide or collect funds with the intention that the funds be used, in full or in part, to cause death or serious injury to a civilian, for the purpose of intimidating a civilian population, or for the purpose of compelling a government to take or refrain from taking an action. The potential MAS Criminal Enterprise violated Section 2339C by knowingly collecting

funds (through sales of narcotics in Florida and elsewhere in the United States) for the benefit of the FARC and the Evo Morales Ayma and Luis Arce Catacora Regime, and providing funds (the proceeds of narcotics sales from Florida and elsewhere in the United States) to the FARC and Evo Morales Ayma and Luis Arce Catacora Regime, knowing that the FARC would use the funds, in whole or in part, to cause death or injury to a civilian, for the purpose of compelling Colombia to meet various FARC demands, and for the purpose of compelling the United States to cease various anti-drug interdiction activities, and (2) the Evo Morales Ayma and Luis Arce Catacora Regime use the funds, in whole or in part, to cause injury or death to a civilian, for the purpose of intimidating Bolivian's civilian population.

269.    The potential MAS Criminal Enterprise's funding of terrorists, including the Evo Morales Ayma and Luis Arce Catacora Regime, was the cause of the kidnapping and torture , false incarcerated , political persecution , judicial persecution of 1-1000 victims, and were entirely foreseeable consequence of the MAS Criminal Enterprise (1) raising massive amounts of funds to prop up the struggling Evo Morales Ayma and Luis Arce Catacora Regime and (2) funneling money to the Evo Morales Ayma and Luis Arce Catacora Regime knowing that it uses funds to commit acts of terrorism against the Bolivian population.

270.    Multiple threats and Potential Assassination of protected witness in Miami, was an act of terrorism.

a.    The Potential Assassination of a protected witness in Miami was a crime of violence that is an act dangerous to human life.

b.    The Potential Assassination of protected witness in Miami was in violation of United States law because it occurred pursuant to, and in furtherance of, a narco-terrorism conspiracy designed to flood the United States with cocaine and to launder the proceeds through the United States.

c.      The Potential Assassination of protected witness in Miami was in violation of Florida law because it occurred pursuant to, and in furtherance of, a narco-terrorism conspiracy designed to flood Florida with cocaine and to launder the proceeds through the Florida, and acts in furtherance of the conspiracy occurred in Florida. See Fla. Stat. § 910.005 (State Criminal Jurisdiction) ("A person is subject to prosecution in this state for an offense that she or he commits, while either within or outside the state, by her or his own conduct or that of another for which the person is legally accountable, if . . . The conduct outside the state constitutes a conspiracy to commit an offense within the state, and an act in furtherance of the conspiracy occurs in the state.").

d.      The Potential Assassination of a protected witness in Miami was in violation of Fla. Stat. § 787.01, which prohibits that criminal activity.

e.      The Potential Assassination of protected witness in Miami was intended to "[i]ntimidate, injure, or coerce a civilian population," and in fact was part of a pattern of human rights abuses the by the potential MAS criminal enterprise and Evo Morales- Luis Arce Catacora regimen designed to suppress civilian opposition to the MAS Enterprise's acts of public corruption and authoritarian control of Bolivia. The Morales-Arce Catacora Regime's actions against protected witness were meant to send a "signal" (i.e., a threat) to any civilian who might not accept the regime's corruption practice.

f.      The Potential Assassination of protected witness in Miami was intended to "[i]nfluence the policy of a government by intimidation or coercion," and in fact was part of a pattern of human rights abuses by the Morales- Arce Catacora Criminal Enterprise

103

designed influence to policies of the government of the United States, which Morales-Arce Catacora blamed for Bolivian's economic disaster.

g.    The Potential Assassination of protected witness in Miami was intended to "[a]ffect the conduct of government through destruction of property, assassination, murder, kidnapping," in fact was part of a pattern of murder by the Morales- Arce Catacora Criminal Enterprise designed influence policies of the government of the United States, which Morales- Arce Catacora blamed for Bolivian's economic disaster.

271.  The torture of 1- 1000 victims in Bolivia was an act of terrorism.

a.    The torture of 1- 1000 victims in Bolivia was an act dangerous to human life.

b.    The torture of 1- 1000 victims in Bolivia was in violation of United States law because it occurred pursuant to, and in furtherance of, a narcoterrorism conspiracy designed to flood the United States with cocaine and to launder the proceeds through the United States.

c.    The torture of 1- 1000 victims in Bolivia was in violation of Florida law because it occurred pursuant to, and in furtherance of, a narco-terrorism conspiracy designed to flood Florida with cocaine and to launder the proceeds through the Florida, and acts in furtherance of the conspiracy, including trafficking and sales of cocaine and transfers of ill-gotten gains occurred in Florida. See Fla. Stat. § 910.005 (State Criminal Jurisdiction) ("A person is subject to prosecution in this state for an offense that she or he commits, while either within or outside the state, by her or his own conduct or that of another for which the person is legally accountable, if . . . The conduct outside the state constitutes a

conspiracy to commit an offense within the state, and an act in furtherance of the conspiracy occurs in the state.").

e.　The torture of 1- 1000 victims in Bolivia was intended to "[i]ntimidate, injure, or coerce a civilian population," and in fact was part of a pattern of human rights abuses the by the Morales- Arce Catacora potential Criminal Enterprise designed to suppress civilian opposition to the Morales- Arce Catacora Criminal Enterprise's acts of public corruption and authoritarian control of Bolivia. The Morales- Arce Catacora Regime's actions against 1-1000 victims were meant to send a "signal" (i.e., a threat) to any civilian who might not accept the regime's corruption and fraudulent actions.

f.　The torture of 1- 1000 victims in Bolivia was intended to "[i]nfluence the policy of a government by intimidation or coercion," and in fact was part of a pattern of human rights abuses by the Morales- Arce Catacora Criminal Enterprise designed influence to policies of the government of the United States, which Morales-Arce Catacora blamed for Bolivian's economic disaster.

g.　The torture of 1- 1000 victims in Bolivia was intended to "[a]ffect the conduct of government through destruction of property, assassination, murder, kidnapping," in fact was part of a pattern of kidnapping, murder by the Morales- Arce Catacora Criminal Enterprise designed influence policies of the government of the United States, which Morales- Arce Catacora blamed for Bolivian's economic disaster.

272.　The potential MAS criminal enterprise kidnapped and tortured victims 1-1000 in Bolivia under a political persecution and coup in 2019, according to Evo Morales Ayma,

financed by president Donal Trump and another coup in June 26, 2024 a second coup organized by the United States Embassy in Bolivia against Luis Arce Catacora, and then kidnapped and incarcerated to a member of the political opponent's party and human rights defendants.

273.     Plaintiff 1-1000 victims in Bolivia were injured by the acts of terrorism set forth above. They suffered loss of solatium, loss of consortium, mental anguish, past and future emotional pain and suffering, loss of society, companionship, comfort, protection, marital care, attention, advice and counsel. They also suffered loss of household services and loss of income.

274.     Plaintiffs seek an award of compensatory damages (including treble damages) for the foregoing injuries, plus reasonable attorneys' fees and costs.

275.   DOJ ignored the request for investigation for potential MAS criminal enterprise since 2023 and that conduct constitutes a violation of the Anti-Terrorism Act, 18 U.S.C. § 2333(a), as Defendant ignored Plaintiff's requests, knowingly provided the Government of Bolivia with material support or resources to MAS criminal enterprise, which engaged in acts of international terrorism, and potentially killed the protected witness after multiples dead treats in Miami.

276. DOJ negligence was willful, reckless, and in violation of federal law.

277. Pursuant to 18 U.S.C. § 2333(a), Plaintiff and the victims are entitled to recover treble damages, together with costs of the lawsuit, including attorneys' fees.

278. Plaintiffs seek an award of compensatory damages (including treble damages) for the foregoing injuries, plus reasonable attorneys' fees and costs.

# COUNT V

## Racketeer Influenced and Corrupt Organizations (RICO), 18 U.S.C. § 1964(c)

### (By Plaintiffs J. Doe and victims 1-1000 Mr. against Defendants)

279.    Plaintiffs incorporate by reference all the preceding paragraphs of this Complaint as if fully set forth herein.

280     18 U.S.C. § 1962(c) makes it "unlawful for any person employed by or associated with any enterprise engaged in, or the activities of which affect, interstate or foreign commerce, to conduct or participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity" 18 U.S.C. § 1962(c).

281.    **Entity**: Each Defendant is an "Entity" capable of holding legal or beneficial interest in property within the meaning of 18 U.S.C. § 1961(3).

282.    **The Enterprise**. The FARC, the Cartel of the Suns, and MAS criminal enterprise Regime form an association in fact for the common and continuing purpose described here, i.e., for purpose of exerting unlawful authoritarian control over Bolivia, furthering the MAS Criminal Conspiracy and engaging in (a) narcotics trafficking; (b) narco-terrorism and other terrorism against the United States and its citizens; (c) acts of terrorism designed to intimidate Bolivia civilian population, including kidnapping, torture, arbitrary detention, "disappearances," and murder, false incarceration, judicial persecution ; (d) money laundering. The potential MAS Criminal Enterprise constitutes an "enterprise" within the meaning of 18 U.S.C. § 1961(4)

engaged in the conduct of their affairs through a continuing pattern of racketeering activity. The members of the enterprise functioned as a continuing unit with an ascertainable structure separate and distinct from that of the conduct of the pattern of racketeering activity. The MAS Criminal Enterprise is the reason for what Congress had in mind when it created a civil RICO remedy: a well-organized, long standing, hierarchical crime syndicate engaged in myriad violent criminal endeavors.

283.    The Venezuelan Cartel of Suns, Bolivian Cartel of the Stars, Cartel of Chapare I and II and MAS criminal enterprise Regime each constitute a separate enterprise within the meaning of 18 U.S.C. § 1961(4) (the "Alternative Enterprises").

284.    Interstate and Foreign Commerce. The potential MAS Criminal Enterprise and the Alternative Enterprises have engaged in, and their activities have affected, interstate and foreign commerce.

285.    Pattern of Racketeering Activity. Defendants, each of whom are persons associated with, or employed by, the MAS Criminal Enterprise and/or the Alternative Enterprises, did knowingly, willfully and unlawfully conduct or participate, directly or indirectly, in the affairs of the enterprise through a pattern of racketeering activity within the meaning of 18 U.S.C. §§ 1961(1), 1961(5), and 1962(c). The racketeering activity was made possible by Defendants' regular and repeated use of the facilities and services of the enterprise. Defendants

had the specific intent to engage in the substantive RICO violation alleged herein.

286.   Potential MAS criminal enterprise committed at least two predicate acts of racketeering activity that are indictable under provisions of the U.S. Code enumerated in 18 U.S.C. § 1961(1), as more specifically alleged below.

287.   The acts of racketeering were not isolated, but rather the acts of Defendants were related in that they had the same or similar purpose and result, participants, victims and method of commission. Further, the acts of racketeering by Defendants have been continuous and have continued over a substantial period of time. There was repeated conduct during a period of time beginning in 2006 (when Evo Morales Ayma became President of Bolivia, if not sooner, and continuing to the present. Moreover, there is a continued threat of repetition of such conduct.

288.   Plaintiffs specifically allege that apparently MAS criminal enterprise overseeing and coordinating the commission of multiple acts of racketeering as described below.

289.   **Predicate: Conspiracy to commit narco-terrorism.** RICO predicates include "Any offense involving . . . the felonious manufacture, importation, receiving, concealment, buying, selling, or otherwise dealing in a controlled substance." See 18 U.S.C. § 1961. MAS criminal enterprise committed acts indictable for an offenses "involving the felonious manufacture, importation, receiving, concealment, buying, selling, or otherwise dealing in a controlled substance," and in fact has been indicted for a narco-terrorism conspiracy beginning in 2006 and continuing through today, in violation of 21 U.S.C. § 960a, the object of which was to

violate 21 U.S.C. § 841(a) (distribution of cocaine), "knowing and intending to provide, directly and indirectly, something of pecuniary value to a person and organization that has engaged and engages in terrorism and terrorist activity, to wit, the FARC." Evo Morales Ayma and Luis Arce Catacora committed this offense in conspiracy with their regimen.

290.     **Predicate: Cocaine importation conspiracy.** RICO predicates include "any offense involving . . ." the felonious manufacture, importation, receiving, concealment, buying, selling, or otherwise dealing in a controlled substance." See 18 U.S.C. § 1961. Evo Morales Ayma and Luis Arce Catacora Regime committed acts indictable for an offense "involving the felonious manufacture, importation, receiving, concealment, buying, selling, or otherwise dealing in a controlled substance," including importing cocaine into the United States from abroad in violation of 21 U.S.C. § 952(a) and 21 U.S.C. § 960(a)(1), and including manufacturing, distributing and possessing with intent distribute cocaine knowing, and having reasonable cause to believe that the cocaine would be unlawfully imported in the United States, in violation of 21 U.SC. § 959(a) and 21 U.S.C. § 960(a)(3), and possessing cocaine with intent to distribute on board an aircraft registered in the United States in violation of 21 U.S.C. § 959(c) and 21 U.S.C. § 960(a)(3). Evo Morales Ayma and Luis Arce Catacora committed this offense in conspiracy with their inner circle.

291.     **Predicate: Conspiracy to commit kidnapping and false imprisonment as a judicial hitmen apparatus.** RICO predicates include "any act or threat involving . . . kidnapping . . . which is chargeable under State law and punishable by imprisonment of innocent people in Bolivia since 2006." See 18 U.S.C. § 1961. (El Porvenir, Hotel las Americas, Coup 2019, Coup

2024, etc.) Conspiracy to commit kidnapping is an act involving kidnapping that is chargeable under State law (including the law of Florida) and punishable by imprisonment of more than four years (The false imprisonment is probed because no coup was done only a monumental fraud organized by the potential MAS criminal enterprise to control power). The Arce Catacora regime conspired to kidnap more than 300 people and one potential charge of assassination. That conspiracy is chargeable in Florida because part of the offense occurred in Florida. Specifically, overt acts in furtherance of the conspiracy occurred in Florida, in that agents of potential MAS Criminal Enterprise communicated ransom demands to protected witness in Miami, Florida and made death threats.

292.    **Predicate: Providing Material Support to Terrorists.** For the reasons set forth above, the Defendants also violated 18 U.S.C. § 2339B and 18 U.S.C. § 2339C through the US actions to raise and supply funds to MAS criminal enterprise Regime with the intent that the funds be used to facilitate acts of terrorism that include threats to protected witness in Miami.

293.    **Continuity of Conduct.** Potential MAS criminal enterprise violations of state and federal law as set forth herein, each of which directly and proximately injured Plaintiffs, constituted a continuous course of conduct spanning a period from at least 2006 to the present, which was intended to obtain money through narcoterrorism, narcotics trafficking, public corruption, currency scams, money laundering, and other improper and unlawful means. Therefore, said violations were a part of a pattern of racketeering activity under 18 U.S.C. § 1961(l) and (5).

294.    **Conduct of Affairs**. Defendants have ignored the request to investigate all this illicit activity conducted and/or participated, directly and/or indirectly, in the conduct of the affairs of the potential MAS Criminal Enterprise and the Alternative Enterprises through a pattern of racketeering activity as alleged above in violation of 18 U.S.C. § 1962(c).

295.    Plaintiffs seek an award of compensatory damages (including treble damages) for the foregoing injuries, plus reasonable attorneys' fees and costs. Access to the money that the United States Department of Treasury has from the Venezuela regimen and Chevron-Citgo.

296. Defendant's conduct violates 18 U.S.C. § 1962(c) by ignoring Plaintiff's allegations that governments in Bolivia potentially engage in an enterprise dedicated to organized crime, including wire fraud, money laundering, drug trafficking, and obstruction of justice, extrajudicial killing.

297. Plaintiff and 1-1000 Bolivian victims have been directly harmed in their businesses or property as a result of Defendant's negligence. Bolivians suffer political persecution, false imprisonment, extrajudicial killings, extortion, and workplace threats.

298.    Plaintiffs seek an award of compensatory damages (including treble damages) for the foregoing injuries, plus reasonable attorneys' fees and costs.

## COUNT VI

### Conspiracy to Violate Federal Civil RICO, 18 U.S.C. § 1962(d)

### (By J. Doe and 1-1000 victims Against MAS criminal enterprise regimen)

299. Plaintiffs incorporate by reference all the preceding paragraphs of this Complaint as if fully set forth herein.

300. In violation of 18 U.S.C. § 1962(d), Evo Morales Ayma and Luis Arce Catacora Regime and their inner circle, and each of them, knowingly, willfully, and unlawfully conspired to facilitate a scheme which included the operation or management of a RICO enterprise through a pattern of racketeering activity as alleged in paragraphs above.

301.    The conspiracy commenced at least as early as 2006 and is ongoing.

302.    The conspiracy's purpose is to exercise unlawful authoritarian control over Bolivia, further the Evo Morales Ayma and Luis Arce Catacora Criminal Conspiracy, and engage in (a) narcotics trafficking; (b) narco-terrorism and other terrorism against the United States and its citizens; (c) acts of terrorism designed to intimidate Bolivian civilian population, including kidnapping, torture, arbitrary detention, "disappearances," and murder; (d) money laundering; (e) Electoral fraud.

303.    Potential MAS criminal enterprise committed at least one overt act in furtherance of such conspiracy. These acts in furtherance of the conspiracy included kidnapping, torturing and falsely imprisoning more than 300 peoples, communicating in foreign and/or interstate commerce in support of the extra judicial killing.

304.    300 victims and more have been injured and continue to be injured in her life, business and property by Evo Morales Ayma and Luis Arce Catacora Regime conspiracy in violation of 18 U.S.C. § 1962(d). The unlawful actions of Evo Morales Ayma and Luis Arce

Catacora, and each of them, have directly, illegally, and proximately caused and continue to cause injuries to more than 300 peoples and their families, their business and property.

305.    Plaintiffs seek an award of compensatory damages (including treble damages) for the foregoing injuries, plus reasonable attorneys' fees and costs.

306.    Plaintiffs incorporate by reference all the preceding paragraphs of this Complaint as if fully set forth herein.

307.    All of the Defendants must conduct an investigation on the potential actions of Evo Morales Ayma and Luis Arce Catacora Regime Criminal Conspiracy to perform unlawful acts including (a) narcotics trafficking; (b) narco-terrorism and other terrorism against the United States and its citizens; (c) acts of terrorism designed to intimidate Bolivian civilian population, including kidnapping, torture, arbitrary detention, "disappearances," and murder; (d) money laundering; (e) Electoral fraud.

308.    The kidnapping, torture and false imprisonment and murder of 1-1000 peoples were overt acts in furtherance of that Evo Morales Ayma and Luis Arce Catacora Criminal Conspiracy.

309. The Morales- Arce Catacora Regime's defamation of victims 1-1000 were overt acts in furtherance of the Evo Morales- Luis Arce Catacora Criminal Conspiracy.

310.    Plaintiffs seek an award of compensatory damages for the foregoing injuries, the

imposition of punitive damages sufficient to deter MAS criminal enterprise from committing such unlawful conduct in the future, and reasonable attorneys' fees and costs.

## COUNT VII

### False Imprisonment

**(By more than 300 people Against Evo Morales Ayma and Luis Arce Catacora Regime and their inner circle)**

311.   Plaintiffs incorporate by reference all the preceding paragraphs of this Complaint as if fully set forth herein.

312.   The potential "LAC" criminal enterprise, starting from when they kidnapped 300 peoples and continuing falsely incarcerated under allegation of coup, by was probe by O.A.S., E.U., U.S. a monumental fraud perpetrated by the potential MAS criminal enterprise to control power forever.

313.   As a result of DOJ misconduct the falsely imprisoning more than 300 people since 2020, all are suffering physical abuse, loss families, loss income, depression, psychological abuse. **Luis Arce Catacora** s' false imprisonment of more than 300 peoples.

### Count VIII

### Violation of the Torture Victims Protection Act (28 U.S.C. § 1350, Note)

314. Plaintiff incorporates by reference all of the preceding paragraphs as if fully set forth herein.

315.- The 1-1000 victims of the potential MAS criminal enterprise have been victims if torture, extrajudicial killing, falsely incarcerated, political persecution.

316. The Bolivian regime, funded in part by Venezuelan assets (Cartel of the Sum) Cartel de los Soles and PDVSA, engaged in acts of torture and extrajudicial killings in violation of international law in Bolivia.

317. Pursuant to the TVPA, Plaintiff seeks damages for physical, emotional, and economic injuries caused by the conduct of the Bolivian regime funded by the Chavez-Maduro regime.

## Count IX

### Violation of the Foreign Torture Victim Protection Act (TVPA) (28 U.S.C. § 1350)

318. Plaintiff incorporates by reference all of the preceding paragraphs as if fully set forth herein.

319. The Bolivian regime, funded and financed by Venezuelan assets (PDVSA), engaged in conduct in violation of international law, including arbitrary detentions, systematic bribery, and facilitation of drug trafficking.

## Count X

### Violation of the Foreign Corrupt Practices Act (15 U.S.C. §§ 78dd-1, et seq.)

320. Plaintiff incorporates by reference all of the preceding paragraphs as if fully set forth herein.

321. DOJ and FBI conduct constitutes a violation of the FCPA by: Ignoring and negligently acting on Plaintiff's request for an investigation of this multiple's violations. That the Bolivian government repeatedly engaged in acts of bribery, one of particular significance being the Protected Witness who allegedly paid bribes to ABC executives (Railroad Minister) in the awarding of contracts to highway companies. The allegation ended with the protected witness' death in Miami, Florida under unclear circumstances after multiples dead threats.

• Offering or paying bribes to foreign officials to obtain or retain business advantages in violation of 15 U.S.C. §§ 78dd-1, 78dd-2, or 78dd-3.

• Falsifying accounting records to conceal corrupt payments in violation of 15 U.S.C. § 78m(b)(2).

322. Defendant's actions caused direct and immediate harm to Plaintiff and causing financial, reputational and more losses of all victims 1-1000.

## Count XI

### Intentional Infliction of Emotional Distress (By All Plaintiffs Against All Defendants)

323.    The Negligence of DOJ and FBI to investigate conduct in torturing more than 300 people in Bolivia.

324.     The Negligence of DOJ and FBI' conduct was intentionally designed to cause, indeed, to maximize, emotional distress to the Plaintiffs. In addition to the torture itself, the outrageousness of Defendants ignored the request of plaintiffs to investigated conduct if further is evidenced by, among other things, (a) the fact that the Evo Morales Ayma and Luis Arce Catacora Regime's method of operation is to terrorize and intimidate those whose free speech it finds objectionable.

325.     The potential MAS criminal enterprise' conduct in torturing Victims 1-1000 was extreme and outrageous. In addition to the torture itself, the outrageousness of potential MAS criminal enterprise conduct if further is evidenced by, among other things, the fact that the Morales-Arce Catacora Regimen (a) kidnapped and false imprisonment Victims 1-1000, and (b) mocked Victims once they had them in custody, suggesting that they would deny medical treatment and medicine and allow some of the victims die in unjustified imprisonment many political opponents and the persons who exposed this corrupt regimen die in their captivity and asphyxiated by hundreds of lawsuits and process.

326. As a result of the Evo Morales Ayma and Luis Arce Catacora dictatorial regime's conduct, more than 300 people have suffered severe emotional distress.

## COUNT XII

## Defamation Per Se

## (By Victims 1-1000 against MAS criminal enterprise)

327.   Plaintiffs incorporate by reference all the preceding paragraphs of this Complaint as if fully set forth herein.

328.   Since 2019 to the present Morales-Arce Catacora regime—published a false statement about Victims 1-1000 when they said on Bolivian television that Mr. Victims 1-1000 organized a coup, broke the laws, organized terrorist acts, and others."

329.   Morales- Arce Catacora Regimen create false statements and defamation per se because it accuses Victims 1-1000 of several infamous crimes (e.g., terrorism) and such a falsehood tends to subject one to hatred, distrust, ridicule, contempt, or disgrace. Massacre of "Hotel las Americas" , "Porvenir" extra judicial killing by Evo Morales Ayma with the same narrative.

330.   Morales- Arce Catacora Regimen created false statements and defamation per se because it accuses Victims 1-1000 of several infamous crimes Bolivian TV broadcast was published, where it remains through today and accused of insurgent and coups.

331.   Morales- Arce Catacora Regimen created false statements and defamation per se because it accused Victims 1-1000 of several infamous crimes and made the false statement that Victims 1-1000 had committed terrorism, coup, and was worse than a mass murderer, with the specific intent to harm victims' reputation. The Morales- Arce Catacora Criminal Enterprise wished to blame Victims 1-1000 for Bolivian's economic failings, to distract from their own role in mismanaging the country's economy, and to move the spotlight away from the Morales- Arce Catacora Criminal Enterprise's own foreign exchange scams.

332.   These false statements were available on internationally available media, including the Morales- Arce Catacora Regime's website, TV channels, radios, newspaper that

are under their control or their front men, on information and belief, these false statements were viewed by the persons in Florida, including members the large population of Bolivian ex-patriots in South Florida.

## COUNT XIII EVO MORALES AYMA: COUNT FOR SEX TRAFFICKING CONSPIRACY IN BOLIVIA, PROBABLY IN ARGENTINA AND MEXICO DURING HIS EXILE

### Evo Morales AYMA (EMA) Count for sex trafficking conspiracy.

333. Many pictures circulated on social media when Evo Morales Ayma "EMA" was on the presidential airplane transporting young victims. Many lawsuits have been filed and ignored because the judicial system is under his political party control. "EMA" abused Manny minors' girls at his home in La Paz, Cochabamba, among other locations.

334. On September 2024, the **General Fiscal Juan Lanchipa**, removed to the judge in Tarija-Bolivia, that request detention of Evo Morales for a case of statutory rape or unlawful sexual activity with a minor, the judicial System wants to keep protecting the pedophile Evo Morales Ayma. The Regimen of Luis Arce Catacora, refused to arrest Evo Morales under the excuse of avoiding confrontation with his militia and or complicity. Because also Luis Arce Catacora, actual President of Bolivia appears in pictures with the minors and Evo Morales and the presidential candidate Andronico Gutierrez. Gabina Condori presented testimonies from several victims, but the allegations were never investigated. Attorney Paola Barriga also presented birth certificates for several victims, but they were never investigated either. Journalist Estrambagues and his newspaper Ok Diario (Spain) presented several testimonies from victims

and mentioned that they were taken to a house designated for that purpose, where the victims were made drunk before being abused. (87)

 

**LOLITA EXPRESS OF EVO MORALES**

U.S. Attorney Damian Williams said: On reference to Ghislaine Maxwell case:

> "Today's sentence holds Ghislaine Maxwell accountable for perpetrating heinous crimes against children. This sentence sends a strong message that no one is above the law and it is never too late for justice.

U.S. Attorney Geoffrey S. Berman said in reference to Epstein case:

> "As alleged, Jeffrey Epstein abused underage girls for years, operating a scheme in which girls he victimized would recruit others for Epstein to exploit and abuse. (88)

**XXV. Witness and collaborators with the U.S. Government**

    **1.- Witness number one**: The Prosecutor's Office can take a crucial testimony from **Hugo Armando Carvajal Barrios** 1:11- Cr -00205 (AKH), in the Southern District of N.Y.

---

87. This is the evidence that corners Evo Morales for sexually abusing girls during his time as president of Bolivia. El Debate publishes today the exclusive news that could definitively turn the case around. 10-27-2024. Journalist Alejandro Entrambasaguas investigation at: https://www.eldebate.com/internacional/20241027/estas-son-pruebas-acorralan-evo-morales-abuso-sexual-ninas-durante-etapa-como-presidente-bolivia_239285.html1q

88. See bulletin dated (06/28/2022). Available at: https://www.justice.gov/usao-sdny/pr/ghislaine-maxwell-sentenced-20-years-prison-conspiring-jeffrey-epstein-sexually-abuse

where the defense proposed cooperating with the American government. During this trial, he mentioned that he can offer information, evidence, documentation, and testimony regarding the illicit activities of the Hugo Chávez and Nicolas Maduro regimes on the following topics:

1. Drug trafficking, the role of Evo Morales and the Bolivian government.

2. Electoral manipulation. - Chávez's support for creating a falsified electoral roll and perpetuating electoral fraud in Bolivia.

3. Espionage operations: Infiltrators in the Bolivian governments, business and individuals in exile who are double agents, Cuban and Venezuelan, and accomplices of these criminal regimes.

4.- Use of gangs and armed groups as weapons of war and confrontation.

Many of these cases are under investigation. Witnesses for co-conspirators CW-1, CW-2, CW-3, CW-4, CW-5, and CW-6 are also available. Hugo Armando Carvajal Barrios can provide considerable information on the four points mentioned above, not only in Bolivia, but also the implications in the United States. We consider this a critical situation that should involve the Department of Justice and the Office of the Director of National Intelligence (ODNI).

2. Request testimony from people in exile who are other witnesses to all of these crimes.

1. Osvaldo Flores - Evo Morales' personal body guard, exiled in the United States.

2. Marco Antonio Rocha. Evo Morales' pilot, exiled in the United States.

3. Arturo Murillo. He served his sentence, but is still in the custody of the United States government. Docket Number 21-cr-60340 at https://www.justice.gov/criminal/criminal-

fraud/case/united-states-v-arturo-carlos-murillo-prijic. He is very important witness of all cause of actions.

4. Maximiliano Dávila, senior military official recently extradited for drug trafficking and is in custody of U. S. justice. https://www.justice.gov/usao-sdny/pr/maximiliano-davila-perez-former-head-bolivian-anti-narcotics-agency-extradited-united

5. Ovidio Guzmán: his defense proposed cooperating with the American government. And has important information about Bolivian Cartels. at https://www.justice.gov/usao-ndil/pr/ovidio-guzman-lopez-son-el-chapo-and-head-sinaloa-cartel-pleads-guilty-federal-drug

6.- Captain Sergio Castro, member of Evo Morales intelligence, he is in the exile in U.S.

## XXVI. CONCLUSION:

335. Undersecretary of State Roger Noriega corroborated a Pentagon official's claims that Venezuela and Cuba had been intervening in Bolivia's internal affairs since 2005. (89)

336. The Venezuelan and Cuban governments control high levels of state security, police, military, national electoral court, identification, and justice to ensure total control of all spheres of government in Bolivia.

337. If the Bolivian criminal enterprise regime violates US sanctions against Venezuela,

---

89. Noriega: There is evidence that Venezuela and Cuba are "intervening" in Bolivia. July 26, 2005. Available at https://www.lmtonline.com/lmtenespanol/article/Noriega-Hay-pruebas-que-Venezuela-Cuba-10348697.php

the Office of Foreign Assets Control (OFAC) will take enforcement actions, including civil and potentially criminal penalties. These actions can involve significant financial fines and, in some cases, imprisonment for the individuals and companies involved.

## XXVII. POTENTIAL PHASES OF FRAUD AND OR CIVIL CONFRONTATION.

338. The levels of corruption within the Supreme Electoral Tribunal are being denounced. A registry and distribution of identity cards and voting cards were drawn up by Hugo Chavez with PDVSA money since 2009. Since that date, the registry is not only fraudulent but also ensures almost 2 (two) million phantom votes. The latest census gives a population of 11,312,620, of which 6,963,000 are eligible to vote by age, but the electoral court has approved 7,937,138, which is a much larger number. (1st phase ,1-2 million extra votes to MAS)

339. Law 421, imposed by Evo Morales Regimen, guarantees him a rural vote through extortion of residents, fines, and multiple types of reprimands. Means with 38% of the votes the political party MAS can control 62% of the congress (rural vote). Unequal distribution of deputies, where 300 rural votes elect one deputy, while in the city 300,000 votes elect one deputy. (2nd phase of FRAUD, threats **rural voter to control congress**).

340.- The highest level of justice, with 5 self-prolonged judges and the maneuvers of continuing to change authorities who do not support his dictatorship, thus maintaining his corrupt and fraudulent justice. ((3rd phase, the **Highest Tribunal of Justice illegally prolonged supporter of MAS**).

341.- Luis Arce Catacora creates a protection for this entire apparently corrupt process of electoral fraud and will not allow audit or questioning of its results. (4th phase)

"Law # 428: Preclusion. "The stages and results of electoral processes, referendums, and recall elections shall not be reviewed or repeated by any public authority, whether legislative, administrative, jurisdictional, ordinary, or constitutional; all acts, resolutions, judgments, or legal provisions intended to contravene this essential principle, which guarantees citizens' right to vote, and consequently, to evade, impede, or distort its compliance, are null and void."

342. **Captain Sergio Castro claims** that in 2019; Evo Morales had a military arsenal purchased during his administration that was never handed over to the military and is located in the Chapare. Therefore, a civil war, which Evo Morales Ayma always threatened, would not be ruled out. (**5th phase**, civil confrontation of Militia of Chapare (Evo Morales Militia) with support of Cuba and Venezuela against civil population).

343. Evo Morales has an arrest warrant for statutory rape, which the government of Luis Arce Catacora cannot fulfill due to complicity and or incapacity. Meanwhile, Evo Morales is hiding in the Chapare, where the police and military cannot enter to arrest him. Because is protected by his narco-terrorist group.

344. A few days before the election, Evo Morales's terrorist group continues to threaten the Bolivian population. Ruth Nina (Evo Morales supporter) said that if Evo Morales's candidacy, which was rejected nationally and internationally, is not approved, on election day, instead of counting votes, they will count the dead.

## XXVIII. Global Magnitsky Human Rights Accountability Act

345. Plaintiffs request to the Secretary of State for Political Affairs investigate pursuant to the Global Magnitsky Human Rights Accountability Act (Pub. L. 114-328, title XII, subtitle F) ("the

Act"), which is implemented and built upon by Executive Order 13818 of December 20, 2017, "Executive Order Blocking the Property of Persons Involved in Serious Human Rights Abuse or Corruption" .(90) The Bolivian regimen violated the Human rights and is the top list of corruption in Latin America and second most corrupt country worldwide. (91)

346.Plaintiffs request to the Department of the Treasury's Office of Foreign Assets Control (OFAC) and Fincen, investigate the status of the money leave in Paraguay in November 2019, the money on the Vatican Bank, the payment in Panama to a member of the Electoral tribunal.

347. All of this information is collecting from media, journalist and politics in Bolivia, under FOIA plaintiff try to collect more evidence of all these arguments to nominate to the political party on government of Bolivia as a terrorist and criminal organization with a long arm in the United States. All five agencies have the responsibility to conduct an investigation and also have the resources to collect the information from important witness under custody of the justice of the United States. Plaintiff request the Department of the Treasury's Office of Foreign Assets Control (OFAC) sanction Morales- Arce Catacora-aligned officials who obstructed a competitive and inclusive presidential election process in Bolivia and violated the civil and human rights of the people in Bolivia, are co-conspirators of briberies, narcotraffic, extra judicial killing, corruptive justice and terrorist organization. Same way to t U.S. Dep't of the Treasury, Treasury Targets Venezuelan Officials Aligned with Nicolas Maduro in Response to Electoral

90.- Bolivia has been rated as the most corrupt nation in Latin America and the second most corrupt country worldwide. June 21, 2025. At https://derechadiario.com.ar/us/bolivia/bolivia-is-the-most-corrupt-country-study-reveals-that-crime-has-become-more-entrenched
91. Global Magnitsky Human Rights Accountability Act Annual Report. February, 23,2024. https://www.federalregister.gov/documents/2024/02/23/2024-03532/global-magnitsky-human-rights-accountability-act-annual-report

Fraud in Venezuela. (92)(93)

**SPECIAL REQUEST**

If the investigation of the five agencies of United States confirms this possibles allegation base on the testimony of the witness, we will ask to designate the MAS criminal enterprise as a criminal organization embedded in the Bolivian government that affects the United States and the region. In the same way that the Cartel of the Suns was designated as a terrorist organization Specially Designated Nationals List Update. And request the extradition of Evo Morales Ayma and Luis Arce Catacora.

As a member of the CARTEL DE LOS SOLES (a.k.a. CARTEL OF THE SUNS), Venezuela; Secondary sanctions risk: section 1(b) of Executive Order 13224, as amended by Executive Order 13886; Organization Type: Transnational Terrorist Group; Target Type Criminal Organization [SDGT].07/25/2025. The Venezuelan Cartel of Suns, and Bolivian Cartel of the Stars and MAS criminal enterprise Regime each constitute a separate enterprise within the meaning of 18 U.S.C. § 1961(4) (the "Alternative Enterprises").

Possibles counts: (i) conspiring to import cocaine into the United States. (ii) using and carrying machine guns during, and possessing machine guns in furtherance of, the cocaine-importation conspiracy (iii) conspiring to use and carry machine guns during, and to possess machine guns in

---

92.See Press Release, U.S. Dep't of the Treasury, Treasury Targets Venezuelan Officials Aligned with Nicolas Maduro in Response to Electoral Fraud (Sep 12, 2024),  available at https://www.treasury.gov/press-center/press-releases/ jy2577
93. See Press Release, U.S. Dep't of the Treasury, Treasury Sanctions Maduro Regime Officials for Undermining Democratic Order in Venezuela (Sep 04, 2020), available at https://www.treasury.gov/press-center/press-releases/ sm1115

furtherance of, the cocaine-importation conspiracy (iv)Extrajudicial killing under command responsibility doctrine in the case of Evo Morales, "Hotel las Americas Massacre", "Oxygen massacre", "Porvenir" and more than 100 possibles victims, in the case of Luis Arce Catacora. Protected Witness unclear died in Miami after multiples threats of his regimen.

Under Executive Order 14147 section 3(b) president Trump ordered:

> review the activities of the Intelligence Community over the last 4 years and identify any instances where the Intelligence Community's conduct appears to have been contrary to the purposes and policies of this order, and prepare a report to be submitted to the President, through the Deputy Chief of Staff for Policy and the National Security Advisor, with recommendations for appropriate remedial actions to be taken to fulfill the purposes and policies of this order

President Donald Trump has signed a directive directing the Pentagon to begin using military force against certain Latin American drug cartels that his administration has deemed terrorist organizations. The order provides an official basis for the possibility of direct military operations at sea and on foreign soil against the cartels.

President Trump administration placed Venezuela's Cartel of the Suns on a list of specially designated global terrorist groups, claiming that the cartel is led by Venezuela's President Nicolas Maduro and other senior officials in his administration. This Lawsuit shows strong evidence how the regimen Chavez-Maduro has been led, financing and supporting the narco-regimen in Bolivia since 2006.

Marco Rubio issued a statement accusing Maduro of stealing the election and claiming that he was not the president of Venezuela and that his "regime is not the legitimate government.". Maduro also is planning another electoral fraud next Presidential election in Bolivia to keep the same narco-terrorist regimen in Bolivia.

"Maduro is the leader of the narco-terrorist organization designated Cartel of the Suns, and he is responsible for drug trafficking to the United States and Europe," Rubio said. "Maduro, currently indicted by our nation, has corrupted Venezuela's institutions to aid the cartel's criminal drug trafficking plan to the United States." (94)

If the participation of the Bolivian regime as a foreign government or terrorist group in the death of the protected witness in Miami, United States, and the other crimes mentioned in Bolivia is proven, that gives it jurisdiction over international terrorism is triggered and 18 U.S.C. § 2332b – Acts of Transnational Terrorism and president Trump can take action like in 1989, President George H. W. Bush sent more than 20,000 troops to Panama to arrest its leader, Manuel Noriega, who had been indicted in the United States for drug trafficking.

## XXX. INJURIES AND DAMAGES

335. As a direct result of Defendant's conduct, Plaintiff and Bolivian victims have suffered the following damages:

- Physical and emotional harm caused by torture and extrajudicial killings.
- Economic losses, including lost access to funds.
- Reputational harm, resulting in diminished opportunities.

336. Pursuant to 18 U.S.C. § 1964(c), the TVPA, and the ATCA, Plaintiff seeks treble damages, attorney's fees, and costs of suit.

As a direct result of Defendant's conduct, Plaintiff and Bolivian victims have suffered the following damages:

---

94. See press release: Trump Incorporates U.S. Military in Campaign Against Drug Cartels. New York Times: August 8, 2025. https://www.nytimes.com/es/2025/08/08/espanol/estados-unidos/trump-carteles-ejercito.html

- Physical and emotional harm caused by torture and extrajudicial killings.
- Economic losses.
- Reputational harm, resulting in diminished opportunities.
- Costs incurred to investigate Defendant's conduct and mitigate damages.
- Pursuant to 18 U.S.C. § 1964(c), the TVPA, and the ATCA, Plaintiff seeks treble damages, attorney's fees, and costs of suit.

## XXXI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Enter judgment in favor of Plaintiff and Defendant conduct a serious investigation and get testimony of witnesses and collaborators under the deals to reduce condemn.
2. Award compensatory damages in an amount to be proven at trial;
3. Award treble damages pursuant to 18 U.S.C. § 1964(c);
4. Award damages for violations of the TVPA and ATCA;
5. Order an accounting of the retained Venezuelan assets;
6. Grant injunctive relief to prevent further misuse of the retained funds;
7. Direct that a portion of the funds be allocated to Bolivian victims as restitution for harm caused by the regime's actions;
8. Award Plaintiff reasonable attorney's fees and costs of suit;
9. Grant such other relief as the Court deems just and proper;
10. Issue subpoenas pursuant to Rule 45 of the Federal Rules of Civil Procedure to compel the production of records, communications, and documents from the DOJ, including information related to:

- o   The seizure, retention, and oversight of Venezuelan funds;
- o   Communications or agreements with Bolivian officials regarding said funds;
- o   Audits, reviews, or investigations into the management or allocation of these funds;
- o   Correspondence related to the alleged diversion of funds to entities supporting human rights abuses or narcotrafficking activity.
- o   The United States Department of Treasure holds the capital of PDV Holding Inc and Citgo Petroleum Corporation as the plaintiffs will file a claim on behalf of the victims as a class action.

11.- Jury Demand

Respectfully.

August 9, 2025.

Miami-Florida

J. Doe