IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHER DISTRICT OF FLORIDA

MIAMI DIVISION

J. Doe, 1-1000 on behalf of Human Rights Organization

Plaintiffs,

v.

CASE: 0:25-cv-61621-JMS

MARCO RUBIO, in his official capacity as
Secretary of State
2201 C. Street NW
Washington DC 20522

PAM BONDI, in her official capacity as
Attorney General of the United States
950 Pennsylvania Avenue NW
Washington, DC 20530

KRISTI NOEM, in her official capacity as
Secretary of Homeland Security
2707 Martin Luther King Jr Avenue SW
Mail Stop 0485
Washington, DC 20528

SCOTT BESSENT, in his official capacity as
Secretary of the Treasury
FinCEN & OFAC
1500 Pennsylvania Avenue NW
Washington, DC 20220

KASH PATEL, in his official capacity as
Director Federal Bureau of Investigation
935 Pennsylvania Avenue, NW
Washington, DC 20535-0001

FILED BY _CeuC_ D.C.

OCT 03 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

# EMERGENCY MOTION TO FILE UNDER SEAL, TO PROCEED UNDER PSEUDONYM, AND FOR EXCEPTIONS PURSUANT TO FED. R. CIV. P. 5.2

## INTRODUCTION

COMES NOW, Plaintiff **J. Doe**, acting on behalf of a human rights organization, and respectfully moves this Court for leave to (1) proceed under pseudonym, (2) file the Motion and Complaint under seal, and (3) allow limited disclosure to specified government agencies.

Plaintiff seeks this protection until U.S. government agencies, including the Department of State and Department of Justice, provide adequate assurances and security guarantees for the protection of Plaintiff, the human rights organization, and critical witnesses.

## LEGAL BASIS

1. **Proceeding Under Pseudonym**
   Courts have recognized exceptions to the general rule of open proceedings where anonymity is necessary to protect parties from serious harm, retaliation, or harassment. Given the sensitive nature of allegations involving **electoral fraud, corruption, and narco-terrorist regimes in Bolivia**, Plaintiff respectfully requests leave to proceed as "J. Doe" until further order of the Court.
2. **Rule 5.2 – Privacy Protection**
   Rule 5.2(d) allows courts to require sealed filings to protect sensitive information. Rule 5.2(e) allows unredacted submissions under seal for good cause. Both provisions support protecting the identity of Plaintiff and witnesses until governmental protections are in place.
3. **Good Cause for Sealing and Pseudonym**
   - Disclosure would expose Witness #1 and affiliated personnel to immediate risks of retaliation, given their role in revealing the alleged creation of nearly 2 million phantom voters.
   - Plaintiff's human rights organization operates in hostile environments, and public identification would jeopardize ongoing missions.
   - Sealing and pseudonym protections are narrowly tailored, as redacted versions of filings can be made available once security assurances are in place.

## ARGUMENT

As set forth in the main complaint (incorporated by reference), Plaintiff has presented evidence of:

- Failure to implement the **57 OAS recommendations** following the 2019 election audit.

- Repetition of the **phantom vote pattern** in 2020 and 2025, each benefiting candidates by over **20% of total votes**.
- Alleged bribery of a **Supreme Electoral Tribunal member** (¶233 of Complaint).
- Absence of transparency systems such as **TREP**.

Given the severity of these allegations, the protection of parties and witnesses is paramount until the U.S. government provides written guarantees of protection.

## RELIEF REQUESTED

Plaintiff respectfully requests that this Court:

1. **Grant leave for Plaintiff to proceed under the pseudonym "J. Doe"** until the U.S. government provides assurances and protective guarantees.
2. **File the Emergency Motion and Complaint under seal,** as the Court directs.
3. **Permit limited disclosure** of unredacted filings and witness information solely to designated U.S. agencies, including State, DOJ, FinCEN, OFAC and FBI.
4. **Protect the identity of Witness #1 and all other sensitive sources,** authorizing testimony under seal or secure deposition.
5. Grant such other relief as the Court deems just and proper.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests this Court grant leave to proceed under pseudonym as "J. Doe," file under seal pursuant to Fed. R. Civ. P. 5.2, and authorize the exceptions requested herein.

Respectfully submitted,

*[signature]*

J. Doe.

October 3, 2025