UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-61621-CIV-SINGHAL

JOHN DOE,

    Plaintiff,

vs.

MARCO RUBIO, *et al.*,

    Defendants.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** has come before the Court upon the Report and Recommendation (DE [24]) of the Magistrate Judge recommending that this action be dismissed without prejudice for failure to make service of process. The Court has reviewed the entire file and record and has made a *de novo* review of the issues. No objections to the Report and Recommendation having been filed, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation (DE [24]) is **AFFIRMED** and **ADOPTED**. This matter is **DISMISSED WITHOUT PREJUDICE** for failure to comply with Fed. R. Civ. P.4(m). The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 2nd day of February 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF